**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**



vs.                                          Case No.:


# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

      Comes now _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent _____ in this case, and

would respectfully show the Court as follows:


    1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

        _____ with offices at:

        Mailing address: _____

        City, State, Zip Code: _____

        Telephone: _____ Facsimile: _____


    2.    Since _____, Applicant has been and presently is a

        member of and in good standing with the Bar of the State of _____.

        Applicant's bar license number is _____.


    3.    Applicant has been admitted to practice before the following courts:

        Court:                  Admission date:

        _____    _____

        _____    _____

        _____    _____

4.     Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.     I     have     have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  _____

Mailing address:  _____

City, State, Zip Code:  _____

Telephone:  _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ to the Western District of Texas pro hac vice for this case only.


Respectfully submitted,


_____
[printed name of Applicant]

_____
[signature of Applicant]


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  ____ day of _____, _____.


_____
[printed name of Applicant]

_____
[signature of Applicant]

ATTACHMENT A

| COURT | ADMISSION DATE | BAR NUMBER |
|---|---|---|
| California | 6/14/1991 | 153441 |
| Washington | 11/25/1992 | 22355 |
| Alaska | 11/14/1991 | 9111086 |
| U.S. Supreme Court | 06/02/2003 | |
| U.S. Court of Appeals for the Federal Circuit | 01/15/2003 | |
| U.S. Court of Appeals for the Ninth Circuit | 04/16/1993 | |
| U.S. District Court, Central District of California | 04/16/1993 | |
| U.S. District Court, Northern District of California | 05/19/2003 | |
| U.S. District Court, Eastern District of California | 05/19/2003 | |
| U.S. District Court, Southern District of California | | |