# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

NEONODE SMARTPHONE LLC

vs.                                                   Case No.: 6:20-CV-00507-ADA

SAMSUNG ELECTRONICS CO. LTD. et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Greer N. Shaw , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  NEONODE SMARTPHONE LLC  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Hagens Berman Sobol Shapiro LLP with offices at:

    Mailing address: 301 North Lake Ave., Ste. 920

    City, State, Zip Code: Pasadena, CA 91101

    Telephone: (213) 330-7150     Facsimile: (213) 330-7152

2. Since 06/14/1991, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 197960.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Arizona | 05/07/2013 |
    | Massachusetts | 12/17/1997 |
    | See Attachment A | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the ____ day of _____, ____.
    Number: _____ on the ____ day of _____, ____.
    Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Craig D. Cherry

Mailing address: 100 N. Ritchie Rd. Suite 200

City, State, Zip Code: Waco, Texas 76712

Telephone: 254-776-3336

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Greer N. Shaw to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Greer N. Shaw

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 15 day of June, 2020.

Greer N. Shaw

[signature of Applicant]

ATTACHMENT A

| COURT | ADMISSION DATE | BAR NUMBER |
|---|---|---|
| California | 12/1998 | 197960 |
| Arizona | 05/07/2013 | 030187 |
| Massachusetts | 12/17/1997 | 638128 |
| U.S. Court of Appeals, Federal Circuit | 02/01/2001 | |
| U.S. Court of Appeals, Ninth Circuit | 10/20/2005 | |
| U.S. Court of Appeals, First Circuit | 06/08/1999 | |
| U.S. District Court, Central District of California | 02/12/2004 | |
| U.S. District Court, Northern District of California | 03/05/2004 | |
| U.S. District Court, Eastern District of California | 10/20/2005 | |
| U.S. District Court, Southern District of California | 3/9/2005 | |
| U.S. District Court, District of Arizona | 08/12/2013 | |
| U.S. District Court, District of Massachusetts | 12/04/1998 | |
| U.S. District Court, District of Nebraska | 12/6/2013 | |
| U.S. District Court, Eastern District of Texas | 5/19/2014 | |