AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**NEONODE SMARTPHONE LLC,**
*Plaintiff*

V.   Civil Action No. **6:20−CV−00507−ADA**

**SAMSUNG ELECTRONICS CO. LTD. , ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Samsung Electronics America, Inc.
c/o CT Corporation System
1999 Bryan St., Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig D. Cherry
Haley & Olson, P.C.
100 N Ritchie Road
Suite 200
Waco, TX 76712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT
 **s/LEIGH ANNE DIAZ**
DEPUTY CLERK



ISSUED ON 2020−06−09 13:41:22

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00507-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
    _____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
    _____, a person of suitable age and discretion who resides there,
    on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
    designated by law to accept service of process on behalf of*(name of organization)*_____
    _____on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
    _____
    _____

My fees are $_____ for travel and $ 50.00 for services, for a total of $ 50.00 .

I declare under penalty that this information is true.

Date: _____                      ___*See Attached Return of Service*___
                                                    *Server's signature*

                                           _____
                                                    *Printed name and title*

                                           _____
                                                    *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

# **PROOF OF SERVICE**

## UNITED STATES DISTRICT COURT
## for the
## WESTERN District of TEXAS
## Cause No. 6:20-CV-00507-ADA

**Neonode Smartphone LLC**

*Plaintiff(s)*

vs.

**Samsung Electronics Co. LTD. and Samsung Electronics America, Inc.**

*Defendant(s)*

Received by Central Texas Litigation Support Services, Inc. on June 9, 2020, at 3:56 PM.

And executed at the address of **1999 Bryan St., Suite 900, DALLAS, DALLAS County, TX 75201** on June 15, 2020 at 1:45 PM, by delivering to the within named:

### Samsung Electronics America, Inc. c/o CT Corporation System

by personally delivering the document(s) by and through its designated agent, **Kim Hightower, Authorized by the Registered Agent to Accept Service**, true copies of this Summons in a Civil Action; Complaint for Patent Infringement; Exhibits, having first endorsed on such copy the date of delivery.

I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct.

My name is Keith D. Smith, my date of birth is July 25, 1966, and my address is 3308 Preston Rd., Ste. 350 PMB 116 Plano, TEXAS 75093 and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in COLLIN County, State of TEXAS on the 20 day of June, 2020.

_____ (Declarant)
Keith D. Smith
PSC-9729; Exp. 1/31/2022

Haley & Olson, P.C.
Job ID: 2001235