# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

|  |  |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>Defendants. | Civil Action No. 6:20-cv-00507-ADA |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Neonode Smartphone LLC ("Neonode") hereby moves to extend the time within which Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") are required to move, answer, or otherwise respond to Plaintiff's complaint. The parties have stipulated to the extension of time requested in this Motion. Accordingly, this Motion is UNOPPOSED.

On June 8, 2020, Neonode filed a complaint alleging patent infringement by SEC and SEA. (*See* Dkt. No. 1).

On June 15, 2020, Neonode served on SEA the summons and complaint. (*See* Dkt. No. 9). Accordingly, SEA's deadline to respond to the complaint is July 6, 2020.

SEA and SEC have agreed to waive service on SEC, a foreign entity, in exchange for an extension of time for both SEA and SEC to respond to the complaint. The parties

4820-0142-7137

have stipulated to extend the time for SEA and SEC to move, answer, or otherwise

respond to the complaint through and including September 25, 2020. The parties further

agree that SEC is deemed to have been served on June 15, 2020.

WHEREFORE, Plaintiff Neonode Smartphone LLC, respectfully requests that

the time in which Defendants Samsung Electronics Co., Ltd. and Samsung Electronics

America, Inc. are required to move, answer, or otherwise respond to Plaintiff's

complaint be extended to and including September 25, 2020.


DATED:  June 24, 2020                    Respectfully submitted,

                                         By: */s/ Philip J. Graves*

                                         Philip J. Graves (CA State Bar No. 153441)
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                         301 North Lake Avenue, Suite 920
                                         Pasadena, CA 91101
                                         Telephone: (213) 330-7147
                                         Facsimile: (213) 330-7152
                                         Email: philipg@hbsslaw.com

                                         Greer N. Shaw (CA State Bar No. 197960)
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                         301 North Lake Avenue, Suite 920
                                         Pasadena, CA 91101
                                         Telephone: (213) 330-7150
                                         Facsimile: (213) 330-7152
                                         Email: greers@hbsslaw.com

                                         Craig D. Cherry
                                         State Bar No. 24012419
                                         ccherry@haleyolson.com
                                         Justin W. Allen
                                         State Bar No. 24081977
                                         jallen@haleyolson.com
                                         **HALEY & OLSON, P.C.**

3

> 100 N. Ritchie Road, Suite 200
> Waco, Texas 76712
> 913 Franklin Ave., Suite 201
> Waco, Texas 76701
> Telephone: (254) 776-3336
> Facsimile: (254) 776-6823
>
> *Counsel for Plaintiff Neonode Smartphone LLC*

CERTIFICATE OF CONFERENCE

I hereby certify that on June 23, 2020, the undersigned, as counsel for Plaintiff, conferred with Kim Gustafson Bueno, counsel for Defendants, by email regarding the issues raised by this motion and she indicated Defendants are UNOPPOSED to the relief sought herein.

> /s/ *Philip J. Graves*
> Philip J. Graves

4820-0142-7137

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2020, I electronically filed the

foregoing document with the Clerk of Court using the CM/ECF system and will send the

document via electronic mail to the following:

Kimberly Gustafson Bueno
Scott Douglass & McConnico, LLP
303 Colorado, Ste. 2400
Austin, Texas 78701
Email: kbueno@scottdoug.com


DATED: June 24, 2020                              */s/ Elizabeth A. Crooks*
                                                  Elizabeth A. Crooks

4820-0142-7137