IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 6:20-cv-00507-ADA |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND**

Before the Court is Plaintiff Neonode Smartphone LLC's Unopposed Motion for Extension of Time for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. to Move, Answer, or Otherwise Respond to Plaintiff's Complaint. After consideration of the Unopposed Motion, this Court is of the opinion that the Motion is meritorious. It is therefore,

ORDERED that Defendants must move, answer, or otherwise respond to Plaintiff's Complaint on or before September 25, 2020.

Signed this ___ day of _____, 2020.

_____
Hon. Alan D. Albright, U.S.D.J.

4820-0142-7137