IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA"), by and through their undersigned counsel, state as follows:

1.　SEC is a publicly held corporation organized under the laws of the Republic of Korea. SEC has no parent corporation and no publicly held corporation owns 10% or more of SEC's stock; and

2.　SEA is a wholly-owned subsidiary of SEC. No other publicly held corporation owns 10% or more of SEA's stock.

2

Dated:  September 25, 2020                                     Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

ATTORNEY FOR SAMSUNG
ELECTRONICS CO. LTD, and
SAMSUNG ELECTRONICS
AMERICA, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 25th day of September 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/  John M. Guaragna*
John M. Guaragna

WEST\291822263.1