# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | |
| Plaintiff, | |
| | Civil Action No. 6:20-cv-00507-ADA |
| v. | |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS OF WILLFUL INFRINGEMENT AS TO BOTH PATENTS-IN-SUIT AND PLAINTIFF'S CLAIMS OF INDIRECT INFRINGEMENT AND DIRECT INFRINGEMENT AS TO U.S. PATENT NO. 8,812,993

Before the Court is Plaintiff Neonode Smartphone LLC's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Plaintiff's Claims of Willful Infringement as to Both Patents-In-Suit and Plaintiff's Claims of Indirect Infringement and Direct Infringement as to U.S. Patent No. 8,812,993 ("Defendants' Motion").  After consideration of the Unopposed Motion, this Court is of the opinion that the Motion is meritorious.  It is hereby GRANTED.

Accordingly, the deadline for Plaintiff's Response to Defendants' Motion is extended up to and including October 23, 2020.

Signed this ___ day of _____, 2020.

                                        _____
                                        Hon. Alan D. Albright, U.S.D.J.