**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

NEONODE SMARTPHONE LLC,

vs.                                                    Case No.:  6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD, and
SAMSUNG ELECTRONICS AMERICA, INC.

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Mark D. Fowler                                    , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Defendants                              in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

DLA Piper LLP (US)                                with offices at:

Mailing address:  2000 University Avenue

City, State, Zip Code:  East Palo Alto, CA 94303-2214

Telephone:  (650) 833-2000          Facsimile:  (650) 833-2001

2.    Since  12/11/86                          , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  California        .

Applicant's bar license number is  124235                              .

3.    Applicant has been admitted to practice before the following courts:

Court:                                Admission date:

See attached.

4.     Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.     I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _See attached._____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  John M. Guaragna

Mailing address:  DLA Piper LLP (US), 401 Congress Ave., Suite 2500

City, State, Zip Code:  Austin, TX 78701

Telephone:  (512) 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Mark D. Fowler                        to the Western District of Texas pro hac vice for this case only.


Respectfully submitted,

Mark D. Fowler

[printed name of Applicant]

[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  30   day of  September            ,  2020   .


Mark D. Fowler

[printed name of Applicant]

[signature of Applicant]

Mark D. Fowler
Motion for Admission Pro Hac Vice

3.      Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Supreme Court of California | December 11, 1986 |
| Federal Circuit Court of Appeals | March 12, 2001 |
| Ninth Circuit Court of Appeals | December 11, 1986 |
| U.S. Dist. Court, Northern District of California | December 11, 1986 |
| U.S. Dist. Court, Central District of California | September 10, 1991 |
| U.S. Dist. Court, Southern District of California | May 10, 1991 |
| U.S. Dist. Court, Eastern District of California | June 13, 1991 |
| U.S. Dist. Court, Northern District of Florida | August 10, 2010 |
| U.S. Dist. Court, Eastern District of Wisconsin | May 31, 2012 |

5.      I have previously applied to Appear Pro Hac Vice in this district court in Cases:

Number:  6:20-cv-00369 on the 7th day of July, 2020.

Number:  6:20-cv-00212 on the 13th day of April, 2020.

Number:  6:19-cv-00537 on the 18th day of November, 2019.

Number:  6:19-cv-00532 on the 18th day of November, 2019.

Number:  6:19-cv-00428 on the 19th day of November, 2019.

Number:  6:19-cv-00329 on the 7th day of August, 2019.

Number:  1:18-cv-00990 on the 18th day of December, 2018.

Number:  1:18-cv-00991 on the 18th day of December, 2018.

Number:  1:18-cv-00838 on the 30th day of October, 2018.

Number:  1:18-cv-00293 on the 24th day of April, 2018.

Number:  1:18-cv-00296 on the 24th day of April, 2018.

Number:  1:18-cv-00158 on the 19th day of March, 2018.

Number:  1:18-cv-00159 on the 19th day of March, 2018.

Number:  1:18-cv-00161 on the 19th day of March, 2018.

Number:  1:18-cv-00163 on the 19th day of March, 2018.

Number:  1:18-cv-00164 on the 19th day of March, 2018.

Number:  1:18-cv-00166 on the 19th day of March, 2018.

Number:  1:12-cv-00604 on the 26th day of October, 2012.

Number:  1:11-cv-00468 on the 31st day of August, 2012.

Number:  1:11-cv-00472 on the 16th day of August, 2011.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                                  Case No.:  6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD, and
SAMSUNG ELECTRONICS AMERICA,

## ORDER

   BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Mark D. Fowler</u>, counsel for

<u>Defendants</u>, and the Court, having reviewed the motion, enters

the following order:

   IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Mark D. Fowler</u> may appear on behalf of <u>Defendants</u>

in the above case.

   IT IS FURTHER ORDERED that <u>Mark D. Fowler</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

   SIGNED this the _____ day of <u>September</u>, 20<u>2020</u>.


         _____

         UNITED STATES DISTRICT JUDGE