# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                              Case No.: 6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD, and
SAMSUNG ELECTRONICS AMERICA, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Erik R. Fuehrer, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US) with offices at:

    Mailing address: 2000 University Avenue

    City, State, Zip Code: East Palo Alto, CA 94303-2214

    Telephone: (650) 833-2000     Facsimile: (650) 833-2001

2. Since 12/4/07, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 252578.

3. Applicant has been admitted to practice before the following courts:

    Court:                                       Admission date:

    See attached.

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: See attached.            on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Guaragna

Mailing address: DLA Piper LLP (US), 401 Congress Ave., Suite 2500

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Erik R. Fuehrer to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Erik R. Fuehrer
[printed name of Applicant]

_[signature]_
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5 day of October, 2020.

Erik R. Fuehrer
[printed name of Applicant]

_[signature]_
[signature of Applicant]

Erik R. Fuehrer
Motion for Admission Pro Hac Vice

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| State of California | 12/10/07 |
| Supreme Court of California | 12/10/07 |
| U.S. District Court, Northern District of California | 01/16/08 |
| U.S. District Court, Southern District of California | 02/18/08 |
| U.S. District Court, Eastern District of California | 03/14/08 |
| U.S. District Court, Central District of California | 03/17/08 |
| U.S. District Court, Eastern District of Michigan | 12/02/10 |
| U.S. Court of Appeals for the Federal Circuit | 12/02/10 |
| Eastern District of Texas | 05/24/12 |


5.  I have previously applied to Appear Pro Hac Vice in this district court in Cases:
    Number: 11-cv-472 on the 22nd day of August, 2011.
    Number: 12-cv-604 on the 29th day of October, 2012.
    Number: 19-cv-329 on the 8th day of August, 2019.
    Number: 19-cv-399 on the 6th day of August, 2019.
    Number: 19-cv-397 on the 6th day of August, 2019.
    Number: 19-cv-874 on the 6th day of August, 2019.
    Number: 19-cv-873 on the 6th day of August, 2019.
    Number: 19-cv-532 on the 8th day of January, 2020.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.

SAMSUNG ELECTRONICS CO. LTD, and
SAMSUNG ELECTRONICS AMERICA,

Case No.: 6:20-cv-00507-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Erik R. Fuehrer, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Erik R. Fuehrer may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Erik R. Fuehrer, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20 2020.

_____
UNITED STATES DISTRICT JUDGE