# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE

Before the Court is Plaintiff Neonode Smartphone LLC's Unopposed Motion to Continue Rule 16 Case Management Conference. After consideration of the Motion, this Court is of the opinion that the Motion is meritorious. It is hereby GRANTED.

Accordingly, the Rule 16 Case Management Conference is continued to October 23, 2020, at 1:30 p.m.


Signed this ___ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Alan D. Albright, U.S.D.J.