**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Before the Court is the Unopposed Motion for Extension of Time seeking an extension for Defendants to file their Reply In Support of their Motion to Dismiss Plaintiff's Claims of Willful Infringement as to Both Patents-in-Suit and Plaintiff's Claims of Indirect Infringement and Direct Infringement as to U.S. Patent No. 8,812,993 ("Motion to Dismiss").  The Court is of the opinion that said motion should be granted.

It is therefore ORDERED that Defendants' Unopposed Motion for Extension of Time is GRANTED.  Defendants will have through November 6, 2020 to file their Reply In Support of their Motion to Dismiss Plaintiff's Claims of Willful Infringement as to Both Patents-in-Suit and Plaintiff's Claims of Indirect Infringement and Direct Infringement as to U.S. Patent No. 8,812,993.

IT IS SO ORDERED.

ENTERED this ____ day of October 2020.

THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE