IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                    Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER**

Plaintiff Neonode Smartphone LLC ("Neonode") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Samsung") hereby stipulate to file an agreed Scheduling Order on November 11, 2020. The Parties require additional time to confer regarding the deadlines in the Scheduling Order, and therefore stipulate to file an agreed Scheduling Order or a Joint Motion for entry of each Order setting forth the parties' respective positions by Wednesday, November 11, 2020.

Dated: November 6, 2020

Respectfully Submitted,

By: */s/ Philip J. Graves*

Philip J. Graves (CA State Bar No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920

By: */s/ John Guaragna*

John Michael Guaragna
DLA Piper LLP
401 Congress Suite 2500
Austin, TX 78701
(512) 457-7125
Fax: 512/457-7001

| | |
|---|---|
| Pasadena, CA 91101<br>Telephone: (213) 330-7147<br>Facsimile: (213) 330-7152<br>Email: philipg@hbsslaw.com | John.Guaragna@dlapiper.com<br><br>Benjamin Mueller<br>DLA Piper LLP<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>(312) 368-4000<br>Fax: (312) 236-7516<br>Benjamin.Mueller@dlapiper.com |
| Greer N. Shaw (CA State Bar No. 197960)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>Email: greers@hbsslaw.com | Mark D. Fowler<br>Erik R. Fuehrer<br>DLA Piper LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>(650) 833-2000<br>Fax: (650) 833-2001<br>Mark.Fowler@dlapiper.com<br>Erik.Fuehrer@dlapiper.com |
| Craig D. Cherry<br>State Bar No. 24012419<br>ccherry@haleyolson.com<br>Justin W. Allen<br>State Bar No. 24081977<br>jallen@haleyolson.com<br>HALEY & OLSON, P.C.<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712<br>913 Franklin Ave., Suite 201<br>Waco, Texas 76701<br>Telephone: (254) 776-3336<br>Facsimile: (254) 776-6823 | Susan Acquista<br>Tiffany C. Miller<br>DLA Piper LLP<br>401 B Street, Suite 1700<br>San Diego , CA 92101<br>(619) 699-2700<br>Fax: (619) 699-2701<br>Susan.Acquista@dlapiper.com<br>tiffany.miller@dlapiper.com |
| *Counsel for Plaintiff Neonode Smartphone LLC* | *Counsel for Defendants Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Philip Graves
Philip Graves

John Michael Guaragna
DLA Piper LLP
401 Congress Suite 2500
Austin, TX 78701
(512) 457-7125
Fax: 512/457-7001
John.Guaragna@dlapiper.com

Benjamin Mueller
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368-4000
Fax: (312) 236-7516
Benjamin.Mueller@dlapiper.com

Mark D. Fowler
Erik R. Fuehrer
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
(650) 833-2000
Fax: (650) 833-2001
Mark.Fowler@dlapiper.com
Erik.Fuehrer@dlapiper.com

Susan Acquista
Tiffany C. Miller
DLA Piper LLP
401 B Street, Suite 1700
San Diego , CA 92101
(619) 699-2700
Fax: (619) 699-2701
Susan.Acquista@dlapiper.com
tiffany.miller@dlapiper.com

*Attorneys for Defendants Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*