IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO STAY THIS ACTION PENDING
DECISION ON APPLE'S MOTION TO TRANSFER VENUE**

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") respectfully move for a stay pending a decision on Apple's pending Motion to Transfer Venue to the Northern District of California.

This case is coordinated for pretrial activities with the Neonode v. Apple case (Case No. 6:20-cv-00505). Apple has moved to transfer its case against Neonode to the Northern District of California. Samsung is informed and believes that Neonode and Apple have agreed to stay activity in that case unrelated to transfer until the Court decides Apple's pending Motion to Transfer. To promote efficiency and in an attempt to keep these two coordinated cases on the same schedule to Markman, Samsung has requested to also stay this case pending the Court's decision on Apple's Motion to Transfer. Neonode does not oppose Samsung's request.

For the foregoing reasons, Samsung requests that the Court stay this case pending a decision on Apple's Motion to Transfer Venue.

Dated: December 7, 2020

Respectfully submitted,

*/s/ John M. Guaragna*

1

John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

Mark K. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
Susan Acquista *(Pro hac vice)*
Susan.acquista@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

ATTORNEY FOR SAMSUNG
ELECTRONICS CO. LTD, and
SAMSUNG ELECTRONICS
AMERICA, INC.

**CERTIFICATE OF CONFERENCE**

I hereby certify that the undersigned counsel for Defendants conferred with Plaintiff's counsel.  Plaintiff does not oppose Defendants' request sought in this motion.

>  */s/ John M. Guaragna*
>  John M. Guaragna

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 7th day of December 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

>  */s/  John M. Guaragna*
>  John M. Guaragna