IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD, and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO STAY THIS ACTION PENDING DECISION ON APPLE'S MOTION TO TRANSFER VENUE

This Court, having considered Defendant Samsung's Unopposed Motion to Stay Action Pending Decision on Apple's Motion to Transfer Venue in Case No. 6:20-cv-00505, hereby GRANTS the Motion to Stay and ORDERS the following:

IT IS HEREBY ORDERED that this action is hereby stayed pending a decision on Apple's Motion to Transfer Venue.

IT IS SO ORDERED.

ENTERED this _____ day of December 2020.

THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE