IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Waco

NEONODE SMARTPHONE, LLC §
§
vs. § Case No. 6:20-CV-00507-ADA
§
SAMSUNG ELECTRONICS et al. §

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Steckler, Wayne, Cochran, Cherry, PLLC. |
| Street | 100 N. Ritchie Rd., Suite 200 |
| City, State, Zip | Waco, TX 76712 |
| Telephone/Fax | (254) 776-3336; (254) 776-6823 (fax) |
| State Bar # | 24081977 |

Respectfully submitted,

/s/Justin Allen

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov