# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>                            Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF NEONODE SMARTPHONE LLC'S MOTION FOR ISSUANCE OF LETTER OF REQUEST TO EXAMINE PERSONS AND INSPECT DOCUMENTS PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Having considered Plaintiff Neonode Smartphone LLC's ("Plaintiff's") Motion for Issuance of a Letter of Request to Examine Persons and Inspect Documents Pursuant to Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the Court GRANTS the Motion.  Accordingly, the Court will execute the submitted Request for International Judicial Assistance with an original signature, to which the clerk will affix an original seal.  The Court will then transmit the executed Request to counsel for Plaintiff who will transmit the Request to the appropriate authorities.

To the extent that leave is necessary, the parties are hereby granted leave to take discovery as requested in the Letter of Request.

**IT IS SO ORDERED.**


Dated: _____
                                                                                            Honorable Judge Alan D. Albright