**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | |
| Plaintiff, | |
| | Civil Action No. 6:20-cv-00507-ADA |
| v. | |
| SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION**

On February 12, 2021, Neonode Smartphone LLC filed a Motion for Issuance of Letter of Request to Examine Persons, Inspect Documents and Inspect Property Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (Dkt. 39). Defendants, Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. hereby provide notice that they do not oppose Neonode's Motion, but reserve all rights with regard to any and all objections to the underlying requests.

Dated:  February 18, 2021

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

Mark K. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
Susan Acquista *(Pro hac vice)*
Susan.acquista@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

ATTORNEY FOR SAMSUNG ELECTRONICS
CO. LTD, and SAMSUNG ELECTRONICS

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this 18th day of February 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.


*/s/  John M. Guaragna*
John M. Guaragna