# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00507-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, INC. | | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by Zoom on **Thursday, April 01, 2021 at 03:30 PM**.

IT IS SO ORDERED this 23rd day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE