IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Waco

| | |
|---|---|
| NEONODE SMARTPHONE, LLC § § § § § | |
| vs. § | Case No. 6:20-CV-00507-ADA |
| § § | |
| SAMSUNG ELECTRONICS et al. § § § | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Steckler, Wayne, Cochran, Cherry, PLLC. |
| Street | 8416 Old McGregor Road |
| City, State, Zip | Waco, TX 76712 |
| Telephone/Fax | (254) 651-3690; (254) 651-3689 (fax) |
| State Bar # | 24012419 |

Respectfully submitted,

/s/Craig D. Cherry

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov