# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                            Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST TO EXAMINE PERSONS, INSPECT DOCUMENTS AND INSPECT PROPERTY PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.'s ("Defendants" or "Samsung") hereby move for issuance of a Letter of Request for International Judicial Assistance ("Letter of Request") to compel the attendance at deposition of, production of documents and physical evidence by, two witnesses residing in Sweden: Magnus Goertz, the inventor named on the two Patents-in-Suit, and Björn Thomas Eriksson ("Thomas Eriksson"), the co-founder (with Mr. Goertz) of Neonode, Inc.

Samsung requests issuance of the Letter of Request pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, and in conformity with the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, reprinted in 28 U.S.C. § 1781 ("Hague Evidence Convention"), which is in force between the United States and Sweden. Issuance of the Letters of Request under the Hague Evidence Convention is a proper method for collecting documents and the taking of testimony of persons

residing abroad. Fed. R. Civ. P. 28(b); *Pain v. United Tech. Corp.*, 637 F.2d 775, 788-90 (D.C. Cir. 1980), *cert. denied*, 454 U.S. 1128 (1991).

A proposed Letter of Request is attached hereto as Exhibit A, following the model set out in the Hague Evidence Convention.

## STATEMENT OF THE CASE

Samsung brings the present application because it believes that Magnus Goertz and Thomas Eriksson possess information relevant to this litigation involving both Neonode and Samsung.  Mr. Goertz is the soled named inventor on the patents at issue in this litigation – U.S. Patent Nos. 8,095,879 ("the '879 Patent") and 8,812,993 ("the '993 Patent;" collectively, "the Patents-in-Suit").  Plaintiff Neonode has alleged Mr. Goertz and Mr. Eriksson are knowledgeable regarding the development of the Neno user interface and the Neonode mobile phone, which Plaintiff Neonode alleges to be relevant to the Patents-in-Suit.

Although the Court has stayed this action pending the resolution of Apple's Motion to Transfer Venue to the Northern District of California in the *Neonode v. Apple* case (Case No. 6:20-cv-00505 (*see* Dkt. No. 36), there is no reason to delay taking this discovery.  The Court's OGP – Patent Case, v. 3.2, provides that "the Court will permit limited discovery by agreement of the parties, or upon request, where exceptional circumstances warrant.  For example, if discovery outside the United States is contemplated, the Court will be inclined to allow such discovery to commence before the Markman hearing."  Because Mr. Goertz and Mr. Eriksson are third parties that reside in Sweden, this is exactly such discovery.  Furthermore, this Court specifically authorized taking Mr. Goertz's deposition prior to Markman because of his unique knowledge about alleged conception and reduction to practice of the claimed inventions in the Patents-in-Suit. *See* Dkt. No. 28 at 16-19.  Finally, Neonode Smartphone's Motion for Issuance of Letter of Request

2

to Examine Persons, Inspect Documents and Inspect Property Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (Dkt. No. 39) indicates that it too believes that discovery related to Mr. Goertz and Mr. Eriksson should occur before the *Markman* hearing in this case.

## PROCEDURE

Samsung respectfully asks this Court to issue a Letter of Request to examine Mr. Goertz and Mr. Eriksson and inspect documents as set forth in Exhibit A to the Request for International Judicial Assistance below in order to fully develop its claims and defenses in this action. The evidence sought in the Letter of Request cannot be obtained by other means.

In the event the Court grants the instant application, Samsung requests that the Court execute the Letter of Request with the Court's signature and seal, and provide an original of the executed Letter of Request to Samsung's undersigned counsel. Samsung will then transmit the executed Letter of Request to the Swedish authority for execution.

Accordingly, Samsung requests that the Court sign under seal and issue the attached Letters of Request to the appropriate authority in conformity with the Hague Evidence Convention, including requests to compel the attendance at deposition and production of documents by Magnus Goertz and Björn Thomas Eriksson in the form as attached as Exhibit A.

Dated:  April 19, 2021

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

        Mark D. Fowler *(Pro hac vice)*
        Bar No. 124235
        mark.fowler@dlapiper.com
        Erik Fuehrer *(Pro hac vice)*
        Bar No. 252578
        Erik.fuehrer@dlapiper.com
        **DLA PIPER LLP (US)**
        2000 University Avenue
        East Palo Alto, CA  94303-2214
        Tel:   650.833.2000
        Fax:  650.833.2001

        Tiffany Miller *(Pro hac vice)*
        Tiffany.miller@dlapiper.com
        Susan Acquista *(Pro hac vice)*
        Susan.acquista@dlapiper.com
        **DLA PIPER LLP (US)**
        401 B Street, Suite 1700
        San Diego, CA 92101-4297
        Tel: 619.699.2700
        Fax: 619.699.2701

        Benjamin Mueller *(Pro hac vice)*
        Benjamin.mueller@dlapiper.com
        **DLA PIPER LLP (US)**
        444 West Lake Street, Suite 900
        Chicago, IL 60606-0089
        Tel: 312.368.4000
        Fax: 312.236.7516

        ATTORNEY FOR SAMSUNG ELECTRONICS
        CO. LTD, and SAMSUNG ELECTRONICS

WEST\292978371.6

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 19th day of April 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ John M. Guaragna*
John M. Guaragna