# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | Civil Action No. 6:20-cv-00507-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF NON-OPPOSITION TO APPLE'S MOTION TO TRANSFER

Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Samsung) hereby notify the Court that Samsung does not oppose Apple's Motion to Transfer to the Northern District of California filed in Case No. 6:20-cv-00505-ADA at Dkt. No. 27.

Dated:  May 4, 2021

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

1

        Mark K. Fowler *(Pro hac vice)*
        Bar No. 124235
        mark.fowler@dlapiper.com
        Erik Fuehrer *(Pro hac vice)*
        Bar No. 252578
        Erik.fuehrer@dlapiper.com
        **DLA PIPER LLP (US)**
        2000 University Avenue
        East Palo Alto, CA  94303-2214
        Tel:   650.833.2000
        Fax:  650.833.2001

        Tiffany Miller *(Pro hac vice)*
        Tiffany.miller@dlapiper.com
        Susan Acquista *(Pro hac vice)*
        Susan.acquista@dlapiper.com
        **DLA PIPER LLP (US)**
        401 B Street, Suite 1700
        San Diego, CA 92101-4297
        Tel: 619.699.2700
        Fax: 619.699.2701

        Benjamin Mueller *(Pro hac vice)*
        Benjamin.mueller@dlapiper.com
        **DLA PIPER LLP (US)**
        444 West Lake Street, Suite 900
        Chicago, IL 60606-0089
        Tel: 312.368.4000
        Fax: 312.236.7516

        ***ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC.***

## CERTIFICATE OF SERVICE

   The undersigned certifies that on this 4th day of May 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

        */s/  John M. Guaragna*
         John M. Guaragna

WEST\294057634.2