9(1)



STOCKHOLMS TINGSRÄTT
*STOCKHOLM DISTRICT COURT*

2021-06-07

Aktbilaga 6/*File appendix 6*

Mål T 7468-21
*Case T 7468-21*

Anges vid kontakt med domstolen
*To be used when contacting the court*

United States District Court for the    *through*    Justitiedepartementet
Western District of Texas                              BIRS
Waco Division                                      103 33 Stockholm
800 Franklin Avenue
Waco, Texas 76701
United States of America

**F I L E D**

JUN 3 0 2021

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

*Your case numbers*
*6:20-cv-00505-ADA*
*6:20-cv-00507-ADA*

### Regarding your Letter of Request for International Judicial Assistance

Stockholm District Court ("the Court") has received, through the Ministry of Justice, the following Letters of Request for International Judicial Assistance:
- Request from Neonode Smartphone LLC (related to Civil Action No 6:20-cv-00505-ADA)
- Request from Apple Inc. (related to Civil Action No 6:20-cv-00505-ADA)
- Request from Samsung Electronics Co. Ltd and Samsung Electronics America, Inc. (related to Civil Action No. 6:20-cv-00507-ADA)

The requests are issued pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial matters ("the Convention"). Pursuant to article 23 of the Convention, Sweden has declared that Letters of Request issued for the purpose of obtaining pre-trial discovery of documents as known in common law countries will not be executed. Sweden has also made the following additional declaration:

> The Swedish Government understands "Letters of Request issued for the purpose of pre-trial discovery of documents" for the purposes of the foregoing Declaration as including any Letter of Request which requires a person:
> a) to state what documents relevant to the proceedings to which the Letter of Request relates are, or have been, in his possession, custody or power; or
> b) to produce any documents other than particular documents specified in the Letter of Request, which are likely to be in his possession, custody or power.

The Court's initial assessment of the requests from Neonode Smartphone LLC, Apple Inc. and Samsung Electronics Co. Ltd and Samsung Electronics America, Inc., is

| **Besöksadress** | **Postadress** | **Telefon** | **Fax** | **Öppettider** |
|---|---|---|---|---|
| Scheelegatan 7 | Box 8307 | 08-561 654 10 | | måndag–fredag |
| | 104 20 Stockholm | | | 08:00–16:00 |
| **Webbplats** | | **E-post** | | |
| www.stockholmstingsratt.se | | stockholms.tingsratt.avdelning4@dom.se | | |

that the requests are issued for the purpose of obtaining pre-trial discovery of documents, as defined in the Swedish Government's declaration pursuant to article 23 of the Convention.

Before the Court makes a final ruling whether the requests can be executed, the United States District Court for the Western District of Texas is given the opportunity to address the question of pre-trial discovery.

Any statement must have reached the Court no later than **30th of September 2021**. If no statement has reached the Court by that time, the case might be dismissed, or a final ruling might be made.

Please do not hesitate to contact the Court if you have any questions.

Emma Blom

Junior Judge, Stockholm District Court
+ 468 561 654 26



**Government Offices of Sweden**

11 June 2021
JuBC2021/00287

RECEIVED
JUN 30 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**Ministry of Justice Sweden**
Division for Criminal Cases and
International Judicial Co-operation
Central Authority
Amanda Caarle
Desk Officer
Ju.birs@gov.se

United States District Court for the
Western District of Texas
Waco Division
800 Franklin Avenue, Room 301
Waco, Texas 76701
United States of America

### Request for legal assistance in a civil or commercial matter

Dear Madam/Sir,

With reference to your request in Civil action No. 6:20-cv-00507-ADA and
Civil action 6:20-cv-00505-ADA.

The Ministry of Justice hereby has the honour of forwarding the enclosed
Letter from the Stockholm District Court.

Please be informed that I am the officer who is responsible for this matter at
the Ministry. Future communication relating to the request can be sent to
Ju.birs@gov.se with reference to our ref.nr. JuBC2021/00287.

Yours faithfully,

Amanda Caarle
Desk Officer

Telephone: +46 8 405 10 00
Fax: +46 8 20 27 34
Web: www.regeringen.se

Postal address: SE 103 33 Stockholm
Visitors' address: Jakobsgatan 24
Email: ju.birs@gov.se



**Regeringskansliet**

**Justitiedepartementet**
SE-103 33 Stockholm, Sweden

PRIORITAIRE
1:a-klassbrev

**A**

**PP**
Sverige, Port Payé
PostNord          20344283
Frankeringsservice