IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil No. 6:20-cv-00507-ADA |
| § | |
| SAMSUNG ELECTRONICS CO. LTD, and § | |
| SAMSUNG ELECTRONICS AMERICA, § | **JURY TRIAL DEMANDED** |
| INC., § | |
| Defendant. § | |

## STIPULATION TO STAY CASE PENDING FINAL WRITTEN DECISIONS IN CERTAIN INTER PARTES REVIEW PROCEEDINGS

Plaintiff Neonode Smartphone LLC ("Neonode") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, "Parties") hereby stipulate to stay this case, with the exception of any work related to discovery in Sweden, pending the final written decision in IPR2021-00145 and, if rehearing is granted in IPR2021-00144, a final written decision in IPR2021-00144.[1]

On November 6, 2020, Apple and Samsung (collectively, "Petitioners") jointly filed IPR2021-00144 against U.S. Patent No. 8,095,879 and IPR2021-00145 against U.S. Patent No. 8,812,993. On June 15, 2021, the Patent Trial and Appeal Board ("PTAB") denied institution on IPR2021-00144, and on June 16, 2021, it granted institution for IPR2021-00145. On July 15, 2021, Petitioners filed a rehearing request at the PTAB in IPR2021-00144, which is pending.

---

[1] Neonode and Apple intend to file a similar stipulation to stay in *Neonode Smartphone LLC v. Apple Inc.*, Case No. 6:20-cv-00505-ADA (W.D. Tex.), which involve the same patents.

Date:  August 11, 2021

Respectfully submitted,

| HAGENS BERMAN SOBOL SHAPIRO LLP | | DLA PIPER LLP (US) |
|---|---|---|
| */s/ Philip J. Graves*<br>Philip J. Graves<br>(CA State Bar No. 153441)<br>Email: philipg@hbsslaw.com<br>Greer N. Shaw<br>(CA State Bar No. 197960)<br>Email: greers@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br><br>Craig D. Cherry<br>(State Bar No. 24012419)<br>craig@swclaw.com<br>Justin W. Allen<br>(State Bar No. 24081977)<br>justin@swclaw.com<br>STECKLER WAYNE COCHRAN CHERRY<br>8416 Old McGregor Road Waco, Texas 76712 Telephone: (254) 651-3690<br><br>**COUNSEL FOR PLAINTIFF NEONODE SMARTPHONE LLC** | By: | */s/ John M. Guaragna*<br>John M. Guaragna<br>Texas Bar No 24043308<br>DLA PIPER LLP (US)<br>303 Colorado Street, Suite 3000<br>Austin, TX 78701-4653<br>Tel: 512.457.7125<br>Fax: 512.457.7001<br>john.guaragna@dlapiper.com<br><br>Mark K. Fowler *(Pro hac vice)*<br>Bar No. 124235<br>mark.fowler@dlapiper.com<br>Erik Fuehrer *(Pro hac vice)*<br>Bar No. 252578<br>Erik.fuehrer@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel:   650.833.2000<br>Fax:  650.833.2001<br><br>Tiffany Miller *(Pro hac vice)*<br>Tiffany.miller@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619.699.2700<br>Fax: 619.699.2701<br><br>Benjamin Mueller *(Pro hac vice)*<br>Benjamin.mueller@dlapiper.com<br>**DLA PIPER LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Tel: 312.368.4000<br>Fax: 312.236.7516<br><br>***ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.*** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served on August 11, 2021 to all counsel of record via ECF.

                                                 */s/ John M. Guaragna*
                                                 JOHN M. GUARAGNA