# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil No. 6:20-cv-00507-ADA |
| SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## [PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE

Having considered Plaintiff Neonode Smartphone LLC ("Neonode") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Stipulation to Stay Case Pending Final Written Decisions in Certain *Inter Partes Review* Proceedings, and good cause appearing, the Court hereby ORDERS this case stayed, with the exception of any work related to discovery in Sweden, pending the final written decision in IPR2021-00145 and, if rehearing is granted in IPR2021-00144, a final written decision in IPR2021-00144.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE