UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Neonode Smartphone LLC

vs.

Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.

Case No.: 6:20-cv-00507

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Zachary Loney, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US) with offices at:

   Mailing address: 303 Colorado Street, Suite 3000

   City, State, Zip Code: Austin, TX  78701

   Telephone: 512.457.7000     Facsimile: 512.457.7001

2. Since November 6, 2014, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24092714.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Eastern District of Texas | July 9, 2021 |
   | State of Texas | November 6, 2014 |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:19-cv-378-ADA     on the  2   day of  February    , 2021  .
Number: 1:19-cv-01238-ADA   on the  20  day of  April       , 2021  .
Number: _____ on the ____ day of _____, _____ .

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Guaragna

Mailing address: DLA Piper LLP (US), 303 Colorado Street, Suite 3000

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Zachary Loney to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Zachary Loney
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12th day of November, 2021.

Zachary Loney
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Neonode Smartphone LLC

vs.  Case No.: 6:20-cv-00507

Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Zachary Loney, counsel for Defendants Samsung Electronics Co. Ltd. and Sa, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Zachary Loney may appear on behalf of Defendants Samsung Electronics in the above case.

IT IS FURTHER ORDERED that Zachary Loney, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE