# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil No. 6:20-cv-00507-ADA |
| SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## ORDER GRANTING STIPULATION TO STAY CASE

Having considered Plaintiff Neonode Smartphone LLC ("Neonode") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Stipulation to Stay Case Pending Final Written Decisions in Certain *Inter Partes Review* Proceedings, and good cause appearing, the Court hereby ORDERS this case stayed, with the exception of any work related to discovery in Sweden, pending the final written decision in IPR2021-00145 and, if rehearing is granted in IPR2021-00144, a final written decision in IPR2021-00144.

The parties shall file status reports every six months to report the status of the IPR cases. The parties shall file a joint motion to lift the stay within one week of the stay condition becoming fulfilled.

IT IS SO ORDERED.

SIGNED this 11th day of April, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE