# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | |
|     Plaintiff, | |
| v. | Civil Action No. 6:20-cv-00507-ADA |
| SAMSUNG ELECTONICS CO. LTD. and SAMSUNG ELECTONICS AMERICA, INC. | |
|     Defendant. | |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Graves & Shaw LLP |
| Street | 355 S. Grand Ave., Suite 2450 |
| City, State, Zip | Los Angeles, CA 90071 |
| Telephone/Fax | 213-204-5101 |
| Email | gshaw@gravesshaw.com |
| State Bar # | CA 197960 (admitted pro hac vice) |

Respectfully submitted,

_____
Greer N. Shaw

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served

on June 1, 2022 to all counsel of record via ECF.

/s/ Greer N. Shaw
Greer N. Shaw