IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br>    *Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>    *Defendants.* | Civil Action 6:20-cv-00507-ADA |

## NOTICE OF APPEARANCE OF GREG LOVE

Plaintiff, Neonode Smartphone LLC, files this Notice of Appearance and hereby notifies the Court that Greg Love of Steckler Wayne Cherry & Love, PLLC, 107 East Main Street, Henderson, Texas 75652, greg@swclaw.com, is appearing on behalf of Neonode Smartphone LLC. The undersigned respectfully requests to be added as an attorney to be noticed so that he may receive copies of all filings in this case.

        Respectfully submitted,

        /s/ *Greg Love*
        Greg Love
        Texas Bar No. 24013060
        STECKLER WAYNE CHERRY
           & LOVE, PLLC
        107 East Main Street
        Henderson, Texas 75652
        903.212.4444
        903.392.2267 (Fax)
        greg@swclaw.com

        *Counsel for Plaintiff*
        *Neonode Smartphone LLC*

CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on June 8, 2022.

/s/ *Greg Love*
Greg Love