IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **NEONODE SMARTPHONE LLC,** | § | |
| *Plaintiff,* | § | CIVIL ACTION 6:20-cv-00507-ADA |
| | § | |
| v. | § | |
| | § | |
| **SAMSUNG ELECTRONICS CO.** | § | |
| **LTD. AND SAMSUNG** | § | |
| **ELECTRONICS AMERICA, INC.,** | § | |
| *Defendants.* | § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

TO THE HONORABLE COURT:

Plaintiff Neonode Smartphone LLC hereby moves to withdraw the law firm Hagens Berman Sobol Shapiro LLP as counsel of record for Plaintiff.

Lawyers with Graves & Shaw LLP and Steckler Wayne Cherry & Love, PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Samsung or any other party to this action.

Defendants are not opposed to this motion.

Respectfully submitted,

By: */s/ Mark D. Siegmund*
Philip J. Graves *(Pro Hac Vice)*
CA State Bar No. 153441
Greer N. Shaw *(Pro Hac Vice)*
CA State Bar No. 197960
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
**CRAIG D. CHERRY**
State Bar No. 24012419
Email: craig@swclaw.com
**MARK D. SIEGMUND**
State Bar No. 24117055
Email: mark@swclaw.com

**COUNSEL FOR PLAINTIFF NEONODE SMARTPHONE LLC**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 16th day of June 2022.

/s/ *Mark D. Siegmund*
MARK D. SIEGMUND