IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **NEONODE SMARTPHONE LLC,** | § | |
| *Plaintiff,* | § | CIVIL ACTION 6:20-cv-00507-ADA |
| | § | |
| v. | § | |
| | § | |
| **SAMSUNG ELECTRONICS CO.** | § | |
| **LTD. AND SAMSUNG** | § | |
| **ELECTRONICS AMERICA, INC.,** | § | |
| *Defendants.* | § | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

Before the Court is Plaintiff Neonode Smartphone LLC's Unopposed Motion for Withdrawal of Counsel from Case. Having considered the Motion, the Court has determined it should be GRANTED.

IT IS, THEREFORE, ORDERED that the appearance of the law firm Hagens Berman Sobol Shapiro LLP as counsel of record for Plaintiff Neonode Smartphone LLC is hereby TERMINATED for all purposes in this case.

IT IS SO ORDERED this the _____ day of _____, 2022.

_____
Honorable Alan D. Albright
United States District Judge