# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil No. 6:20-cv-00507-ADA |
| SAMSUNG ELECTRONICS CO. LTD, and | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | **JURY TRIAL DEMANDED** |
| INC., | § | |
| Defendant. | § | |

## JOINT STATUS REPORT REGARDING IPR PROCEEDING

Pursuant to the Order granting the parties' Stipulation to Stay Case Pending Final Written Decisions in Certain *Inter Partes* Review Proceedings (Dkt. No. 55), entered in the above-captioned case, Plaintiff Neonode Smartphone LLC ("Neonode") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") submit this Joint Status Report Regarding *Inter Partes* Review (IPR) Proceedings.

On June 15, 2022, the U.S. Patent Trial and Appeal Board issued a Final Written Decision that claims 1-8 of U.S. Patent No. 8,812,993 are unpatentable. *See* IPR2021-00145, Paper No. 71. Neonode filed a Notice of Appeal on August 15, 2022. *Id.* at Paper No. 74.

On December 1, 2022, the U.S. Patent Trial and Appeal Board issued a Final Written Decision that claims 1–6 and 12-17 of U.S. Patent No. 8,095,879 are not unpatentable based on the instituted grounds of unpatentability. *See* IPR2021-00144, Paper No. 58.

On or about June 14, 2021, Google LLC filed a petition for Inter Partes Review of claims 1-7, 9, 12-13, and 15-17 of U.S. Patent No. 8,095,879. A final written decision is due to be issued in that proceeding no later than January 13, 2023. *See* IPR2021-01041, Paper No. 19 (granting institution of IPR).

Given the fact that a Final Written Decision is due to be issued in IPR2021-01041 in a little more than one month, the parties jointly request the Court extend the stay through issuance of a Final Written Decision in IPR2021-01041.

Date:  December 9, 2022

GRAVES & SHAW LLP

*/s/ Philip J. Graves*
By:  Philip J. Graves
CA State Bar No. 153441
Email: pgraves@gravesshaw.com
Greer N. Shaw
CA State Bar No. 197960
Email: gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Ste. 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Craig D. Cherry
State Bar No. 24012419
craig@swclaw.com
Justin W. Allen
State Bar No. 24081977
justin@swclaw.com
STECKLER WAYNE COCHRAN
CHERRY
8416 Old McGregor Road Waco, Texas
76712 Telephone: (254) 651-3690

**COUNSEL FOR PLAINTIFF NEONODE
SMARTPHONE LLC**

DLA PIPER LLP (US)

*/s/ John M. Guaragna*
By:   John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

Mark K. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

***ATTORNEYS FOR SAMSUNG
ELECTRONICS CO. LTD. and SAMSUNG
ELECTRONICS AMERICA, INC.***

WEST/300932134

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was filed electronically on December 9, 2022, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via electronic mail.  Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ John M. Guaragna*
John M. Guaragna

WEST/300932134