IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC., § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD. § <br> AND SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> *Defendants*. § | Civil Action No. 6:20-cv-00507-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO LIFT STAY

Having considered the Joint Motion to Lift Stay Pursuant to This Court's August 11, 2021 Order filed by plaintiff Neonode Smartphone LLC and defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., and good cause appearing, the Court hereby ORDERS that the stay in this case is lifted. The parties shall file a proposed scheduling order within one week of entry of this Order.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2023.