# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-00507-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD. | § | JURY TRIAL DEMANDED |
| AND SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION TO LIFT STAY

Having considered the Joint Motion to Lift Stay Pursuant to This Court's August 11, 2021 Order filed by plaintiff Neonode Smartphone LLC and defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., and good cause appearing, the Court hereby ORDERS that the stay in this case is lifted.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2023.