# EXHIBIT D

Case 6:20-cv-00507-ADA   Document 66-4   Filed 02/03/23   Page 1 of 2

# United States Court of Appeals for the Federal Circuit

Median Time to Disposition in Cases Terminated After Hearing or Submission[1]

Docketing Date[2] to Disposition Date, in Months

| | FY 13 | FY 14 | FY 15 | FY 16 | FY17 | FY 18 | FY 19 | FY 20 | FY 21 | FY 22 | Overall Median per Origin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District Court | 11.8 | 12.0 | 12.0 | 13.0 | 13.0 | 14.0 | 16.0 | 13.0 | 12.0 | 12.0 | 12.5 |
| Court of Federal Claims | 10.4 | 10.0 | 10.0 | 9.0 | 9.0 | 11.0 | 12.0 | 15.0 | 12.0 | 18.0 | 10.7 |
| Court of International Trade | 12.4 | 13.0 | 12.0 | 13.0 | 15.0 | 14.0 | 14.0 | 15.0 | 13.0 | 13.0 | 13.0 |
| Court of Appeals for Veterans Claims | 11.2 | 10.0 | 7.0 | 7.5 | 6.0 | 14.0 | 12.0 | 7.5 | 10.0 | 10.0 | 10.0 |
| Board of Contract Appeals | 13.3 | 16.0 | 10.0 | 10.0 | 9.0 | 13.5 | 16.0 | 14.0 | 11.5 | 13.0 | 13.2 |
| Department of Veterans Affairs | n/a | n/a | 16.0 | 13.0 | 17.0 | 19.0 | 17.0 | 15.5 | 28.0 | 20.0 | 17.0 |
| Department of Justice | 9.7 | 12.0 | 5.9 | 12.0 | 13.0 | 12.0 | 15.0 | 11.5 | 4.5 | 7.5 | 11.8 |
| International Trade Commission | 13.7 | 16.0 | 13.0 | 17.0 | 13.0 | 11.0 | 17.0 | 17.0 | 14.5 | 18.0 | 15.3 |
| Merit Systems Protection Board | 7.4 | 6.0 | 6.5 | 7.0 | 6.0 | 12.0 | 12.5 | 11.0 | 10.0 | 10.0 | 8.7 |
| Office of Compliance | n/a | n/a | n/a | n/a | n/a | 14.0 | 13.0 | n/a | n/a | n/a | 13.5 |
| Patent and Trademark Office | 10.1 | 10.0 | 11.0 | 11.0 | 13.0 | 15.0 | 15.0 | 14.0 | 14.0 | 15.0 | 13.5 |
| Government Accountability Office | n/a | n/a | n/a | 11.0 | n/a | n/a | n/a | n/a | n/a | n/a | 11.0 |
| **Overall Median per Fiscal Year** | 11.2 | 12.0 | 10.5 | 11.0 | 13.0 | 14.0 | 15.0 | 14.0 | 12.0 | 13.0 | 12.5 |

[1]  Excludes cross and consolidated appeals, writs, and OPM petitions
[2]  Calculated from Date of Docketing or Date of Reinstatement, whichever is later