# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil No. 6:20-cv-00507-ADA |
| SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## ORDER GRANTING MOTION TO STAY CASE

Having considered Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Motion to Stay Case Pending Appeal of *Inter Partes* Review, and good cause appearing, the Court hereby ORDERS this case stayed in its entirety pending resolution of any appeals of the final written decisions in IPR2021-01041, IPR2021-00144, and IPR2021-00145.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE