# EXHIBIT 1

# Bill Stevens

| | |
|---|---|
| **From:** | txw_usdc_notice@txwd.uscourts.gov |
| **Sent:** | Friday, December 11, 2020 9:39 AM |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 6:20-cv-00507-ADA Neonode Smartphone LLC v. Samsung Electronics Co. Ltd.  et al Order on Motion to Stay Case |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 12/11/2020 at 11:39 AM CST and filed on 12/11/2020
**Case Name:**        Neonode Smartphone LLC v. Samsung Electronics Co. Ltd. et al
**Case Number:**      [6:20-cv-00507-ADA](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order GRANTING [36] Motion to Stay Case entered by Judge Alan D Albright. IT IS HEREBY ORDERED that this action is hereby stayed pending a decision on Apple's Motion to Transfer Venue. (This is a text-only entry generated by the court. There is no document associated with this entry.) (re)**


**6:20-cv-00507-ADA Notice has been electronically mailed to:**

Benjamin Mueller     benjamin.mueller@us.dlapiper.com

Craig D. Cherry      ccherry@haleyolson.com, jallen@haleyolson.com, jharing@haleyolson.com

Erik R. Fuehrer      erik.fuehrer@dlapiper.com, christine.cain@dlapiper.com

Greer N. Shaw        greers@hbsslaw.com, bills@hbsslaw.com

John Michael Guaragna     john.guaragna@dlapiper.com, alice.lineberry@dlapiper.com, sandra-muller-2511@ecf.pacerpro.com

Justin Wayne Allen    jallen@haleyolson.com, jharing@haleyolson.com

Mark D. Fowler    mark.fowler@us.dlapiper.com, carmen.manzano@us.dlapiper.com, christine.cain@us.dlapiper.com

Philip J. Graves    philipg@hbsslaw.com, bills@hbsslaw.com

Susan Acquista    susan.acquista@us.dlapiper.com, lisa.watts@us.dlapiper.com

Tiffany C. Miller    tiffany.miller@us.dlapiper.com, stacy.murray@us.dlapiper.com

**6:20-cv-00507-ADA Notice has been delivered by other means to:**