# EXHIBIT 4

## Bill Stevens

| | |
|---|---|
| **From:** | txw_usdc_notice@txwd.uscourts.gov |
| **Sent:** | Tuesday, April 20, 2021 7:07 AM |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 6:20-cv-00507-ADA Neonode Smartphone LLC v. Samsung Electronics Co. Ltd.  et al Order on Motion for Miscellaneous Relief |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court [LIVE]

### Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 4/20/2021 at 9:07 AM CDT and filed on 4/20/2021
**Case Name:**     Neonode Smartphone LLC v. Samsung Electronics Co. Ltd. et al
**Case Number:**   6:20-cv-00507-ADA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order GRANTING [45] Motion entered by Judge Alan D Albright. Having considered Defendants' Samsung Electronics Co. Ltd. and Samsung ElectronicsAmerica, Inc.'s ("Defendants'") Motion for Issuance of a Letter of Request to Examine Persons and Inspect Documents Pursuant to Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the Court GRANTS the Motion. Accordingly, the Court will execute the submitted Request for International Judicial Assistance with an original signature, to which the clerk will affix an original seal. The Court will then transmit the executed Request to counsel for Defendants who will transmit the Request to the appropriate authorities. To the extent that leave is necessary, the parties are hereby granted leave to take discovery as requested in the Letter of Request. (This is a text-only entry generated by the court. There is no document associated with this entry.) (re)**


**6:20-cv-00507-ADA Notice has been electronically mailed to:**

Benjamin Mueller     benjamin.mueller@us.dlapiper.com

Craig D. Cherry     craig@swclaw.com, jenn@swclaw.com, justin@swclaw.com

Erik R. Fuehrer     erik.fuehrer@dlapiper.com, christine.cain@dlapiper.com

Greer N. Shaw     greers@hbsslaw.com, bills@hbsslaw.com

John Michael Guaragna     john.guaragna@dlapiper.com, alice.lineberry@dlapiper.com, sandra-muller-2511@ecf.pacerpro.com

Justin Wayne Allen     justin@swclaw.com, jenn@swclaw.com

Mark D. Fowler     mark.fowler@us.dlapiper.com, carmen.manzano@us.dlapiper.com, christine.cain@us.dlapiper.com

Philip J. Graves     philipg@hbsslaw.com, bills@hbsslaw.com

Susan Acquista     susan.acquista@us.dlapiper.com, lisa.watts@us.dlapiper.com

Tiffany C. Miller     tiffany.miller@us.dlapiper.com, stacy.murray@us.dlapiper.com

**6:20-cv-00507-ADA Notice has been delivered by other means to:**