# EXHIBIT 5

**U.S. Court of Appeals for the Federal Circuit--Appeals Filed, Terminated, and Pending**
During the Twelve-Month Period Ended September, 30, 2022

| Source of Appeals | Pending 1-Oct-21 | Filed | Terminations Total | By Judges | Other | Percent Reversed | Pending 30-Sep-22 |
|---|---|---|---|---|---|---|---|
| Total | 1,450 | 1,414 | 1,460 | 1,188 | 272 | 29 | 1,404 |
| Army Board for Correction of Military Records | 0 | 1 | 1 | 1 | 0 | 0 | 0 |
| Board of Contract Appeals | 20 | 17 | 15 | 13 | 2 | 8 | 22 |
| U.S. Court of International Trade | 65 | 48 | 72 | 51 | 21 | 21 | 41 |
| U.S. Court of Federal Claims | 311 | 137 | 322 | 299 | 23 | 73 | 126 |
| U.S. Court of Appeals for Veterans Claims | 111 | 138 | 116 | 99 | 17 | 8 | 133 |
| U.S. District Courts | 272 | 323 | 243 | 212 | 31 | 19 | 352 |
| Department of Justice | 1 | 0 | 1 | 1 | 0 | 100 | 0 |
| Department of Veterans Affairs | 6 | 1 | 4 | 4 | 0 | 0 | 3 |
| International Trade Commission | 15 | 27 | 21 | 9 | 12 | 25 | 21 |
| Merit Systems Protection Board | 84 | 127 | 119 | 96 | 23 | 10 | 92 |
| Office of Congressional Workplace Rights | 0 | 3 | 0 | 0 | 0 | 0 | 3 |
| Patent & Trademark Office | 540 | 523 | 461 | 329 | 132 | 10 | 602 |
| Writs* | 25 | 69 | 85 | 74 | 11 | 0 | 9 |

*THIS CATEGORY INCLUDES WRITS OF MANDAMUS, OTHER EXTRAORDINARY WRITS, PETITIONS FOR PERMISSION TO APPEAL, AND DISCRETIONARY PETITIONS FOR REVIEW.