# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION 6:20-cv-00507-ADA |
| § | |
| SAMSUNG ELECTRONICS CO. LTD § | |
| and SAMSUNG ELECTRONICS § | |
| AMERICA, INC. § | |
| § | |
| *Defendants*. § | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

**PLEASE TAKE NOTICE,** that effective March 1, 2023, attorneys Craig D. Cherry, Justin Allen, and Mark D. Siegmund have moved from Steckler Wayne Cherry & Love PLLC to the law firm of Cherry Johnson Siegmund James PLLC.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Craig D. Cherry, Justin Allen, and Mark D. Siegmund at the law firm of Cherry Johnson Siegmund James, PLLC. Mr. Cherry, Mr. Allen, and Mr. Siegmund's contact information is provided below:

Cherry Johnson Siegmund James, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: ccherry@cjsjlaw.com
Email: jallen@cjsjlaw.com
Email: msiegmund@cjsjlaw.com
Email: jharing@cjsjlaw.com
Email: bperry@cjsjlaw.com

        Respectfully submitted,

        **CHERRY JOHNSON SIEGMUND JAMES, PLLC**
        400 Austin Ave., 9th Floor
        Waco, Texas   76701
        Telephone: (254) 732-2242
        Facsimile: (866) 627-3509

BY:    /s/ *Mark D. Siegmund*
        **CRAIG D. CHERRY**
        State Bar No. 24012419
        Email:  ccherry@cjsjlaw.com
        **JUSTIN ALLEN**
        State Bar No. 24081977
        Email: jallen@cjsjlaw.com
        **MARK D. SIEGMUND**
        State Bar No. 24117055
        Email: msiegmund@cjsjlaw.com

        **ATTORNEYS FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this the 3rd day of March 2023.

        /s/ *Mark D. Siegmund*
        MARK D. SIEGMUND