# Appendix B

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

Magnus GOERTZ                                    Atty. Ref.: 3682-32

Serial No. Unassigned                             Group:

Filed: December 10, 2002                          Examiner:

For: USER INTERFACE

\* \* \* \* \* \* \* \* \* \* \*

December 10, 2002

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

## PRELIMINARY AMENDMENT

In order to place the above-identified application in better condition for examination, please amend the application as follows:

## IN THE CLAIMS

Please substitute the following amended claim(s) for corresponding claim(s) previously presented. A copy of the amended claim(s) showing current revisions is attached.

9.    (Amended) User interface according to Claim 7, characterised in, that, a navigation in said list is performed by moving said object in a direction towards the top of said list or towards the bottom of said list, that the movement of said object will cause said marking to move in the same direction, and that the speed of the movement of said marking is lower than the speed of the movement of said object.

691139

**Magnus** GOERTZ
Serial No. **Unassigned**

12. (Amended) User interface according to Claim 1, characterised in, that an active application, function, service or setting is moved on one step by moving said object from the left of said display area to the right of said display area, and that the active application, function, service or setting is closed or backed one step by moving said object from the right of said display area to the left of said display area.

13. (Amended) User interface according to Claim 1, characterised in, that said menu area is positioned at the bottom of said touch sensitive area, that said representation of said first function is positioned at the left side of said menu area, that said representation of said second function is positioned at the middle of said menu area, and that said representation of said third function is positioned at the right side of said menu area.

14. (Amended) User interface according to Claim 1, characterised in, that said user interface is adapted to a touch sensitive area with a size that is in the order of 2-3 inches, and that said user interface is adapted to be operated by one hand, where said object can be a finger, such as the thumb, or a user of said computer unit.

15. (Amended) An enclosure adapted to cover a computer unit, said computer unit being adapted to present a user interface according to Claim 1, characterised in, that

691139

NEONODE0000003

**Magnus** GOERTZ
Serial No. **Unassigned**

said enclosure is provided with an opening for said display area, and that a representation of said menu area is printed on top of said enclosure.

17. (Amended) A computer readable medium, with a computer program product stored therein, characterised in, that said computer program product comprises computer readable code, which, when read by a computer, will make it possible for said computer to present a user interface according to Claim 1.

691139

NEONODE0000004

**Magnus** GOERTZ
Serial No. **Unassigned**

## REMARKS

This Preliminary Amendment has been presented to place the claims in condition for allowance.

Attached hereto is a marked-up version of the changes made to the specification and claim(s) by the current amendment. The attached page(s) is captioned **"Version With Markings To Show Changes Made."**

                Respectfully submitted,

                **NIXON & VANDERHYE P.C.**

        By: _Richard Besha_
                Richard G. Besha
                Reg. No. 22,770

RGB:lhl
1100 North Glebe Road, 8th Floor
Arlington, VA 22201-4714
Telephone: (703) 816-4000
Facsimile: (703) 816-4100

691139

NEONODE0000005

**Magnus GOERTZ**
Serial No. **Unassigned**

## VERSION WITH MARKINGS TO SHOW CHANGES MADE IN THE CLAIMS

9. (Amended) User interface according to Claim 7 [or 8], characterised in, that, a navigation in said list is performed by moving said object in a direction towards the top of said list or towards the bottom of said list, that the movement of said object will cause said marking to move in the same direction, and that the speed of the movement of said marking is lower than the speed of the movement of said object.

12. (Amended) User interface according to [any preceding] Claim 1, characterised in, that an active application, function, service or setting is moved on one step by moving said object from the left of said display area to the right of said display area, and that the active application, function, service or setting is closed or backed one step by moving said object from the right of said display area to the left of said display area.

13. (Amended) User interface according to [any preceding] Claim 1, characterised in, that said menu area is positioned at the bottom of said touch sensitive area, that said representation of said first function is positioned at the left side of said menu area, that said representation of said second function is positioned at the middle of said menu area, and that said representation of said third function is positioned at the right side of said menu area.

691139

NEONODE0000006

14. (Amended) User interface according to [any preceding] Claim 1, characterised in, that said user interface is adapted to a touch sensitive area with a size that is in the order of 2-3 inches, and that said user interface is adapted to be operated by one hand, where said object can be a finger, such as the thumb, or a user of said computer unit.

15. (Amended) An enclosure adapted to cover a computer unit, said computer unit being adapted to present a user interface according to [any of Claims] Claim 1 [to 14], characterised in, that said enclosure is provided with an opening for said display area, and that a representation of said menu area is printed on top of said enclosure.

17. (Amended) A computer readable medium, with a computer program product stored therein, characterised in, that said computer program product comprises computer readable code, which, when read by a computer, will make it possible for said computer to present a user interface according to [any of Claims] Claim 1 [to 14].

NEONODE0000007

10/12 '02 14:00 FAX 46 8 31 67 67        GROTH & CO              → NIXON & VANDERHY  ☒002

# USER INTERFACE

### Technical field

The present invention relates to a user interface for a mobile handheld
5  computer unit, which computer unit comprises a touch sensitive area, and which
touch sensitive area is divided into a menu area and a display area.
The computer unit is adapted to run several applications simultaneously
and to present any active application on top of any other application on the display
area.
10   The present invention also relates to an enclosure for a handheld
computer unit.
The present invention also relates to a computer readable medium. A
computer program product with computer program code is stored within the
computer readable medium, which code, when read by a computer, will make it
15  possible for this computer to present a user interface according to the invention.

### Description of background art

Mobile handheld computers are known in various embodiments. One kind
of handheld computer is the personal digital assistant (PDA), which is getting more
20  and more powerful.
Another kind of handheld computer unit is the mobile phone, which also is
getting more and more powerful. There are also examples of where the mobile
phone and the PDA are merging into one unit.
A third kind of handheld computer is the laptop computer, which is getting
25  smaller and smaller, even competing in size with the PDA's.
The need to manage more information has led the development towards
new solutions regarding user interfaces and navigation. The PDA's and mobile
phones are getting larger and larger in order to provide a user-friendly interface.
Since the users have gotten used to small handheld units, it is hard to
30  move towards larger units. This has led to foldable keyboards, different kinds if joy
sticks and different kinds of touch sensitive displays and pads intended to help in
providing a user interface that is suitable for small handheld compute units.

10/12 '02 14:00 FAX 46 8 31 67 67        GROTH & CO            → NIXON & VANDERHY   ☒003

2

*Summary of the present invention*

Technical problems

It is a problem to provide a user-friendly interface that is adapted to handle
5   large amount of information and different kinds of traditional computer-related
applications on a small handheld computer unit.

It is a problem to provide a user interface that is simple to use, even for
inexperienced users of computers or handheld devices.

It is a problem to provide a small handheld computer unit with an easily
10   accessible text input function.

It is also a problem to provide a simple way to make the most commonly
used functions for navigation and management available in the environment of a
small handheld computer unit.

15   Solution

Taking these problems into consideration, and with the staring point from a
user interface for a mobile handheld computer unit, which computer unit comprises
a touch sensitive area, which touch sensitive area is divided into a menu area and
a display area, which computer unit is adapted to run several applications
20   simultaneously and to present an active application on top of any other application
on the display area, the present invention teaches that the menu area is adapted
to present a representation of a first, a second and a third predefined function,
where the first function is a general application dependent function, the second
function is a keyboard function, and the third function is a task and file manager.
25   The present invention also teaches that any one of these three functions can be
activated when the touch sensitive area detects a movement of an object with its
starting point within the representation of the function on the menu area and with a
direction from the menu area to the display area.

With the purpose of providing a simple way of managing any application or
30   the operations system, the present invention teaches that if the first function is
activated, the display area is adapted to display icons representing services or
settings, depending on the current active application. One of the icons always
represents a "help"-service, regardless of application. The icons are adapted to
represent services or settings of the operations system of said computer unit, such

NEONODE0000009

10/12 '02 14:00 FAX 46 8 31 67 67        GROTH & CO          → NIXON & VANDERHY   ☑004

3

as background picture, clock, users, help, etc. if no application is currently active on the computer unit.

Selections of preferred service or setting is done by tapping on corresponding icon.

5    With the purpose of providing the access to a text input function in any application in the computer unit, the present invention teaches that when the second function is activated, the display area is adapted to display a keyboard and a text field,

If a text passage in an active application is highlighted, then this text
10   passage is displayed in the text field for editing through the keyboard and that the highlighted text passage is replaced by the edited text passage when the second function is deactivated.

If no text passage in an active application is highlighted, then the text field is available for inputting and editing of text through the keyboard.

15   In the case of the latter the first function can be activated, or the second function can be closed, in which a choice of saving or deleting the inputted text is given. The choice of saving the inputted text results in an activation of the first function. In this case the first function will present services or settings available for the inputted text, such as saving the inputted text for later use, using the inputted
20   text as telephone number in a telephone application, or sending the inputted text as message in communications application.

In order to provide a task and file management in a user interface for a handheld mobile computer, the present invention teaches that, if the third function is activated, the display area is adapted to display a list with a library of available
25   applications and files on the computer unit A selection of an application will start the application, and a selection of a file will open the file in an application intended for the file.

A selection of an application or a file is done by moving the object so that the representation of desired application or file is highlighted, removing the object
30   from the touch sensitive area, and then tapping on the touch sensitive area.

According to the present invention a navigation in the list is performed by moving the object in a direction towards the top of the list or towards the bottom of the list. This will cause the marking to move in the same direction. The speed of

NEONODE0000010

4

the movement of the marking is lower than the speed of the movement of the
object, with the purpose of making the navigation easier.

The user interface of the present invention is specifically adapted to be
used with a small computer unit where the size of the touch sensitive area is in the
5   order of 2-3 inches. The user interface is also adapted to be operated by one
hand, where the object can be a finger, such as the thumb, of a user of the
computer unit.

Advantages
10   Those advantages that can be primarily associated with a user interface or
a computer readable medium according to the present invention reside in the
ability to establish a user-friendly interface for small handheld computers, both
regarding general application set-up functions, text input functions, and file and
task management.

15  **Brief description of the drawings**
The present invention will now be described in more detail with reference
to the accompanying drawings, in which

Figure 1  is a schematic and highly simplified view of a touch sensitive
area on a mobile handheld computer unit;
20  Figure 2  is a schematic side view illustrating the activation of a function;
Figure 3  is a schematic illustration of a first function;
Figure 4  is a schematic side view illustrating the selection of a service or
setting represented by an icon;
Figure 5  is a schematic illustration of a second function;
25  Figure 6  is a schematic side view illustrating the selection of a third
function;
Figure 7  is a schematic illustration of an application or file;
Figure 8  is a schematic illustration on how navigation is performed;
Figure 9  is a schematic illustration of how the content of the display are
30  is changed;
Figure 10 is a schematic side view further illustrating how navigation is
performed;
Figure 11 is a schematic illustration of moving forwards in an application;

NEONODE0000011

10/12 '02 14:01 FAX 46 8 31 67 67      GROTH & CO            → NIXON & VANDERHY  @006

5

Figure 12 is a schematic illustration of moving backwards in, or closing,
an application;

Figure 13 is a schematic illustration of an enclosure

### Description of embodiments at present preferred

5   Figure 1 illustrates a user interface for a mobile handheld computer unit.
The user interface according to the present invention is specifically adapted to
computer units comprising a touch sensitive area 1, which is divided into a menu
area 2 and a display area 3. It should be understood that there are several
different kinds of known touch sensitive displays and that the present invention
10  does not depend on what kind of touch sensitive display that is used in relation to
the inventive user interface.

The computer unit is adapted to run several applications simultaneously
and to present an active application on top of any other application on the display
area 3. It should be understood that by simultaneously it is meant any technology
15  that will make it appear to a user of the computer unit that applications are run
simultaneously and that the present invention does not depend on how this is
realised, whether it is through time-sharing of one processor, parallel use of
several processors, or any other technique.

According to the present invention the menu area 2 is adapted to present
20  a representation of a first 21, a second 22 and a third 23 predefined function.

The first function 21 is a general application dependent function, the
second function 22 is a keyboard function, and the third function 23 is a task and
file manager.

Figure 2 shows that any one of these three functions 21, 22, 23 can be
25  activated when the touch sensitive area 1 detects a movement of an object 4 with
its starting point A within the representation of a function on the menu area 2 and
with a direction B from the menu area 2 to the display area 3.

Figure 3 shows that if the first function 21 is activated, then the display
area 3 is adapted to display icons 211, 212, 213, 214, 215, 216 representing
30  services or functions depending on the current active application. One of the icons,
in the figure exemplified by icon 211, always represents a "help"-service,
regardless of application. Any key that, because of lack of space on the display
area, or because the key should be hidden from the active application, or because

NEONODE0000012

6

of any other reason is not shown on the display area of an active application, can be represented by one of the icons 212, 213, 214, 215, 216 that is shown when the first function 21 is activated.

If for instance the active application handles a picture, then the icons that are shown when the first function is activated can be services such as "save to disk", "send as SMS", or "delete" and they can be settings such as "resolution", "colour", or "brightness".

If no application is currently active on the computer unit, then the icons 211, 212, 213, 214, 215, 216 are adapted to represent services or settings of the operations system of the computer unit, such as background picture, clock, alarm 215, users 213, help 211, etc.

Figure 4 shows that selection of a preferred service or setting is done by tapping C, D on corresponding icon 213.

Figure 5 shows that if the second function 22 is activated, then the display area 3 is adapted to display a keyboard 221 and a text field 222.

Two different scenarios can be at hand when this function key is activated. A first scenario can be that a text passage in the active application is highlighted as the second function is activated. If this is the case then the highlighted text passage is displayed in the text field 222 for editing through the keyboard 221.

The highlighted text passage is replaced by the edited text passage when the second function 21 is deactivated.

A second scenario can be that no text passage in the active application is highlighted. If this is the case then the text field 222 is available for inputting and editing of text through the keyboard 221.

In the case of the latter scenario, the first function 21 can be activated, or the second function 22 can be closed. If the second function 22 is closed then a choice of saving or deleting the inputted text is given, where the choice of saving the inputted text results in an activation of the first function 21.

As the first function 21 is activated with the second function 22 as currently active application the first function 21 will present services or settings available for the inputted text, such as saving the inputted text for later use, using the inputted text as telephone number in a telephone application, or sending the inputted text as message in communications application, such as e-mail, SMS, or fax.

10/12 '02 14:01 FAX 46 8 31 67 67        GROTH & CO            → NIXON & VANDERHY   ☒008

7

Figure 6 shows that if the third function 23 is activated, then the display area 3 is adapted to display a list 231 with a library of available applications and files on the computer unit.

A selection of an application will start the application, and a selection of a
5   file will open the file in an application intended for the file. The name of a selected file can be edited by activation of the second function 22 as the file is highlighted.

Figure 7 shows that a selection of an application or a file is done by moving E the object 4 so that the representation of desired application or file is highlighted, removing F the object 4 from the touch sensitive area 1, and then
10   tapping G, H on the touch sensitive area 1.

An application or file is highlighted by placing some kind of marking 232 on the representation of the application or file. This marking can be done in different ways, for example by putting a frame around the representation of the application or file, as shown in the figure, or by inverting the representation of the application
15   or file.

It should b understood that all lists in the computer unit, such as a list of contact information in an address book, a list of e-mail messages in a mailbox, or a telephone log, can be managed in the above described manner.

The list 231 can be adapted to present only files or only applications. In
20   this case, the top area of the list 231 can present a field 233 through which the content if the list 231 can be altered. If the list only presents files, then the field 233 can display a representation of a task manager and a selection of the field 233 will cause the list 231 to alter to present only applications, and if the list 231 only presents applications, then the field 233 displays a representation of a file
25   manager and a selection of the field 233 will cause the list 231 to alter and present only files.

Figure 8 shows that navigation in the list is performed by moving the object 4 in a direction I towards the top 231a of the list 231 or towards J the bottom 231b of the list 231. This movement I, J of the object 4 will cause the marking 232
30   to move K, L in the same direction. The speed of the movement K, L of the marking 232 is lower than the speed of the movement I, J of the object 4.

Figure 9 shows that if the number of applications and/or files in the list 231 exceeds the number of applications and/or files that can be presented on the display area 3, and if the object 4 is moved to the top or bottom position of the

NEONODE0000014

8

display area, then lifted, replaced on the display area, and then again moved to
the top or bottom of the display area, then the content of the display area will be
replaced one whole page, meaning that if the object 4 is positioned N at the
bottom 3b of the display area 3, then lifted, replaced on the display area 3, and
5   then again moved M to the bottom 3b of the display area 3, then the content 31 of
the display area 3 will be replaced P by the following applications and/or files 32 in
the list 231. In the same way, but not shown in the figure, if the object is position at
the top of the display area, then lifted, replaced on the display area 3, and then
again moved to the top of the display area, the content of the display area will be
10  replaced by the preceding applications and/or files in the list.

Figure 10 shows that if the object 4 is removed Q from a first position 33
on the display area 3 and then replaced R, S on a second position 34 on the
display area 3, then the navigation can be continued T from the second position
34.
15  Figure 11 shows that moving U the object 4 from the left of the display
area 3 to the right of the display area 3 moves the active application, function,
service or setting on one step forwards. Figure 12 shows that, in a similar manner,
the active application, function, service or setting is closed or backed one step by
moving V the object 4 from the right of the display area 3 to the left of the display
20  area 3.

As shown in figure 1, the menu area 2 is positioned at the bottom of the
touch sensitive area 1. The representation of the first function 21 is positioned at
the left side of the menu area 2, the representation of the second function 22 is
positioned at the middle of the menu area 2, and the representation of the third
25  function 23 is positioned at the right side of the menu area 2.

As shown in figure 13, the present invention relates to a user interface for
a hand held mobile unit that preferably can be manageable with one hand. Hence
the present invention teaches that the user interface is adapted to a touch
sensitive area 1 with a size that is in the order of 2-3 inches, meaning the diagonal
30  distance W between two corners of the touch sensitive area 1.

The user interface is adapted to be operated by one hand, where the
object 4 can be a finger, such as the thumb shown in the figures, of a user of the
computer unit. It should be understood though that the present invention might
also be used with another object, such as a pen or other pointing device.

9

According to one preferred embodiment of the present invention the computer unit is covered with an enclosure 5, which is provided with an opening 51 for the display area 3, and where the representations of the menu area 2 is printed on top of the enclosure 5. It should be understood that the opening 51
5   might be a transparent part of the enclosure 5 or that it might be an open aperture depending on among other things technical considerations pertaining to the touch sensitive area 1.

This makes it possible to allow the enclosure 5 to be removable and exchangeable.

10  Figure 14 shows a computer readable medium, in the figure schematically shown as a solid-state memory 61. A computer program product is stored within the computer readable medium. This computer program product comprises computer readable code 62, which, when read by a computer 6, will make it possible for the computer 6 to present a user interface according to the present
15  invention.

The present invention also teaches that the computer program product is adapted to function as a shell upon an operations system.

It will be understood that the invention is not restricted to the aforedescribed and illustrated exemplifying embodiments thereof, and that these
20  embodiments can be modified within the scope of the inventive concept illustrated in the accompanying Claims.

10

## CLAIMS

1.  User interface for a mobile handheld computer unit, where said computer unit comprises a touch sensitive area, which touch sensitive area is divided into a menu area and a display area, where said computer unit is adapted to run several applications simultaneously, and to present an active application on top of any other application on said display area, **characterised** in, that said menu area is adapted to present a representation of a first, a second and a third predefined function, that said first function is a general application dependent function, that said second function is a keyboard function, that said third function is a task and file manager, and that any one of said three functions can be activated when said touch sensitive area detects a movement of an object with its starting point within the representation of said function on said menu area and with a direction from said menu area to said display area.

2.  User interface according to Claim 1, **characterised** in, that, if said first function is activated, said display area is adapted to display icons representing different services or settings depending on the current active application, that one of said icons always represents a "help"-service, regardless of application, and that, if no application is currently active on said computer unit, said icons are adapted to represent services or settings of the operations system of said computer unit, such as background picture, clock, users, help, etc.

3.  User interface according to Claim 2, **characterised** in, that that a selection of a preferred service or setting is done tapping on corresponding icon.

4.  User interface according to Claim 1, **characterised** in, that, if said second function is activated, said display area is adapted to display a keyboard and a text field,
    - that, if a text passage in said active application is highlighted, said text passage is displayed in said text field for editing through said keyboard and that said highlighted text passage is replaced by said edited text passage when said second function is deactivated, and

11

- that, if no text passage in said active application is highlighted, said text field is available for inputting and editing of text through said keyboard.

5.  User interface according to Claim 4, **characterised** in, that if no text
5   passage in said active application is highlighted, and said text field is used for inputting and editing of text through said keyboard, then
    - said first function can be activated, or
    - said second function can be closed, in which a choice of saving or deleting said inputted text is given, where the choice of saving said inputted text results in an
10  activation of said first function,
    in which said first function will present services or settings available for said inputted text, such as saving said inputted text for later use, using said inputted text as telephone number in a telephone application, or sending said inputted text as message in communications application.
15

6.  User interface according to Claim 1, **characterised** in, that, if said third function is activated, said display area is adapted to display a list with a library of available applications and files on said computer unit, that a selection of an application will start said application, and that a selection of a file will open said file
20  in an application intended for said file.

7.  User interface according to Claim 6, **characterised** in, that a selection of an application or a file is done by moving said object so that the representation of desired application or file is highlighted, removing said object from said touch
25  sensitive area, and then tapping on said touch sensitive area, and that an application or file is highlighted by placing some kind of marking on the representation of said application or file, such as positioning a frame around the representation of said application or file or inverting the representation of said application or file.
30

8.  User interface according to Claim 7, **characterised** in, that said list is adapted to present only said files or only said applications, that the top area of said list presents a field through which the content if said list can be altered, that, if said list only presents files, said field displays a representation of a task manager

12

and a selection of said field will cause said list to alter to present only applications, and that, if said list only presents applications, said field displays a representation of a file manager and a selection of said field will cause said list to alter and present only files.

9. User interface according to Claim 7 or 8, **characterised** in, that, a navigation in said list is performed by moving said object in a direction towards the top of said list or towards the bottom of said list, that the movement of said object will cause said marking to move in the same direction, and that the speed of the movement of said marking is lower than the speed of the movement of said object.

10. User interface according to Claim 9, **characterised** in, that, if the number of applications and/or files in said list exceeds the number of applications and files that can be presented on said display area, and if said object is moved to the top or bottom position of said display area, then lifted, replaced on said display area, and again moved to the top or bottom of said display area, the content of said display area will be replaced one whole page, meaning that if said object is position at the bottom of said display area, then lifted, replaced on said display area, and then again moved to the bottom of said display area, the content of said display area will be replaced by the following applications and/or files in said list, and if said object is position at the top of said display area, then lifted, replaced on said display area, and then again moved to the top of said display area, the content of said display area will be replaced by the preceding applications and/or files in said list.

11. User interface according to Claim 10, **characterised** in, that if said object is removed from a first position on said display area and then replaced on a second position on said display area, said navigation can be continued from said second position.

12. User interface according to any preceding Claim, **characterised** in, that an active application, function, service or setting is moved on one step by moving said object from the left of said display area to the right of said display area, and that the active application, function service or setting is closed or backed one step

13

by moving said object from the right of said display area to the left of said display area.

13. User interface according to any preceding Claim, **characterised** in, that said menu area is positioned at the bottom of said touch sensitive area, that said representation of said first function is positioned at the left side of said menu area, that said representation of said second function is positioned at the middle of said menu area, and that said representation of said third function is positioned at the right side of said menu area.

14. User interface according to any preceding Claim, **characterised** in, that said user interface is adapted to a touch sensitive area with a size that is in the order of 2-3 inches, and that said user interface is adapted to be operated by one hand, where said object can be a finger, such as the thumb, of a user of said computer unit.

15. An enclosure adapted to cover a computer unit, said computer unit being adapted to present a user interface according to any of Claims 1 to 14, **characterised** in, that said enclosure is provided with an opening for said display area, and that a representation of said menu area is printed on top of said enclosure.

16. Enclosure according to Claim 15, **characterised** in, that said enclosure is removable and exchangeable.

17. A computer readable medium, with a computer program product stored therein, **characterised** in, that said computer program product comprises computer readable code, which, when read by a computer, will make it possible for said computer to present a user interface according to any of Claims 1 to 14.

18. A computer readable medium according to Claim 17, **characterised** in, that said computer program product is adapted to function as a shell upon an operations system.