# Appendix H

Attorney's Docket No.: <u>NEONODE.P039</u>        *PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Patent Application of: | ) |
| | ) Examiner:  N/A |
| Magnus Goertz | ) |
| | ) Art Unit:    2172 |
| Application No: 13/310,755 | ) |
| | ) |
| Filed:  December 4, 2011 | ) |
| | ) |
| For:    USER INTERFACE | ) |
| | ) |
| _____ | ) |

Commissioner for Patents
P. O. Box 1450
Alexandria, VA   22313-1450

## <u>REPLY TO NOTICE TO FILE CORRECTED APPLICATION PAPERS</u>

In response to the Notice to File Corrected Application Papers of December 27, 2011, applicant is submitting herewith a Preliminary Amendment with the required replacement abstract and a new set of claims.

Respectfully submitted,
SOQUEL GROUP LLC

Dated: December 28, 2011        /Marc A. Berger/ _____
Marc A. Berger
Reg. No. 44,029

P.O. Box 691
Soquel, CA   95073
(831) 426-8200
Customer No. 75660

NEONODE0000802

Attorney's Docket No.: <u>NEONODE.P039</u>     *PATENT*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In Re Patent Application of: | ) |
| | ) Examiner:  N/A |
| Magnus Goertz | ) |
| | ) Art Unit:    2172 |
| Application No: 13/310,755 | ) |
| | ) |
| Filed:  December 4, 2011 | ) |
| | ) |
| For:    USER INTERFACE | ) |
| | ) |
| _____ | ) |

Mail Stop AMENDMENT
Commissioner for Patents
P. O. Box 1450
Alexandria, VA   22313-1450

**<u>PRELIMINARY AMENDMENT</u>**

    Prior to examination of the subject application, applicant requests that the application be amended as follows.

-1-

NEONODE0000803

IN THE ABSTRACT:

     Please replace the Abstract with the following replacement text.

A non-transitory computer readable medium storing computer program code which, when executed by a mobile handheld device that has a touch sensitive display, instructs the device (i) to display a notification of an incoming phone call, and (ii) to accept the call in response to a multi-step operation comprising an object touching the touch sensitive display, and the object gliding along the touch sensitive display in a specific direction.

NEONODE0000804

<u>IN THE DESCRIPTION</u>:

          Please amend the specification as follows.

Please add the following text immediately after page 1, line 1:

<u>PRIORITY REFERENCE TO RELATED APPLICATIONS</u>

          This application is a continuation of U.S. Application No. 10/315,250, entitled USER INTERFACE FOR MOBILE HANDHELD COMPUTER UNIT, filed on December 10, 2002 by inventor Magnus George Goertz.

Page 1, ninth full paragraph:

          Since the users have gotten used to small handheld units, it is hard to move towards larger units.  This has led to foldable keyboards, different kinds [[if]] <u>of</u> joy sticks and different kinds of touch sensitive displays and pads intended to help in providing a user interface that is suitable for small handheld ~~compute~~ <u>computer</u> units.

Page 2, first full paragraph:

          It is a problem to provide a user-friendly interface that is adapted to handle <u>a</u> large amount of information and different kinds of traditional computer-related applications on a small handheld computer unit.

Page 3, sixth full paragraph:

          In order to provide a task and file management in a user interface for a handheld mobile computer, the present invention teaches that, if the third function is activated, the display area is adapted to display a list with a library of available applications and files on the

Atty. Docket No. NEONODE.P039      -3-

NEONODE0000805

computer [[unit]] unit.  A selection of an application will start the
application, and a selection of a file will open the file in an application
intended for the file.

Page 7, fifth full paragraph:

It should [[b]] be understood that all lists in the
computer unit, such as a list of contact information in an address book, a
list of e-mail messages in a mailbox, or a telephone log, can be managed
in the above described manner.

Page 7, sixth full paragraph:

The list 231 can be adapted to present only files or only
applications.  In this case, the top area of the list 231 can present a field
233 through which the content [[if]] of the list 231 can be altered.  If the
list only presents files, then the field 233 can display a representation of a
task manager and a selection of the field 233 will cause the list 231 to
alter to present only applications, and if the list 231 only presents
applications, then the field 233 displays a representation of a file manager
and a selection of the field 233 will cause the list 231 to alter and present
only files.

Page 7, eighth full paragraph:

Figure 9 shows that if the number of applications and/or
files in the list 231 exceeds the number of applications and/or files that
can be presented on the display area 3, and if the object 4 is moved to
the top or bottom position of the display area, then lifted, replaced on the
display area, and then again moved to the top or bottom of the display
area, then the content of the display area will be replaced one whole
page, meaning that if the object 4 is positioned N at the bottom 3b of the

NEONODE0000806

display area 3, then lifted, replaced on the display area 3, and then again moved M to the bottom 3b of the display area 3, then the content 31 of the display area 3 will be replaced P by the following applications and/or files 32 in the list 231.  In the same way, but not shown in the figure, if the object is ~~position~~ <u>positioned</u> at the top of the display area, then lifted, replaced on the display area 3, and then again moved to the top of the display area, the content of the display area will be replaced by the preceding applications and/or files in the list.

NEONODE0000807

<u>IN THE CLAIMS:</u>

Please cancel claims **1** – **18**.

Please add the following new claims.

**19.** (new)        A non-transitory computer readable medium storing computer program code which, when executed by a mobile handheld device that has a touch sensitive display, instructs the device (i) to display a notification of an incoming phone call, and (ii) to accept the call in response to a multi-step operation comprising an object touching the touch sensitive display, and the object gliding along the touch sensitive display in a specific direction.

**20.** (new)        The computer readable medium of claim **19**, wherein the program code instructs the device (iii) to disconnect the call in response to a multi-step operation comprising an object touching the touch sensitive area, and the object gliding the object along the touch sensitive display in a direction opposite to the specific direction.

**21.** (new)        A computer readable medium storing computer program code, which, when executed by a mobile handheld device that has a touch sensitive display, instructs the device (i) to display a representation of a function in the touch sensitive display, (ii) to display a plurality of icons in the touch sensitive display, each icon representing an application, in response to a multi-step operation comprising an object touching the touch sensitive display at a location where the function representation is displayed, and the object gliding along the touch sensitive display away from the touched location, and (iii) to activate one of the applications in response to a tap on its icon.

Atty. Docket No. NEONODE.P039        -6-

NEONODE0000808

**22.** (new)         The computer readable medium of claim **21**, wherein the plurality of applications includes a lock device application.

**23.** (new)         The computer readable medium of claim **21**, wherein the plurality of applications includes an alarm clock application.

**24.** (new)         The computer readable medium of claim **21**, wherein the device comprises a clock, wherein the plurality of applications includes an application for setting the time for the clock.

**25.** (new)         The computer readable medium of claim **21**, wherein the plurality of applications includes an application for configuring a background picture for the touch sensitive display.

**26.** (new)         The computer readable medium of claim **21**, wherein the plurality of applications includes a help application.

**27.** (new)         The computer readable medium of claim **21**, wherein the device is alternately used by at least two users, and wherein the plurality of applications includes an application for configuring the unit for each user.

**28.** (new)         A computer readable medium storing computer program code, which, when executed by a mobile handheld device having a touch sensitive display, instructs the device (i) to display a list of files of a first type, and (ii) to change the list to display files of a second type in response to a tap on the display.

NEONODE0000809

**29.** (new)      The computer readable medium of claim **28**, wherein the computer program code instructs the device to (iii) display a representation of a file type, and wherein the device changes the list in response to a tap on the representation of the file type.

**30.** (new)      The computer readable medium of claim **28**, wherein the files of the first type are data files, and the files of the second type are application files.

**31.** (new)      A computer readable medium storing computer program code, which, when executed by a mobile handheld device that has a touch sensitive display, instructs the device to (i) to display a data input keypad for a user to enter data, and to display a text field for entered data, (ii) to display representations of a plurality of applications, and (iii) to activate one of the applications and to have the application use the entered data, in response to a tap on its representation.

**32.** (new)      The computer readable medium of claim **31**, wherein the plurality of applications includes a telephone application that uses the entered data as a telephone number.

**33.** (new)      The computer readable medium of claim **31**, wherein the plurality of applications includes a text messaging application that uses the entered data as a text message.

**34.** (new)      The computer readable medium of claim **33**, wherein the text messaging application is a short messaging service (SMS) application.

NEONODE0000810

**35.** (new)        The computer readable medium of claim **33**, wherein the text messaging application is an e-mail application.

**36.** (new)        The computer readable medium of claim **31**, wherein the plurality of applications includes a contact list application that stores the entered data as retrievable contact information.

NEONODE0000811

<u>REMARKS</u>

Applicant has canceled claims **1** – **18** and added new claims **19** – **36** to properly claim the present invention.   No new matter has been introduced.

Regarding novelty of independent claim **19**, the closest prior art known to applicant is U.S. Patent No. 6,639,584 to Li ("Li") and EPO publication number 0330767 to Araki et al. ("Araki").   Li and Araki both describe a touch screen user interface employing a variety of different finger gestures for an MP3 or cassette player and also for a radio (Araki/ page 6 lines 33 - 57; FIGS. 9(a) and 9(b); Li/ col. 5, lines 40 - 65, FIGS. 2(a) – 2(k) and 3 (a) – 3(d)).

However, Li and Araki do not disclose or suggest display of an incoming call, nor do they disclose or suggest accepting the call when the user performs a multi-step operation comprising touching a touch sensitive display with an object, and gliding the object along the touch sensitive area in a specific direction.

Regarding novelty of independent claim **21**, the closest prior art known to applicant is "Palm Organizer A Quickstart Guide" to Carlson ("Carlson"), "Palm Pilot: The Ultimate Guide, 2nd Edition" to Pogue ("Pogue") and "T-Cube: A Fast, Self-Disclosing, Pen-Based Alphabet" to Venolia et al. ("Venolia").   Carlson and Pogue describe a touch screen command whereby a single stroke of a stylus from a first section of the touch screen to a second section activates a single function (Carlson/ bottom paragraph on page 40, FIG. 2.22; Pogue/  Section 2.1.7, FIG. 2.5).   Venolia describes a pen-drag typing system whereby a target divided into nine cells is displayed on a touch screen.   Touching one of the nine target cells with a stylus opens a pie menu divided into eight wedges with eight different letters.   Dragging the stylus in one of

eight directions highlights a wedge.   Lifting the stylus enters the highlighted letter to the system as input.

However, in Carlson and Pogue the pen stroke does not touch the screen at a location where a representation of the pen stroke function is provided.  In addition, the pen stroke in Carlson and Pogue does not cause the device to display a plurality of icons representing various applications.   Venolia describes a two-step user interface for typing but does not disclose or suggest the two steps of a multi-step touch and glide operation followed by a tap on a representative icon.  In addition, Venolia relates to a typing user interface, and does not disclose or suggest an interface for launching applications.

Regarding novelty of independent claim **28**, the closest prior art known to applicant is U.S. Patent No. 6,734,883 to Wynn et al. ("Wynn").  Wynn describes a drop-down list with a label indicating the type of items in the list (Wynn/ col. 3 lines 4 - 31, FIG. 3).

However, Wynn does not disclose or suggest enabling a user to change the type of information presented in a list by performing a tap on the screen.   The label 31 in Wynn is static and is purely informative.   Wynn provides examples of various types of information that can be provided in the drop-down list (Wynn/ col. 3, lines 23 - 31), but does not disclose or suggest that a user actively <u>changes</u> the type information provided in the list.

Regarding novelty of independent claim **31**, the closest prior art known to applicant is "Palm Organizer A Quickstart Guide" to Carlson ("Carlson").   Carlson describes a touch screen user interface having an input keypad and display (Carlson/ page 30, FIG. 2.7) and a drop-down menu in a memo application for beaming an existing memo to a remote device (Carlson/ page 28, FIG. 2.4).

NEONODE0000813

However, Carlson does not disclose or suggest enabling a user to select from a plurality of <u>different</u> applications to use entered text.   Carlson FIG. 2.4 is a screenshot of a memo application that provides only <u>one</u> option to use data in an existing (saved) memo by beaming it to a remote device.   In distinction, the present invention enables a user to select from among several applications to use entered text.

**<u>Support for new claims in original specification</u>**

New independent claim **19** for a computer readable medium is supported in the original specification at least by page 1, lines 21 – 23 and page 8, lines 15 - 20, by FIG. 11 and by original claim **12**. In particular, page 8, lines 16 and 17 recite that the touch-and-glide operation "*moves the active application, function, service or setting on one step forwards*".   In the case of a phone application (described at page 1, lines 21 - 23), an incoming call is accepted.

New dependent claim **20** relates to closing an active (phone) application, and is supported in the original specification at least by page 8, lines 15 – 20, and by to FIG. 12.

New independent claim **21** for a computer readable medium is supported in the original specification at least by page 5, line 24 – page 6, line 3, by page 6, lines 12 and 13, and by FIGS. 2 and 4.

New dependent claims **22** - **27** relate to various applications that may be executed by the device of independent claim **21**. Claim **22** is supported in the original specification at least by icon 216 in FIG. 3.   Claim **23** is supported in the original specification at least by page 6, lines 8 – 11 and by icon 215 in FIG. 3.   Claims **24** and **25** are supported in the original specification at least by page 6, lines 8 – 11. Claim **26** is supported in the original specification at least by page 6, lines

NEONODE0000814

8 – 11 and by icon 211 in FIG. 3.  Claim **27** is supported in the original specification at least by page 6, lines 8 – 11 and by icon 213 in FIG. 3.

New independent claim **28** for a computer readable medium is supported in the original specification at least by page 7, lines 19 - 26.

New dependent claim **29** includes the limitation of using a representation of a file type displayed on the touch sensitive screen to change the type of files in a displayed list, and is supported in the original specification at least by page 7, lines 19 - 26.

New dependent claim **30** includes the limitation that the two types of files are data files and application files, and is supported in the original specification at least by page 7, lines 19 - 26.

New independent claim **31** for a computer readable medium is supported in the original specification at least by page 3, lines 15 – 21, and by page 6, lines 30 - 34.

New dependent claims **32** – **36** relate to various applications that may be executed by the device of independent claim **31** using entered text, and are supported in the original specification at least by page 3, lines 15 – 21, and by page 6, lines 30 - 34.

NEONODE0000815

Favorable allowance of the application is respectfully requested.

If any matters can be resolved by telephone, applicant requests that the Patent and Trademark Office please contact the applicant at the telephone number listed below.

Respectfully submitted,
SOQUEL GROUP LLC

Dated: December 28, 2011

/Marc A. Berger/
Marc A. Berger
Reg. No. 44,029

P.O. Box 691
Soquel, CA   95073
(831) 426-8200
Customer No. 75660

Atty. Docket No. NEONODE.P039          -14-

NEONODE0000816