# Appendix N

# Handbook for Palm™ m500 Series Handhelds

APPLE 1026

507SAM_00052624



# Copyright

Copyright © 1998-2001 Palm, or its subsidiaries. All rights reserved. Graffiti, HotSync, PalmConnect, and Palm OS are registered trademarks, and the HotSync logo, Palm, PalmModem, and the Palm logo are trademarks of Palm, Inc. or its subsidiaries. Other product and brand names may be trademarks or registered trademarks of their respective owners.

# Disclaimer and Limitation of Liability

Palm, Inc. and its subsidiaries assume no responsibility for any damage or loss resulting from the use of this handbook.

Palm, Inc. and its subsidiaries assume no responsibility for any loss or claims by third parties which may arise through the use of this software. Palm, Inc. and its subsidiaries assume no responsibility for any damage or loss caused by deletion of data as a result of malfunction, dead battery, or repairs. Be sure to make backup copies of all important data on other media to protect against data loss.

**Important:** Please read the End User Software License Agreement with this product before using the accompanying software program(s). Using any part of the software indicates that you accept the terms of the End User Software License Agreement.

# HotSync® Cradle and Adapters and Software Download Available

The HotSync® cradle supplied with your handheld fits a USB connector. If you do not have a USB port available on your computer, you can order a 9-pin serial cradle and the following types of adapters: 25-pin serial adapter (for use with Windows computers), or a Macintosh serial adapter. To order a HotSync cradle or adapters, go to the web site: http://www.palm.com.

Palm™ Desktop software is supplied on a CD-ROM disc. If you do not have access to a CD-ROM drive for your computer, you can download the Palm Desktop software from http://www.palm.com.

P/N: 406-2907-A-US

507SAM_00052626

**Tip:** To restore all of the buttons to their factory settings, tap Default.

## Pen preferences

The Buttons Preferences screen enables you to change the assignment of the full-screen pen stroke. By default, the full-screen pen stroke activates Graffiti Help.



Drag to top of screen

**To change the Pen preferences:**

1. Tap Pen.



2. Tap the pick list and select one of the following settings for the full-screen pen stroke:

**Backlight**      Turns on the backlight of your handheld.

**Keyboard**      Opens the onscreen keyboard for entering text characters.

**Graffiti Help**  Opens a series of screens that show the complete Graffiti character set.

---

**Chapter 8**                                                         **Page 201**

211