# Appendix Q



THE ULTIMATE COMPUTER REFERENCE



**Over 8,000 Entries** with online updates available quarterly

# Microsoft Computer Dictionary
## Fourth Edition

- Three new appendixes, file extensions, and Internet domains
- Searchable text on CD-ROM
- Extensive coverage of hardware, software, the Internet, and more!
- Detailed illustrations and diagrams for easy reference

NEONODE002551

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
       p. cm.
   Previous eds. published under title: Microsoft Press computer dictionary
   ISBN 0-7356-0615-3
   1. Computers Dictionaries.   2. Microcomputers Dictionaries.
   I. Microsoft Press computer dictionary.
QA76.15.M538   1999
004'.03--dc21                                                            99-20168
                                                                              CIP

Printed and bound in the United States of America.

4 5 6 7 8 9   MLML   4 3 2 1 0

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

**Acquisitions Editor:** Christey Bahn
**Project Editor:** Kim Fryer

NEONODE002552

**shell**[1] *n.* A piece of software, usually a separate program, that provides direct communication between the user and the operating system. Examples of shells are Macintosh Finder and the MS-DOS command interface program COMMAND.COM. *See also* Bourne shell, C shell, Finder, Korn shell. *Compare* kernel.

**shell**[2] *vb. See* shell out.

**shell account** *n.* A computer service that permits a user to enter operating-system commands on the service provider's system through a command-line interface (usually one of the UNIX shells) rather than having to access the Internet through a graphical user interface. Shell accounts can provide Internet access through character-based tools such as Lynx for browsing the World Wide Web. *See also* shell[1].

**shell archive** *n.* In UNIX and GNU, a collection of compressed files that has been prepared for transmission by an e-mail service using the shar command.

**shell out** *vb.* To obtain temporary access to the operating-system shell without having to shut down the current application and return to that application after performing the desired shell function. Many UNIX programs allow the user to shell out; the user can do the same in windowing environments by switching to the main system window.

**shell script** *n.* A script executed by the command interpreter (shell) of an operating system. The term generally refers to scripts executed by the Bourne, C, and Korn shells on UNIX platforms. *Also called* batch file. *See also* batch file, script, shell[1].

**Shell sort** *n.* A programming algorithm used for ordering data in which data are sorted in subsets so that the process works its way from unsorted to progressively more sorted. Named after its inventor, Donald Shell, it is faster than the bubble sort and the insertion sort. *See also* algorithm. *Compare* bubble sort, insertion sort.

**shielded twisted-pair wiring** *n. See* twisted-pair wiring.

**shift** *vb.* In programming, to move the bit values one position to the left or right in a register or memory location. *See also* end-around shift. *Compare* rotate (definition 2).

**Shift+click** or **Shift click** *vb.* To click the mouse button while holding down the Shift key. Shift+clicking performs different operations in different applications, but its most common use in Windows is to allow users to select multiple items in a list, for example, to select a number of files for deletion or copying.

**Shift key** *n.* A keyboard key that, when pressed in combination with another key, gives that key an alternative meaning; for example, producing an uppercase character when a letter key is pressed. The Shift key is also used in various key combinations to create nonstandard characters or to perform special operations. The term is adapted from usage in relation to manual typewriters, in which the key physically shifted the carriage to print an alternative character. *See also* Caps Lock key.

**Shift-PrtSc** *n. See* Print Screen key.

**shift register** *n.* A circuit in which all bits are shifted one position at each clock cycle. It can be either linear (a bit is inserted at one end and "lost" at the other during each cycle) or it can be *cyclic* or *looped* (the "lost" bit is inserted back at the beginning). *See also* register, shift.

**Shockwave** *n.* A format for multimedia audio and video files within HTML documents, created by Macromedia, which markets a family of Shockwave servers and plug-in programs for Web browsers. *See also* HTML.

**short card** *n.* A printed circuit board that is half as long as a standard-size circuit board. *Also called* half-card. *See also* printed circuit board.

**short-circuit evaluation** *n.* A form of expression evaluation that guarantees that Boolean expressions will be evaluated only far enough to determine their value. *See also* AND, Boolean operator, OR.

**shortcut** *n.* In Windows 9x, Windows NT 4, and Windows 2000, an icon on the desktop that a user can double-click on to immediately access a program, a text or data file, or a Web page. *See also* symbolic link.

**shortcut key** *n. See* accelerator.

**short-haul** *adj.* Of or pertaining to a communications device that transmits a signal over a communications line for a distance less than approximately 20 miles. *Compare* long-haul.

**shout** *vb.* To use ALL CAPITAL LETTERS for emphasis in e-mail or a newsgroup article. Excessive shouting is considered a violation of netiquette. A word can be more acceptably emphasized by placing it between *asterisks* or _underscores_. *See also* netiquette.

NEONODE002553