# EXHIBIT 15

| Search Notes | Application/Control No.<br>10315250 | Applicant(s)/Patent Under Reexamination<br>GOERTZ, MAGNUS |
|---|---|---|
| | Examiner<br>Ryan F Pitaro | Art Unit<br>2174 |

| SEARCHED ||||
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| Update | Search | 11/8/2007 | RFP |
| Update | Search | 6/17/2008 | RFP |
| Update | Search | 12/21/2008 | RFP |

| SEARCH NOTES |||
|---|---|---|
| Search Notes | Date | Examiner |
| Update Search | 11/8/2007 | RFP |
| Update Search | 6/17/2008 | RFP |
| EAST | 12/21/2008 | RFP |
| Internet | 12/21/2008 | RFP |
| Safari Online Books | 12/21/2008 | RFP |
| IEEE | 12/21/2008 | RFP |
| ACM | 12/21/2008 | |

| INTERFERENCE SEARCH ||||
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. : 20081221

NEONODE0000375

EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 2 | "7441196".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | OFF | 2008/12/08 17:03 |
| S2 | 394 | swipe with screen | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/08 17:05 |
| S3 | 606 | (glide swipe) with screen | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/08 17:05 |
| S4 | 2 | "7286063".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/08 17:10 |
| S5 | 263 | ("20010003845" \| "20010012286" \| "20010016947" \| "20010034647" \| "20010042002" \| "20010044751" \| "20010049824" \| "20010051903" \| "20020007309" \| "20020010642" \| "20020016750" \| "20020029339" \| "20020032782" \| "20020035174" \| "20020038256" \| "20020038259" \| "20020042914" \| "20020042921" \| "20020049631" \| "20020056098" \| "20020059590" \| "20020067376" \| "20020077177" \| "20020078006" \| "20020078453" \| "20020098834" \| "20020116292" \| "20020116320" \| "20020166122" \| "20030046182" \| "20030074661" \| "20030095525" \| "20030126607" \| "20030140017" \| "20030146940" \| "20030149628" \| "20030182195" \| "20040003412" \| "20040098747" \| "20040103439" \| "20040117831" \| "20040128137" \| "20040133848" \| "20040148625" \| "20040204116" \| | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:12 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (1 of 8)12/22/08 10:38:05 AM

NEONODE0000376

EAST Search History

"20040210824" | "20040260689" | "20050010949" | "20050025550" | "20050075932" | "20050086690" | "20050091118" | "20050160458" | "20050234895" | "20050246231" | "20060155598" | "20060224987" | "20070008332" | "3586771" | "4650977" | "4706121" | "4992940" | "5041312" | "5064999" | "5119188" | "5236199" | "5321749" | "5353016" | "5410326" | "5479268" | "5532735" | "5553242" | "5559548" | "5598523" | "5602596" | "5617570" | "5625781" | "5710887" | "5727129" | "5734719" | "5758126" | "5794210" | "5796252" | "5801702" | "5809204" | "5819220" | "5822014" | "5828839" | "5832208" | "5832459" | "5838314" | "5848396" | "5851149" | "5874906" | "5878222" | "5890175" | "5893064" | "5895454" | "5896133" | "5900905" | "5902353" | "5903729" | "5911145" | "5918014" | "5918213").PN. OR ("5925103" | "5931901" | "5935002" | "5946381" | "5956681" | "5956693" | "5958012" | "5960411" | "5961593" | "5978381" | "5990927" | "6002853" | "6005562" | "6005631" | "6006257" | "6012049" | "6014502" | "6018372" | "6025837" | "6028600" | "6031537" | "6041312" | "6054989" | "6072483" | "6072492" | "6075575" | "6078866" | "6091417" | "6094156" | "6101473" | "6112186" | "6129274" | "6138107" | "6142371" | "6151050" | "6151059" | "6151596" | "6151630" | "6154205" | "6160552" | "6167382" | "6172677" | "6177936" | "6193152" | "6198481" | "6199050" | "6199077" | "6199098" | "6205432" | "6205582" | "6211878" | "6212265" | "6223215" | "6226623" | "6226642" | "6229540" | "6237030" | "6243093" | "6253189" | "6260192" | "6266060" | "6269343" | "6269361" | "6269403" | "6271832" | "6282516" | "6285357" | "6285987" | "6286017" | "6286043" | "6288716" | "6292779" | "6292782" | "6292786" | "6292809" | "6295057" | "6298330" | "6300947" | "6301566" | "6312336" | "6314406" | "6317706" | "6330005" | "6330543" | "6333753" | "6334108" | "6334145" | "6336131" | "6337715" | "6345279" | "6356905" | "6381583" |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (2 of 8)12/22/08 10:38:05 AM

NEONODE0000377

EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "6388714" \| "6396531" \| "6397387" \| "6401132" \| "6407779" \| "6411307" \| "6411337" \| "6415270" \| "6417873" \| "6418441" \| "6421066" \| "6421071" \| "6421724" \| "6438540" \| "6445398" \| "6460181" \| "6476825" \| "6477575" \| "6484149" \| "6487189" \| "6487586" \| "6490555" \| "6509913" \| "6516311" \| "6522342" \| "6532312" \| "6535888" \| "6570582" \| "6571279" \| "6583800" \| "6606103" \| "6606280" \| "6606347").PN. OR ("6608633" \| "6615247" \| "6615248" \| "6618039" \| "6631523" \| "6636246" \| "6647373" \| "6662224" \| "6680714" \| "6684062" \| "6692358" \| "6704727" \| "6711552" \| "6714534" \| "6728731" \| "6769989" \| "6804786" \| "6826572" \| "6829646" \| "6857102" \| "6868525" \| "6907556" \| "6925595" \| "6928610" \| "6938073" \| "6973669" \| "6978263" \| "7013435" \| "7020845" \| "7051281" \| "7174512" \| "7293276" \| "7383515").PN. | | | | |
| S6 | 112 | touch with slide with function | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/08 17:14 |
| S7 | 13 | ("4366475" \| "4686332" \| "4821030" \| "4914624" \| "5402151" \| "5563632" \| "5596346" \| "5638060" \| "5687331" \| "5736974" \| "5736976" \| "5761485" \| "5838973").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:18 |
| S8 | 168267 | object near3 type | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:21 |
| S9 | 5 | (file item object) near3 type with open near3 respective | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:21 |
| S10 | 905 | open$3 with different with program | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:23 |
| S11 | 2 | multiple near3 file near3 selection with open | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/08 17:29 |
| S12 | 11 | applying with command with (plurality multiple) with files | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/08 17:29 |

NEONODE0000378

EAST Search History

| S13 | 29188 | (flick stroke) with (open application command) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | OFF | 2008/12/10 16:52 |
| S14 | 229 | (flick ) with (open application command) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:54 |
| S15 | 127 | (flick ) with (open application command) and @ay<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:56 |
| S16 | 5 | (flick ) with (open application command) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:56 |
| S17 | 39 | (flick ) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:57 |
| S18 | 961 | (flick gesture) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:58 |
| S19 | 2324 | (flick gesture slide) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:58 |
| S20 | 77 | (flick gesture slide) and @ay<="2002" and "715"/702,864.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:59 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (4 of 8)12/22/08 10:38:05 AM

NEONODE0000379

| S21 | 6585 | finger near3 (flick gesture slide) and @ay<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:07 |
| S22 | 86 | finger near3 (flick gesture slide) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:07 |
| S23 | 0 | "5543591,5943052,5907327,4686332".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:14 |
| S24 | 8 | ("5543591" "5943052" "5907327" "4686332").pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:15 |
| S25 | 93647 | (glide flick touch swipe) with screen | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:18 |
| S26 | 13098 | (glide flick touch swipe) with screen with (applications functions) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:20 |
| S27 | 88 | (glide flick touch swipe) with screen with (applications functions) and "715"/$.ccls. and @AY="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:20 |
| S28 | 430 | (glide flick touch swipe) with screen with (applications functions) and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:20 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (5 of 8)12/22/08 10:38:05 AM

NEONODE0000380

EAST Search History

| S29 | 0 | (glide flick swipe) with screen with (applications functions) and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:21 |
| S30 | 11 | (glide flick swipe) with screen and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:21 |
| S31 | 219 | (glide flick gesture swipe) with screen and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:22 |
| S32 | 299 | (glide flick swipe) with screen and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:25 |
| S33 | 8 | (glide flick swipe) with screen with icon and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:26 |
| S34 | 16 | ("20010011308" | "20030142138" | "20040034801" | "20050253817" | "20050253817" | "20050264833" | "5821933" | "5907327" | "6633310").PN. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:30 |
| S35 | 451 | (glide flick swipe) with finger and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:32 |
| S36 | 3 | (glide flick swipe) with finger and @AY<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:32 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (6 of 8)12/22/08 10:38:05 AM

NEONODE0000381

| S37 | 13 | ("5250929" \| "5568604" \| "5579036" \| "5612719" \| "5661476" \| "5748185" \| "5767457" \| "5883617" \| "5928304" \| "5943043" \| "5943044" \| "5995083" \| "6049328").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/17 14:01 |
|---|---|---|---|---|---|---|
| S38 | 918 | 715/716.ccls. | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/17 15:38 |
| S39 | 7 | 715/716.ccls. and dvd near menu | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/17 15:38 |
| S40 | 9 | 715/716.ccls. and dvd near menu | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:38 |
| S41 | 334 | 715/716.ccls. and dvd | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:47 |
| S42 | 461 | 715/716.ccls. and menu | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:47 |
| S43 | 39 | 715/716.ccls. and menu and theme | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:48 |
| S44 | 243 | 715/716.ccls. and menu and effects | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:52 |
| S45 | 4 | 715/716.ccls. and menu with theme | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:53 |
| S46 | 1 | "7200836".pn. | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:56 |
| S47 | 1 | "20080120546".pn. | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:57 |
| S48 | 433 | 715/864.ccls. | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:26 |
| S49 | 60 | 715/864.ccls. and keyboard and back and icons and files | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:27 |
| S50 | 25 | 715/864.ccls. and keyboard and back and icons and files and removable | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:27 |
| S51 | 42 | 715/864.ccls. and keyboard and icons and files and @ay<="2002" | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:28 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (7 of 8)12/22/08 10:38:05 AM

NEONODE0000382

EAST Search History

12/22/08 10:38:01 AM
C:\Documents and Settings\RPitaro\My Documents\EAST\Workspaces\10315250.wsp

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (8 of 8)12/22/08 10:38:05 AM

NEONODE0000383