# EXHIBIT 16

| Search Notes | Application/Control No.<br>10315250 | Applicant(s)/Patent Under Reexamination<br>GOERTZ, MAGNUS |
|---|---|---|
| | Examiner<br>Ryan F Pitaro | Art Unit<br>2174 |

| SEARCHED ||||
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| Update | Search | 11/8/2007 | RFP |
| Update | Search | 6/17/2008 | RFP |
| Update | Search | 12/21/2008 | RFP |
| Update | Search | 4/22/2009 | RFP |

| SEARCH NOTES |||
|---|---|---|
| Search Notes | Date | Examiner |
| Update Search | 11/8/2007 | RFP |
| Update Search | 6/17/2008 | RFP |
| EAST | 12/21/2008 | RFP |
| Internet | 12/21/2008 | RFP |
| Safari Online Books | 12/21/2008 | RFP |
| IEEE | 12/21/2008 | RFP |
| ACM | 12/21/2008 | RFP |
| Update Search | 4/22/2009 | RFP |

| INTERFERENCE SEARCH ||||
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 2 | "6346935".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 10:24 |
| L2 | 187 | files with applications with list with only | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 10:28 |
| L3 | 98 | (file near list) with (application near list) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 10:34 |
| L4 | 502 | (file near view) with application | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 10:36 |
| L5 | 15 | sort with application near files | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:14 |
| L6 | 613 | (programs application) with files with (sort show list) with only | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:18 |
| L7 | 55 | (programs application) with files with (sort show list) with only and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:18 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (1 of 10)7/6/09 11:45:40 AM

NEONODE0000444

EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| L8 | 0 | seperate with list with data near type | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:19 |
| L9 | 5796 | list with data near type | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:19 |
| L10 | 652 | list with data near type and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:19 |
| L11 | 596 | application near list and file near list | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:20 |
| L12 | 271 | application near list and file near list and @ay<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/06 11:22 |
| S1 | 2 | "7441196".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | OFF | 2008/12/08 17:03 |
| S2 | 394 | swipe with screen | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/08 17:05 |
| S3 | 606 | (glide swipe) with screen | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/08 17:05 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (2 of 10)7/6/09 11:45:40 AM

NEONODE0000445

EAST Search History

| S4 | 2 | "7286063".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/08 17:10 |
|---|---|---|---|---|---|---|
| S5 | 263 | ("20010003845" \| "20010012286" \| "20010016947" \| "20010034647" \| "20010042002" \| "20010044751" \| "20010049824" \| "20010051903" \| "20020007309" \| "20020010642" \| "20020016750" \| "20020029339" \| "20020032782" \| "20020035174" \| "20020038256" \| "20020038259" \| "20020042914" \| "20020042921" \| "20020049631" \| "20020056098" \| "20020059590" \| "20020067376" \| "20020077177" \| "20020078006" \| "20020078453" \| "20020098834" \| "20020116292" \| "20020116320" \| "20020166122" \| "20030046182" \| "20030074661" \| "20030095525" \| "20030126607" \| "20030140017" \| "20030146940" \| "20030149628" \| "20030182195" \| "20040003412" \| "20040098747" \| "20040103439" \| "20040117831" \| "20040128137" \| "20040133848" \| "20040148625" \| "20040204116" \| "20040210824" \| "20040260689" \| "20050010949" \| "20050025550" \| "20050075932" \| "20050086690" \| "20050091118" \| "20050160458" \| "20050234895" \| "20050246231" \| "20060155598" \| "20060224987" \| "20070008332" \| "3586771" \| "4650977" \| "4706121" \| "4992940" \| "5041312" \| "5064999" \| "5119188" \| "5236199" \| "5321749" \| "5353016" \| "5410326" \| "5479268" \| "5532735" \| "5553242" \| "5559548" \| "5598523" \| "5602596" \| "5617570" \| "5625781" \| "5710887" \| "5727129" \| "5734719" \| "5758126" \| "5794210" \| "5796252" \| "5801702" \| "5809204" \| "5819220" \| "5822014" \| "5828839" \| "5832208" \| "5832459" \| "5838314" \| "5848396" \| "5851149" \| "5874906" \| "5878222" \| "5890175" \| "5893064" \| "5895454" \| "5896133" \| "5900905" \| "5902353" \| "5903729" \| "5911145" \| "5918014" \| "5918213").PN. OR ("5925103" \| "5931901" \| "5935002" \| "5946381" \| "5956681" \| "5956693" \| "5958012" \| "5960411" \| "5961593" \| "5978381" \| "5990927" \| "6002853" \| | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:12 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (3 of 10)7/6/09 11:45:40 AM

NEONODE0000446

| | | | |
|---|---|---|---|
| "6005562" | "6005631" | "6006257" | "6012049" |
| "6014502" | "6018372" | "6025837" | "6028600" |
| "6031537" | "6041312" | "6054989" | "6072483" |
| "6072492" | "6075575" | "6078866" | "6091417" |
| "6094156" | "6101473" | "6112186" | "6129274" |
| "6138107" | "6142371" | "6151050" | "6151059" |
| "6151596" | "6151630" | "6154205" | "6160552" |
| "6167382" | "6172677" | "6177936" | "6193152" |
| "6198481" | "6199050" | "6199077" | "6199098" |
| "6205432" | "6205582" | "6211878" | "6212265" |
| "6223215" | "6226623" | "6226642" | "6229540" |
| "6237030" | "6243093" | "6253189" | "6260192" |
| "6266060" | "6269343" | "6269361" | "6269403" |
| "6271832" | "6282516" | "6285357" | "6285987" |
| "6286017" | "6286043" | "6288716" | "6292779" |
| "6292782" | "6292786" | "6292809" | "6295057" |
| "6298330" | "6300947" | "6301566" | "6312336" |
| "6314406" | "6317706" | "6330005" | "6330543" |
| "6333753" | "6334108" | "6334145" | "6336131" |
| "6337715" | "6345279" | "6356905" | "6381583" |
| "6388714" | "6396531" | "6397387" | "6401132" |
| "6407779" | "6411307" | "6411337" | "6415270" |
| "6417873" | "6418441" | "6421066" | "6421071" |
| "6421724" | "6438540" | "6445398" | "6460181" |
| "6476825" | "6477575" | "6484149" | "6487189" |
| "6487586" | "6490555" | "6509913" | "6516311" |
| "6522342" | "6532312" | "6535888" | "6570582" |
| "6571279" | "6583800" | "6606103" | "6606280" |
| "6606347").PN. OR ("6608633" | "6615247" | | |
| "6615248" | "6618039" | "6631523" | "6636246" |
| "6647373" | "6662224" | "6680714" | "6684062" |
| "6692358" | "6704727" | "6711552" | "6714534" |
| "6728731" | "6769989" | "6804786" | "6826572" |
| "6829646" | "6857102" | "6868525" | "6907556" |
| "6925595" | "6928610" | "6938073" | "6973669" |
| "6978263" | "7013435" | "7020845" | "7051281" |
| "7174512" | "7293276" | "7383515").PN. | |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (4 of 10)7/6/09 11:45:40 AM

NEONODE0000447

| S6 | 112 | touch with slide with function | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/08 17:14 |
| --- | --- | --- | --- | --- | --- | --- |
| S7 | 13 | ("4366475" \| "4686332" \| "4821030" \| "4914624" \| "5402151" \| "5563632" \| "5596346" \| "5638060" \| "5687331" \| "5736974" \| "5736976" \| "5761485" \| "5838973").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:18 |
| S8 | 168267 | object near3 type | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:21 |
| S9 | 5 | (file item object) near3 type with open near3 respective | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:21 |
| S10 | 905 | open$3 with different with program | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/08 17:23 |
| S11 | 2 | multiple near3 file near3 selection with open | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/08 17:29 |
| S12 | 11 | applying with command with (plurality multiple) with files | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/08 17:29 |
| S13 | 29188 | (flick stroke) with (open application command) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | OFF | 2008/12/10 16:52 |
| S14 | 229 | (flick ) with (open application command) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:54 |
| S15 | 127 | (flick ) with (open application command) and @ay<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:56 |
| S16 | 5 | (flick ) with (open application command) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:56 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (5 of 10)7/6/09 11:45:40 AM

NEONODE0000448

| S17 | 39 | (flick ) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:57 |
| S18 | 961 | (flick gesture) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:58 |
| S19 | 2324 | (flick gesture slide) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:58 |
| S20 | 77 | (flick gesture slide) and @ay<="2002" and "715"/702,864.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 16:59 |
| S21 | 6585 | finger near3 (flick gesture slide) and @ay<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:07 |
| S22 | 86 | finger near3 (flick gesture slide) and @ay<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:07 |
| S23 | 0 | "5543591,5943052,5907327,4686332".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:14 |
| S24 | 8 | ("5543591" "5943052" "5907327" "4686332").pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/10 17:15 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (6 of 10)7/6/09 11:45:40 AM

NEONODE0000449

EAST Search History

| S25 | 93647 | (glide flick touch swipe) with screen | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:18 |
| S26 | 13098 | (glide flick touch swipe) with screen with (applications functions) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:20 |
| S27 | 88 | (glide flick touch swipe) with screen with (applications functions) and "715"/$.ccls. and @AY="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:20 |
| S28 | 430 | (glide flick touch swipe) with screen with (applications functions) and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:20 |
| S29 | 0 | (glide flick swipe) with screen with (applications functions) and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:21 |
| S30 | 11 | (glide flick swipe) with screen and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:21 |
| S31 | 219 | (glide flick gesture swipe) with screen and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:22 |
| S32 | 299 | (glide flick swipe) with screen and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:25 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (7 of 10)7/6/09 11:45:40 AM

NEONODE0000450

| S33 | 8 | (glide flick swipe) with screen with icon and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:26 |
| --- | --- | --- | --- | --- | --- | --- |
| S34 | 16 | ("20010011308" \| "20030142138" \| "20040034801" \| "20050253817" \| "20050253817" \| "20050264833" \| "5821933" \| "5907327" \| "6633310").PN. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:30 |
| S35 | 451 | (glide flick swipe) with finger and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:32 |
| S36 | 3 | (glide flick swipe) with finger and @AY<="2002" and "715"/$.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2008/12/17 13:32 |
| S37 | 13 | ("5250929" \| "5568604" \| "5579036" \| "5612719" \| "5661476" \| "5748185" \| "5767457" \| "5883617" \| "5928304" \| "5943043" \| "5943044" \| "5995083" \| "6049328").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/17 14:01 |
| S38 | 918 | 715/716.ccls. | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/17 15:38 |
| S39 | 7 | 715/716.ccls. and dvd near menu | US-PGPUB; USPAT; USOCR | OR | OFF | 2008/12/17 15:38 |
| S40 | 9 | 715/716.ccls. and dvd near menu | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:38 |
| S41 | 334 | 715/716.ccls. and dvd | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:47 |
| S42 | 461 | 715/716.ccls. and menu | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:47 |
| S43 | 39 | 715/716.ccls. and menu and theme | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:48 |
| S44 | 243 | 715/716.ccls. and menu and effects | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:52 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (8 of 10)7/6/09 11:45:40 AM

NEONODE0000451

EAST Search History

| S45 | 4 | 715/716.ccls. and menu with theme | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:53 |
| S46 | 1 | "7200836".pn. | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:56 |
| S47 | 1 | "20080120546".pn. | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/17 15:57 |
| S48 | 433 | 715/864.ccls. | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:26 |
| S49 | 60 | 715/864.ccls. and keyboard and back and icons and files | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:27 |
| S50 | 25 | 715/864.ccls. and keyboard and back and icons and files and removable | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:27 |
| S51 | 42 | 715/864.ccls. and keyboard and icons and files and @ay<="2002" | US-PGPUB; USPAT; USOCR | OR | ON | 2008/12/21 23:28 |
| S52 | 2 | "6346935".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | OFF | 2009/07/05 14:20 |
| S53 | 21 | (glide flick touch swipe) with (coordinat$7) with screen with (applications functions) and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/05 14:24 |
| S54 | 437 | (touch finger) with (glide flick touch swipe) with screen with (applications functions) and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/05 14:26 |
| S55 | 0 | (touch finger) with (glide flick swipe) with screen with (applications functions) and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/05 14:26 |
| S56 | 3 | (touch finger) with (glide flick swipe) with screen and "715"/$.ccls. and @AY<="2002" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/05 14:27 |

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (9 of 10)7/6/09 11:45:40 AM

NEONODE0000452

EAST Search History

| S57 | 2 | "6140936".pn. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2009/07/05 23:13 |

7/6/09 11:45:24 AM
C:\ Documents and Settings\ RPitaro\ My Documents\ EAST\ Workspaces\ 10315250.wsp

file:///C|/Documents%20and%20Settings/RPitaro/My%20Documents/e-Red%20Folder/10315250/EASTSearchHistory.10315250_AccessibleVersion.htm (10 of 10)7/6/09 11:45:40 AM

NEONODE0000453