AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | ) |
| *Plaintiff* | ) |
| SAMSUNG ELECTRONICS CO. LTD, and | )    Case No.  6:20-cv-00507-ADA |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Neonode Smartphone LLC                                                                                          .

Date:    4/27/23                                                     */s/ Brian D. Melton*
                                                                                           *Attorney's signature*

                                                                          Brian D. Melton (24010620)
                                                                          *Printed name and bar number*

                                                                          SUSMAN GODFREY L.L.P.
                                                                          1000 Louisiana Street, Suite 5100
                                                                          Houston, Texas 77002
                                                                                          *Address*

                                                                          bmelton@susmangodfrey.com
                                                                                          *E-mail address*

                                                                          (713) 653-7825
                                                                                          *Telephone number*

                                                                          (713) 654-6666
                                                                                          *FAX number*