AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, )<br>*Plaintiff* )<br>SAMSUNG ELECTRONICS CO. LTD, and )<br>SAMSUNG ELECTRONICS AMERICA, INC., )<br>*Defendant* ) | Case No. 6:20-cv-00507-ADA |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Neonode Smartphone LLC                                                                                               .

Date: 4/27/23                                                      /s/ Rocco Magni
                                                                          *Attorney's signature*

                                                                 Rocco Magni (24092745)
                                                                 *Printed name and bar number*

                                                                 SUSMAN GODFREY L.L.P.
                                                                 1000 Louisiana Street, Suite 5100
                                                                 Houston, Texas 77002
                                                                          *Address*

                                                                 rmagni@susmangodfrey.com
                                                                          *E-mail address*

                                                                 (713) 651-9366
                                                                          *Telephone number*

                                                                 (713) 654-6666
                                                                          *FAX number*