AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, <br> *Plaintiff* <br> SAMSUNG ELECTRONICS CO. LTD, and <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> *Defendant* | ) <br> ) <br> ) Case No. 6:20-cv-00507-ADA <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Neonode Smartphone LLC.

Date:  4/27/23

/s/ Bryce T. Barcelo
*Attorney's signature*

Bryce T. Barcelo (24092081)
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
*Address*

bbarcelo@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*