AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

NEONODE SMARTPHONE LLC,                    )
_____    )
*Plaintiff*                                )
SAMSUNG ELECTRONICS CO. LTD, and           )     Case No.  6:20-cv-00507-ADA
SAMSUNG ELECTRONICS AMERICA, INC.,         )
_____    )
*Defendant*                                )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Neonode Smartphone LLC_____ .

Date:  __4/27/23_____                    __/s/ Kalpana Srinivasan_____
                                                    *Attorney's signature*

                                             __Kalpana Srinivasan (237460)_____
                                                    *Printed name and bar number*

                                             SUSMAN GODFREY L.L.P.
                                             1900 Avenue of the Stars, Suite 1400
                                             Los Angeles, California 90067-6029
                                             _____
                                                            *Address*

                                             __ksrinivasan@susmangodfrey.com_____
                                                          *E-mail address*

                                             __(310) 789-3106_____
                                                        *Telephone number*

                                             __(310) 789-3150_____
                                                          *FAX number*