# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| NEONODE SMARTPHONE LLC, | |
|---|---|
| Plaintiff, | |
| v. | Civil Case No. 6:20-cv-00507-ADA |
| SAMSUNG ELECTRONICS CO. LTD. And SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

## ORDER

The Court has reviewed Neonode's Unopposed Motion, accompanying exhibit, and the relevant legal authorities and, there being good cause, GRANTS the Motion to Amend the Court's Amended Scheduling Order (ECF No. 65) as follows:

| Original Deadline | Amended Deadline | Item |
|---|---|---|
| May 5, 2023 | May 19, 2023 | Plaintiff files Responsive claim construction brief. |
| May 19, 2023 | June 9, 2023 | Defendant files Reply claim construction brief. |
| May 19, 2023 | June 9, 2023 | Parties to jointly email the law clerks (see OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution |
| June 2, 2023 | June 22, 2023 | Plaintiff files a Sur-Reply claim construction brief. |
| June 7, 2023 | June 27, 2023 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| June 9, 2023 | June 27, 2023 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| June 23, 2023 | July 7, 2023 | Markman Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| June 26, 2023 | July 10, 2023 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a) |

All other deadlines in the Court's Amended Scheduling Order (ECF No. 65) remain in effect.

IT IS SO ORDERED this _____ day of_____, 2023.

_____
Alan D Albright
United States District Judge