IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil No. 6:20-cv-00507-ADA |
| SAMSUNG ELECTRONICS CO. LTD, and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The following attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

    Tiffany C. Miller
    DLA Piper LLP (US)
    4365 Executive Drive, Suite 1100
    San Diego, CA  92121
    Telephone:  858.677.1400
    Facsimile:  858.677.1401

Date:  May 9, 2023

        Respectfully submitted,

        DLA PIPER LLP (US)

        */s/ John M. Guaragna*
By:  John M. Guaragna
      Texas Bar No 24043308
      DLA PIPER LLP (US)
      303 Colorado Street, Suite 3000
      Austin, TX 78701-4653
      Tel: 512.457.7125
      Fax: 512.457.7001
      john.guaragna@dlapiper.com

1

Mark D. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Zachary Loney (*Pro hac vice)*
**DLA Piper LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Zachary.loney@us.dlapiper.com

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

***ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.***

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on May 9, 2023, pursuant to Local Rule CV-5(a) and has been served on all counsel whom have consented to electronic service.  Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ John M. Guaragna*
John M. Guaragna