# Exhibit 9

# Concise Oxford ENGLISH Dictionary

**REVISED TENTH EDITION**

Over 240,000 words, phrases and definitions

THE WORLD'S MOST TRUSTED DICTIONARIES

# OXFORD
## UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford New York

Auckland Bangkok Buenos Aires Cape Town
Chennai Dar es Salaam Delhi Hong Kong Istanbul Karachi
Kolkata Kuala Lumpur Madrid Melbourne Mexico City Mumbai Nairobi
São Paulo Shanghai Singapore Taipei Tokyo Toronto
and an associated company in Berlin

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 1934, 1951, 1964, 1976, 1982, 1990, 1995, 1999, 2001, 2002

Database right Oxford University Press (makers)

First edition 1911
Second edition (revised) 1929
Third edition (with addenda) 1934
Fourth edition 1951
Fifth edition 1964
Sixth edition 1976
Seventh edition 1982
Eighth edition 1990
Ninth edition 1995
Tenth edition 1999
Tenth (with addenda) edition 2001
Tenth (with addenda) edition reissued with new title and jacket 2002

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 0-19-860572-2
ISBN 0-19-860636-2 (thumb index)
ISBN 0-19-860470-X (dictionary with CD-ROM)

10 9 8 7 6 5 4 3 2 1

Typeset in Arial, Nimrod, and Minion
by Interactive Sciences Ltd, Gloucester
Printed in Great Britain by
Clays Ltd, Bungay, Suffolk

with the mind or the soul. ● v. 1 (**flesh out**) make more substantial. 2 give (a hound or hawk) a piece of flesh in order to stimulate it to hunt. 3 remove the flesh from (a hide). 4 poetic/literary initiate in bloodshed or warfare.
- PHRASES **all flesh** all human and animal life. **in the flesh** in person or (of a thing) in its actual state. **make someone's flesh creep** (or **crawl**) cause someone to feel fear, horror, or disgust. **put flesh on** (**the bones of**) **something** flesh something out.
- DERIVATIVES **-fleshed** adj. **fleshless** adj.
- ORIGIN OE *flǣsc*, of Gmc origin.

**flesher** ● n. 1 chiefly Scottish a butcher. 2 N. Amer. a knife for fleshing hides.

**flesh fly** ● n. a fly that breeds in carrion. [Family Sarcophagidae: many species.]

**fleshly** ● adj. (**-ier**, **-iest**) 1 of or relating to the body; sensual. 2 having an actual physical presence.
- ORIGIN OE *flǣsclic* (see FLESH, -LY¹).

**fleshpots** ● pl. n. places providing a hedonistic experience.
- ORIGIN C16: with biblical allusion to the *fleshpots of Egypt* (Exod. 16:3).

**flesh wound** ● n. a wound that breaks the skin but does not damage bones or vital organs.

**fleshy** ● adj. (**-ier**, **-iest**) 1 having a substantial amount of flesh; plump. 2 (of plant or fruit tissue) soft and thick. 3 resembling flesh.
- DERIVATIVES **fleshiness** n.

**fletch** /flɛtʃ/ ● v. provide (an arrow) with feathers.
- ORIGIN C17: alt. of FLEDGE, prob. influenced by *fletcher*.

**fletcher** ● n. chiefly historical a person who makes and sells arrows.
- ORIGIN ME: from OFr. *flechier*, from *fleche* 'arrow'.

**fletching** ● n. the feathers of an arrow.

**fleur-de-lis** /ˌflɜːdəˈliː/ (also **fleur-de-lys**) ● n. (pl. **fleurs-de-lis** pronunc. same) 1 Art & Heraldry a stylized lily composed of three petals bound together near their bases. 2 a variety of iris.
- ORIGIN ME: from OFr. *flour de lys* 'flower of the lily'.

**fleuron** /ˈflʊərɒn, ˈflɜː-/ ● n. a flower-shaped piece of ornamentation.
- ORIGIN ME: from OFr. *floron*, from *flour* 'flower'.

**fleury** /ˈflʊəri/ ● adj. variant spelling of FLORY.

**flew** past of FLY¹.

**flews** /fluːz/ ● pl. n. the thick hanging lips of a bloodhound or similar dog.
- ORIGIN C16: of unknown origin.

**flex¹** ● v. 1 bend (a limb or joint). 2 contract or tense (a muscle). 3 warp or bend and then revert to shape. 4 [usu. as adj. **flexed**] Archaeology place (a corpse) with the legs drawn up under the chin.
- ORIGIN C16: from L. *flex-*, *flectere* 'bend'.

**flex²** ● n. chiefly Brit. a flexible insulated cable used for carrying electric current to an appliance.
- ORIGIN C20: abbrev. of FLEXIBLE.

**flexible** ● adj. 1 capable of bending easily without breaking. 2 readily adaptable.
- DERIVATIVES **flexibility** n. **flexibly** adv.
- ORIGIN ME: from OFr., or from L. *flexibilis*, from *flectere* 'to bend'.

**flexile** /ˈflɛksʌɪl/ ● adj. archaic pliant and flexible.
- DERIVATIVES **flexility** n.
- ORIGIN C17: from L. *flexilis*, from *flectere* 'to bend'.

**flexion** /ˈflɛkʃ(ə)n/ (also **flection**) ● n. the action of bending or the condition of being bent.
- ORIGIN C17: from L. *flexio(n-)*, from *flectere* 'to bend'.

**flexitime** (N. Amer. also **flextime**) ● n. a system allowing some flexibility in when workers put in their allotted hours.

**flexography** /flɛkˈsɒɡrəfi/ ● n. a rotary relief printing method using rubber or plastic plates and fluid inks or dyes, for printing on impervious materials such as plastics, as well as on fabrics and paper.
- DERIVATIVES **flexographic** adj.

**flexor** /ˈflɛksə/ ● n. Anatomy a muscle whose contraction bends a limb or other part of the body.

**flexuous** /ˈflɛksjʊəs/ ● adj. full of bends and curves.

- DERIVATIVES **flexuosity** n. **flexuously** adv.

**flexure** /ˈflɛkʃə/ ● n. chiefly Anatomy & Geology 1 the action of bending or curving, or the condition of being bent or curved. 2 a bent or curved part.
- DERIVATIVES **flexural** adj.
- ORIGIN C16: from L. *flexura*, from *flectere* 'to bend'.

**flexwing** ● n. a flexible fabric wing, as used in hanggliders.

**flibbertigibbet** /ˌflɪbətɪˈdʒɪbɪt/ ● n. a frivolous and restless person.
- ORIGIN ME: prob. imitative of idle chatter.

**flic** ● n. Computing a data file containing computer animations.
- ORIGIN C20: based on the cinematographic sense of FLICK.

**flick** ● n. 1 a sudden smart movement up and down or from side to side. 2 the sudden release of a finger or thumb held bent against another finger. 3 informal a cinema film. ➤ (**the flicks**) the cinema. ● v. 1 make or cause to make a sudden sharp movement. 2 propel with a flick of the fingers. 3 (**flick through**) look quickly through (a volume or a collection of papers).
- PHRASES **give someone the flick** informal, chiefly Austral. reject in a casual or offhand way.
- ORIGIN ME: symbolic, *fl-* freq. beginning words denoting sudden movement.

**flicker¹** ● v. 1 shine or burn unsteadily and fitfully. 2 (of a feeling) be briefly perceptible. 3 make small, quick movements. ● n. an instance of flickering.
- DERIVATIVES **flickering** adj. & n.
- ORIGIN OE *flicorian*, *flycerian* 'to flutter', prob. of Gmc origin.

**flicker²** ● n. an American woodpecker that often feeds on ants on the ground. [*Colaptes auratus* (**common** or **northern flicker**) and related species.]
- ORIGIN C19: imitative of its call.

**flick knife** ● n. Brit. a knife with a blade that springs out from the handle when a button is pressed.

**flick roll** ● n. another term for SNAP ROLL.

**flier** ● n. variant spelling of FLYER.

**flight** ● n. 1 the action or process of flying. ➤ a journey made in an aircraft or in space. ➤ the movement or trajectory of a projectile through the air. 2 a flock of birds or body of insects flying in the air. 3 a group of aircraft operating together, especially an RAF or USAF unit of about six aircraft. 4 the action of fleeing. 5 a series of steps between floors or levels. ➤ a sequence of locks by which a canal ascends an incline. ➤ a series of hurdles across a racetrack. 6 an uninhibited mental journey: *a flight of fancy*. 7 the tail of an arrow or dart. ● v. 1 Brit. (in soccer, cricket, etc.) deliver (a ball) with well-judged trajectory and pace. 2 provide (an arrow or dart) with a flight. 3 shoot (wildfowl) in flight.
- PHRASES **in full flight** having gained optimum momentum. **take flight** 1 (of a bird) take off and fly. 2 flee.
- ORIGIN OE *flyht*, of Gmc origin; rel. to FLY¹.

**flight capital** ● n. capital which has been moved from an area in economic difficulties to a more stable region.

**flight control** ● n. 1 the activity of directing the movement of aircraft. 2 a control surface on an aircraft.

**flight deck** ● n. 1 the cockpit of a large aircraft. 2 the deck of an aircraft carrier, used for take-off and landing.

**flight envelope** ● n. the range of combinations of speed, altitude, angle of attack, etc., within which a flying object is aerodynamically stable.

**flight feather** ● n. any of the large primary or secondary feathers in a bird's wing, supporting it in flight.

**flightless** ● adj. (of a bird or insect) naturally unable to fly.
- DERIVATIVES **flightlessness** n.

**flight lieutenant** ● n. a rank of officer in the RAF, above flying officer and below squadron leader.

**flightline** ● n. the part of an airport around the hangars where aircraft can be parked and serviced.

**flight path** ● n. the course of an aircraft or spacecraft.

**flight recorder** ● n. a device in an aircraft to record

**Glaswegian** /glæzˈwiːdʒ(ə)n, glas-, glɑːz-, glɑːs-/ ● n. a native of Glasgow. ● adj. of or relating to Glasgow.

**Glauber's salt** /ˈglaʊbəz, ˈglɔː-/ ● n. a crystalline hydrated form of sodium sulphate, used chiefly as a laxative.
- ORIGIN C18: named after the Ger. chemist Johann R. Glauber (1604–1668).

**glaucoma** /glɔːˈkəʊmə/ ● n. Medicine a condition of increased pressure within the eyeball, causing gradual loss of sight.
- DERIVATIVES **glaucomatous** adj.
- ORIGIN C17: via L. from Gk glaukōma, based on glaukos 'bluish green or grey' (because of the grey-green haze in the pupil).

**glauconite** /ˈglɔːkənʌɪt/ ● n. a greenish clay mineral found chiefly in marine sands.
- ORIGIN C19: from Ger. Glaukonit, from Gk glaukon (neut. of glaukos 'bluish-green') + -ITE.

**glaucophane** /ˈglɔːkəfeɪn/ ● n. a bluish sodium-containing mineral found chiefly in schists and other metamorphic rocks.
- ORIGIN C19: from Ger. Glaukophan, from Gk glaukos 'bluish-green' + phanēs 'shining'.

**glaucous** /ˈglɔːkəs/ ● adj. technical or poetic/literary **1** of a dull greyish-green or blue colour. **2** covered with a powdery bloom like that on grapes.
- ORIGIN C17: via L. from Gk glaukos + -OUS.

**glaucous gull** ● n. a large white and pale grey Arctic gull. [Larus hyperboreus.]

**glaze** ● v. **1** fit panes of glass into (a window frame or similar structure). ▸ enclose or cover with glass. **2** cover with a glaze. **3** (often **glaze over**) lose brightness and animation. ● n. **1** a vitreous substance fused on to the surface of pottery to form a hard, impervious decorative coating. **2** a thin topcoat of transparent paint used to modify the tone of an underlying colour. **3** a liquid such as milk or beaten egg, used to form a smooth shiny coating on food. **4** N. Amer. a thin, glassy coating of ice on the ground or water.
- DERIVATIVES **glazer** n. **glazing** n.
- ORIGIN ME glase, from GLASS.

**glazed frost** ● n. a glassy coating of ice, typically caused by rain freezing on impact.

**glazier** /ˈgleɪzɪə/ ● n. a person whose trade is fitting glass into windows and doors.

**GLC** ● abbrev. **1** Chemistry gas-liquid chromatography. **2** Greater London Council.

**gleam** ● v. shine brightly, especially with reflected light. ● n. **1** a faint or brief light. **2** a brief or faint show of a quality or emotion.
- PHRASES **a gleam in someone's eye** see EYE.
- DERIVATIVES **gleaming** adj. **gleamingly** adv. **gleamy** adj. (archaic).
- ORIGIN OE glǣm 'brilliant light', of Gmc origin.

**glean** /gliːn/ ● v. **1** collect gradually from various sources. **2** historical gather (leftover grain) after a harvest.
- DERIVATIVES **gleaner** n.
- ORIGIN ME: from OFr. glener, from late L. glennare, prob. of Celtic origin.

**gleanings** ● pl. n. things gleaned from various sources rather than acquired as a whole.

**glebe** /gliːb/ ● n. **1** historical a piece of land serving as part of a clergyman's benefice and providing income. **2** archaic land; fields.
- ORIGIN ME: from L. gleba, glaeba 'clod, land, soil'.

**glee** ● n. **1** great delight. **2** a song for men's voices in three or more parts, usually unaccompanied.
- DERIVATIVES **gleesome** adj. (archaic).
- ORIGIN OE glēo 'entertainment, music, fun', of Gmc origin.

**glee club** ● n. a society for singing part songs.

**gleeful** ● adj. exuberantly or triumphantly joyful.
- DERIVATIVES **gleefully** adv. **gleefulness** n.

**gleeman** ● n. (pl. **-men**) historical a professional entertainer; especially a singer.

**gleet** /gliːt/ ● n. Medicine a watery discharge from the urethra caused by gonorrhoeal infection.
- DERIVATIVES **gleety** adj.

- ORIGIN ME: from OFr. glette 'slime, secretion', of unknown origin.

**Gleichschaltung** /ˈglaɪxˌʃaltʊŋ, German ˈɡlaɪçˌʃaltʊŋ/ ● n. the standardization of political, economic, and social institutions as carried out in authoritarian states.
- ORIGIN Ger., from gleich 'same' + schalten 'force or bring into line'.

**glen** ● n. a narrow valley, especially in Scotland or Ireland.
- ORIGIN ME: from Sc. Gaelic and Ir. gleann (earlier glenn).

**glengarry** ● n. (pl. **-ies**) a brimless boat-shaped hat with a cleft down the centre, worn as part of Highland dress.
- ORIGIN C19: from Glengarry, the name of a valley in the Highlands of Scotland.

**glenoid cavity** /ˈglɛnɔɪd/ (also **glenoid fossa**) ● n. Anatomy a shallow depression on a bone into which another bone fits to form a joint, especially that on the scapula into which the head of the humerus fits.
- ORIGIN C18: glenoid from Fr. glénoïde, from Gk glēnoeidēs, from glēnē 'socket'.

**gley** /gleɪ/ ● n. Soil Science a sticky waterlogged soil lacking in oxygen, typically grey to blue in colour.
- ORIGIN 1920s: from Ukrainian, 'sticky blue clay'; rel. to CLAY.

**glia** /ˈglaɪə, ˈgliːə/ ● n. Anatomy the connective tissue of the nervous system, consisting of several different types of cell associated with neurons.
- DERIVATIVES **glial** adj.
- ORIGIN C19: from Gk, lit. 'glue'.

**glib** ● adj. (**glibber, glibbest**) articulate and voluble but insincere and shallow.
- DERIVATIVES **glibly** adv. **glibness** n.
- ORIGIN C16: ult. of Gmc origin.

**glide** ● v. **1** move with a smooth, quiet, continuous motion. **2** fly without power or in a glider. ● n. **1** an instance of gliding. **2** Phonetics a sound produced as the vocal organs move towards or away from articulation of a vowel or consonant, for example /j/ in duke /djuːk/. **3** Cricket a glancing stroke which slightly deflects the ball, especially towards the leg side.
- DERIVATIVES **gliding** n.
- ORIGIN OE glīdan, of Gmc origin.

**glide path** ● n. an aircraft's line of descent to land, especially as indicated by ground radar.

**glider** ● n. **1** a light aircraft designed to fly without using an engine. **2** a person or thing that glides. **3** another term for FLYING PHALANGER. **4** US a long swinging seat suspended from a frame in a porch.

**glimmer** ● v. shine faintly with a wavering light. ● n. **1** a faint or wavering light. **2** a faint sign of a feeling or quality, especially a desirable one: *a glimmer of hope*.
- DERIVATIVES **glimmering** adj. & n. **glimmeringly** adv.
- ORIGIN ME: prob. of Scand. origin; rel. to Swed. glimra and Dan. glimre.

**glimpse** ● n. a momentary or partial view. ● v. see briefly or partially.
- ORIGIN ME (in the sense 'shine faintly'): prob. of Gmc origin; rel. to GLIMMER.

**glint** ● v. give out or reflect small flashes of light. ● n. a small flash of light, especially a reflected one.
- ORIGIN ME (in the sense 'move quickly or obliquely'): var. of dial. glent, prob. of Scand. origin and rel. to Swed. dial. glänta, glinta 'to slip, slide, gleam'.

**glioblastoma** /ˌglaɪə(ʊ)blaˈstəʊmə/ ● n. (pl. **glioblastomas** or **glioblastomata** /-mətə/) Medicine a highly invasive glioma in the brain.

**glioma** /glaɪˈəʊmə/ ● n. (pl. **gliomas** or **gliomata** /-mətə/) Medicine a malignant tumour of the glial tissue of the nervous system.
- ORIGIN C19: from Gk glia 'glue' + -OMA.

**glissade** /glɪˈsɑːd, -ˈseɪd/ ● n. **1** a slide down a steep slope of snow or ice, typically on the feet with the support of an ice axe. **2** Ballet a movement in which one leg is brushed outwards from the body and then takes the weight while the second leg is brushed in to meet it. ● v. perform or move by means of a glissade.
- ORIGIN C19: Fr., from glisser 'to slip, slide'.