# Exhibit 10



DO NOT LOAN
HOLD I. D.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

First Printing 1993

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe)
  1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36    1993
423—dc20                                                93-20206
                                                          CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

123456RMcN93

**flea·hop·per** \-,hä-pər\ n (1902) : any of various small jumping bugs that feed on cultivated plants

**flea market** n [trans. of F Marché aux Puces, a market in Paris] (1922) : a usu. open-air market for secondhand articles and antiques

**flea-pit** \-,pit\ n (1937) Brit : a dilapidated building usu. housing a movie theater

**flea·wort** \'flē-,wərt, -,wört\ n (bef. 12c) : any of three Old World plantains (esp. Plantago psyllium) whose seeds are sometimes used as a mild laxative — compare PSYLLIUM SEED

**flèche** \'flāsh, 'flesh\ n [F, lit., arrow, fr. OF fleche, of Gmc origin; akin to MD vlieke arrow, OE flēogan to fly] (1848) : SPIRE; esp : a slender spire above the intersection of the nave and transepts of a church

**flé·chette** \flā-'shet, fle-\ n [F, fr. dim. of flèche arrow] (1915) : a small dart-shaped projectile that is clustered in an explosive warhead, dropped as a missile from an airplane, or fired from a handheld gun

¹**fleck** \'flek\ vt [back-formation fr. flecked spotted, fr. ME, prob. fr. ON flekkōttr, fr. flekkr spot] (14c) 1 : STREAK, SPOT ⟨whitecaps ~ed the blue sea⟩ 2 : to color as if by sprinkling with flecks ⟨his wit is ~ed with sarcasm —James Atlas⟩

²**fleck** n (1598) 1 : SPOT, MARK ⟨a brown tweed with ~s of yellow⟩ 2 : FLAKE, PARTICLE ⟨~s of snow drifted down⟩

**fledge** \'flej\ vb fledged; fledg·ing [fledge capable of flying, fr. ME flegge, fr. OE -flycge; akin to OHG flucki capable of flying, OE flēogan to fly — more at FLY] vi (1566) of a bird : to acquire the feathers necessary for flight or independent activity ~ vt 1 : to rear until ready for flight or independent activity 2 : to cover with or as if with feathers or down 3 : to furnish (as an arrow) with feathers

**fledg·ling** \'flej-liŋ\ n (1830) 1 : a young bird just fledged 2 : an immature or inexperienced person 3 : one that is new ⟨a ~ company⟩

**flee** \'flē\ vb fled \'fled\; flee·ing [ME flen, fr. OE flēon; akin to OHG fliohan to flee] vi (bef. 12c) 1 a : to run away often from danger or evil : FLY b : to hurry toward a place of security 2 : to pass away swiftly : VANISH ~ vt : to run away from : SHUN

¹**fleece** \'flēs\ n [ME flees, fr. OE flēos; akin to MHG vlius fleece and perh. to L pluma feather, down] (bef. 12c) 1 a : the coat of wool covering a wool-bearing animal (as a sheep) b : the wool obtained from a sheep at one shearing 2 a : any of various soft or woolly coverings b : a soft bulky deep-piled knitted or woven fabric used chiefly for clothing

²**fleece** vt fleeced; fleec·ing (1537) 1 a : to strip of money or property by fraud or extortion b : to charge excessively for goods or services 2 : to remove the fleece from : SHEAR 3 : to dot or cover with fleecy masses

**fleeced** \'flēst\ adj (1580) 1 : covered with or as if with a fleece 2 of a textile : having a soft nap

**flech** \'flech\ vb [ME (Sc) flechen] (14c) dial : COAX, WHEEDLE

**fleecy** \'flē-sē\ adj fleec·i·er; -est (1590) : covered with, made of, or resembling fleece ⟨a ~ winter coat⟩

¹**fleer** \'flir\ vi [ME fleryen, of Scand origin; akin to Norw flire to giggle] (15c) : to laugh or grimace in a coarse derisive manner : SNEER syn see SCOFF — fleer·ing·ly \-iŋ-lē\ adv

²**fleer** n (1604) : a word or look of derision or mockery

¹**fleet** \'flēt\ vb [ME fleten, fr. OE flēotan; akin to OHG fliozzan to float, OE flōwan to flow] vi (bef. 12c) 1 obs : DRIFT 2 a archaic : FLOW b : to fade away : VANISH 3 [²fleet] : to fly swiftly ~ vt : to cause (time) to pass usu. quickly or imperceptibly

²**fleet** n [ME flete, fr. OE flēot ship, fr. flēotan] (13c) 1 : a number of warships under a single command; specif : an organization of ships and aircraft under the command of a flag officer 2 : GROUP 2a, b; esp : a group (as of ships, planes, or trucks) operated under unified control

³**fleet** adj [prob. fr. ¹fleet] (ca. 1529) 1 : swift in motion : NIMBLE 2 : EVANESCENT, FLEETING syn see FAST — fleet·ly adv — fleet·ness n

**fleet admiral** n (1946) : an admiral of the highest rank in the navy whose insignia is five stars

**fleet-foot·ed** \-,fu̇t-əd\ adj (ca. 1743) : able to run fast

**fleet·ing** (1563) : passing swiftly : TRANSITORY syn see TRANSIENT — fleet·ing·ly \'flē-tiŋ-lē\ adv — fleet·ing·ness n

**Fleet Street** \'flēt-\ n [Fleet Street, London, England, center of the London newspaper district] (1882) : the London press

**flei·shig** \'flā-shik\ adj [Yiddish fleyshik, fr. MHG vleischic meaty, fr. vleisch flesh, meat, fr. OHG fleisk] (1943) : made of, prepared with, or used for meat or meat products — compare MILCHIG, PAREVE

**Flem·ing** \'fle-miŋ\ n [ME, fr. MD Vlaminc (akin to MD Vlander Flanders)] (12c) : a member of the Germanic people inhabiting northern Belgium and a small section of northern France

¹**Flem·ish** \'fle-mish\ adj (14c) : of, relating to, or characteristic of Flanders or the Flemings or their language

²**Flemish** n (ca. 1741) 1 : the Germanic language of the Flemings that is made up of dialects of Dutch 2 pl in constr : FLEMINGS

**Flemish giant** n (1898) : any of a breed of very large solid-colored rabbits prob. of Belgian origin

**flense** \'flen(t)s\ vt flensed; flens·ing [D flensen or Dan & Norw flense] (1820) : to strip (as a whale) of blubber or skin

¹**flesh** \'flesh\ n [ME, fr. OE flǣsc; akin to OHG fleisk flesh and perh. to ON flā to flay — more at FLAY] (bef. 12c) 1 a : the soft parts of the body of an animal and esp. of a vertebrate; esp : the parts composed chiefly of skeletal muscle as distinguished from visceral structures, bone, and integuments b : sleek well-fatted condition of body c : SKIN 2 a : edible parts of an animal b : flesh of a mammal or fowl eaten as food 3 a : the physical nature of human beings ⟨the spirit indeed is willing, but the ~ is weak —Mt 26:41 (AV)⟩ b : HUMAN NATURE 4 a : human beings : MANKIND b : living beings c : STOCK, KINDRED 5 : a fleshy plant part used as food; also : the fleshy part of a fruit 6 Christian Science : an illusion that has mass and has manifestation 7 : SUBSTANCE ⟨insights buried in the ~ of the narrative —Jan Carew⟩ — **in the flesh** : in person and alive

²**flesh** vt (1530) 1 : to initiate or habituate esp. by giving a foretaste 2 archaic : GRATIFY 3 : to clothe or cover with or as if with flesh; broadly : to give substance to — usu. used with out 4 : to free from flesh ~ vi : to become fleshy — often used with up or out

**flesh and blood** n (bef. 12c) 1 : corporeal nature as composed of flesh and blood 2 : near kindred — used chiefly in the phrase one's own flesh and blood 3 : SUBSTANCE, REALITY

**fleshed** \'flesht\ adj (15c) : having flesh esp. of a specified kind — often used in combination ⟨pink-fleshed⟩ ⟨thick-fleshed⟩

**flesh fly** n (14c) : a dipteran fly whose maggots feed on flesh; esp : any of a family (Sarcophagidae) of flies some of which cause myiasis

**flesh·ings** \'fle-shiŋz\ n pl (1860) : material removed in fleshing a hide

**flesh·ly** \'flesh-lē\ adj (bef. 12c) 1 a : CORPOREAL, BODILY b : of, relating to, or characterized by indulgence of bodily appetites; esp : LASCIVIOUS ⟨~ desires⟩ c : not spiritual : WORLDLY 2 : FLESHY, PLUMP 3 : having a sensuous quality ⟨~ art⟩ syn see CARNAL

**flesh·ment** \'flesh-mənt\ n [²flesh] (1605) obs : excitement associated with a successful beginning

**flesh out** vt (1886) : to make fuller or more nearly complete ⟨museums fleshing out their collections with borrowed works⟩ — **fleshed-out** adj

**flesh·pot** \'flesh-,pät\ n (1592) 1 pl : bodily comfort : LUXURY 2 : a place of lascivious entertainment — usu. used in pl.

**flesh wound** n (ca. 1674) : an injury involving penetration of the body musculature without damage to bones or internal organs

**fleshy** \'fle-shē\ adj flesh·i·er; -est (14c) 1 : marked by, consisting of, or resembling flesh b : marked by abundant flesh; esp : CORPULENT 2 a : SUCCULENT, PULPY ⟨the ~ texture of a melon⟩ b : not thin, dry, or membranous ⟨~ fungi⟩ — **flesh·i·ness** n

**fleshy fruit** n (1929) : a fruit (as a berry, drupe, or pome) consisting largely of soft succulent tissue

**fletch** \'flech\ vt [back-formation fr. fletcher] (ca. 1656) : FEATHER ⟨~ an arrow⟩

**fletch·er** \'fle-chər\ n [ME fleccher, fr. OF flechier, fr. fleche arrow — more at FLÈCHE] (14c) : a maker of arrows

**fletch·ing** \-chiŋ\ n (ca. 1930) : the feathers on an arrow; also : the arrangement of such feathers

**fleur de coin** \,flər-də-'kwaⁿ\ adj [F à fleur de coin, lit., with the bloom of the die] (ca. 1889) : being in the preserved mint condition

**fleur-de-lis** or **fleur-de-lys** \,flər-d'-l-'ē, -,flür-\ n, pl **fleurs-de-lis** or **fleurs-de-lis** or **fleurs-de-lys** or **fleur-de-lys** \(ē)z, -,flür-\ [ME flourdelis, fr. MF flor de lis, lit., lily flower] (14c) 1 : IRIS 3 2 : a conventionalized iris in artistic design and heraldry

**fleu·ry** \'flu̇r-ē\ adj [alter. of ME flory, fr. OF floré, fr. flor flower — more at FLOWER] (15c) of a heraldic cross : having the ends of the arms broadening out into the heads of fleurs-de-lis — see CROSS illustration

**flew** past of FLY

**flews** \'flüz\ n pl [origin unknown] (1575) : the pendulous lateral parts of a dog's upper lip — see DOG illustration

¹**flex** \'fleks\ vb [L flexus, pp. of flectere to bend] vt (ca. 1521) 1 : to bend esp. repeatedly 2 : to move muscles so as to cause flexion of (a joint) b : to move or tense (a muscle) by contraction ~ vi : BEND — **flex one's muscles** : to demonstrate one's strength ⟨an exaggerated need to flex his political muscles —J. P. Lash⟩

²**flex** n [short for flexible cord] (1905) chiefly Brit : an electric cord

³**flex** n (ca. 1934) : an act or instance of flexing

**flex·i·ble** \'flek-sə-bəl\ adj (15c) 1 : capable of being flexed : PLIANT 2 : yielding to influence : TRACTABLE 3 : characterized by a ready capability to adapt to new, different, or changing requirements ⟨a ~ foreign policy⟩ ⟨a ~ schedule⟩ syn see ELASTIC — **flex·i·bil·i·ty** \,flek-sə-'bi-lə-tē\ n — **flex·i·bly** \'flek-sə-blē\ adv

**flex·ile** \'flek-səl, -,sīl\ adj (1633) : FLEXIBLE

**flex·ion** \'flek-shən\ n [L flexion-, flexio, fr. flectere] (1615) 1 : the act of flexing or bending 2 : a part bent : BEND 3 : INFLECTION 3 4 a : a bending movement around a joint in a limb (as the knee or elbow) that decreases the angle between the bones of the limb at the joint — compare EXTENSION 3b b : a forward raising of the arm or leg by a movement at the shoulder or hip joint

**flex·og·ra·phy** \flek-'sä-grə-fē\ n [flexible + -o- + -graphy] (1954) : a process of rotary letterpress printing using flexible plates and fast drying inks — **flexo·graph·ic** \,flek-sə-'gra-fik\ adj — **flexo·graph·i·cal·ly** \-fi-k(ə-)lē\ adv

**flex·or** \'flek-sər, -,sȯr\ n (1615) : a muscle serving to bend a body part (as a limb)

**flex·time** \'flek-,stīm\ or **flexi·time** \'flek-si-,tīm\ n (1972) : a system that allows employees to choose their own times for starting and finishing work within a broad range of available hours

**flex·u·ous** \'flek-sh(ə-)wəs\ adj [L flexuosus, fr. flexus bend, fr. flectere] (1605) 1 : having curves, turns, or windings 2 : lithe or fluid in action or movement

**flex·ur·al** \'flek-sh(ə-)rəl\ adj (1879) 1 : of, relating to, or resulting from flexure 2 : characterized by flexure

**flex·ure** \'flek-shər\ n (1592) 1 : the quality or state of being flexed : FLEXION 2 : TURN, BEND, FOLD

**fley** \'flā\ vt [ME flayen, fr. OE āflȳgan, fr. a-, perfective prefix + -flēgan to put to flight] (12c) Scot : FRIGHTEN

**flib·ber·ti·gib·bet** \,fli-bər-tē-'ji-bət\ n [ME flepergebet] (15c) : a silly flighty person — **flib·ber·ti·gib·bety** \-bə-tē\ adj

**flic** \'flēk\ n [F] (1899) : a French police officer

¹**flick** \'flik\ n [imit.] (15c) 1 : a light sharp jerky stroke or movement 2 : a sound produced by a flick 3 : FLICKER 1

²**flick** vt (1816) 1 a : to move or propel with or as if with a flick ⟨~ed her hair back over her shoulder⟩ ⟨~ a switch⟩ b : to activate, deactivate, or change by or as if by flicking a switch ⟨~ on a cigarette lighter⟩ ⟨~ off the radio⟩ 2 a : to strike lightly with a quick sharp motion ⟨~ed the horse with a whip⟩ b : to remove with light blows ⟨~ed an

fleur-de-lis 2

ash off her sleeve) ~ vi 1 : to go or pass quickly or abruptly (a bird ~ed by) (~ing through some papers) 2 : to direct flicks at something
¹flick n [short for ²flicker] (1926) : MOVIE
¹flick·er \'fli-kər\ vb flick·ered; flick·er·ing \-k(ə-)riŋ\ [ME flikeren, fr. OE flicorian] vi (bef. 12c) 1 : to move irregularly or unsteadily : FLUTTER 2 : to burn or shine fitfully or with a fluctuating light 3 : to appear briefly ~ vt 1 : to cause to flicker 2 : to produce by flickering — flick·er·ing·ly \-k(ə-)riŋ-lē\ adv
²flicker n (1849) 1 a : an act of flickering b : a sudden brief movement c : a momentary quickening (a ~ of anger) d : a slight indication : HINT (a ~ of recognition) 2 : a wavering light 3 : MOVIE — often used in pl. — flick·ery \'fli-k(ə-)rē\ adj
³flicker n [prob. imit. of its call] (1809) : a large barred and spotted No. American woodpecker (Colaptes auratus) with a brown back that commonly forages on the ground for ants — compare RED-SHAFTED FLICKER, YELLOW-SHAFTED FLICKER
flick–knife \'flik-,nif\ n (1957) Brit : SWITCHBLADE
flied past of ³FLY
fli·er \'flī(-ə)r\ n (15c) 1 : one that flies; specif : AIRMAN 2 : a reckless or speculative venture — usu. used in the phrase take a flier 3 usu flyer : an advertising circular
¹flight \'flīt\ n, often attrib [ME, fr. OE flyht; akin to MD vlucht flight, OE flēogan to fly] (bef. 12c) 1 a : an act or instance of passing through the air by the use of wings (the ~ of a bee) b : the ability to fly (~ is natural to birds) 2 a : a passing through the air or through space outside the earth's atmosphere (~ of an arrow) (~ of a rocket to the moon) b : the distance covered in such a flight c : swift movement 3 a : a trip made by or in an airplane or spacecraft b : a scheduled airplane trip 4 : a group of similar beings or objects flying through the air together 5 : a brilliant, imaginative, or unrestrained exercise or display (a ~ of fancy) 6 a : a continuous series of stairs from one landing or floor to another b : a series (as of terraces or conveyors) resembling a flight of stairs 7 : a unit of the U.S. Air Force below a squadron — flight·less \-ləs\ adj
²flight vi (1873) 1 : to rise, settle, or fly in a flock (geese ~ing on the marsh) ~ vt : ¹FLUSH
³flight n [ME fluht, fliht; akin to OHG fluht flight, OE flēon to flee] (13c) : an act or instance of running away
flight attendant n (1947) : a person who attends passengers on an airplane
flight bag n [¹flight] (1943) 1 : a lightweight traveling bag with zippered outside pockets 2 : a small canvas satchel
flight deck n (1924) 1 : the uppermost complete deck of an aircraft carrier 2 : the forward compartment in some airplanes
flight engineer n (1938) : a flight crewman responsible for mechanical operation
flight feather n (1735) : one of the quills of a bird's wing or tail that support it in flight — compare CONTOUR FEATHER
flight lieutenant n (1914) : a commissioned officer in the British air force who ranks with a captain in the army
flight line n (1943) : a parking and servicing area for airplanes
flight path n (1911) : the path in the air or space made or followed by something (as a particle, an airplane, or a spacecraft) in flight
flight pay n (1928) : an additional allowance paid to military personnel who take part in regular authorized aircraft flights
flight plan n (ca. 1936) : a usu. written statement (as by a pilot) of the details of an intended flight (as of an airplane or spacecraft) usu. filed with an authority
flight recorder n (1939) : a crashworthy instrument for recording flight data (as airspeed and altitude)
flight suit n (1944) : a usu. one-piece garment esp. of fire-resistant fabric worn esp. by military aircrews
flight surgeon n (1925) : a military medical officer trained in aerospace medicine
flight–test \'flīt-,test\ vt (1930) : to test (as an airplane or spacecraft) in flight
flighty \'flī-tē\ adj flight·i·er; -est (1552) 1 : SWIFT 2 : lacking stability or steadiness: a : easily upset : VOLATILE (a ~ temper) b : easily excited : SKITTISH (a ~ horse) c : CAPRICIOUS, SILLY — flight·i·ly \'flī-t'l-ē\ adv — flight·i·ness \'flī-tē-nəs\ n
¹flim–flam \'flim-,flam\ n [prob. of Scand origin; akin to ON flim mockery] (ca. 1538) 1 : DECEPTION, FRAUD 2 : deceptive nonsense
²flimflam vt flim·flammed; flim·flam·ming (1660) : to subject to a flimflam — flim·flam·mer n — flim·flam·mery \-,fla-mə-rē\ n
¹flim·sy \'flim-zē\ adj flim·si·er; -est [perh. alter. of ¹film + -sy (as in tricksy)] (1702) 1 a : lacking in physical strength or substance (~ silks) b : of inferior materials and workmanship 2 : having little worth or plausibility — flim·si·ly \-zə-lē\ adv — flim·si·ness \-zē-nəs\ n
²flimsy n, pl flim·sies (1857) chiefly Brit : a lightweight paper used esp. for multiple copies; also : a document printed on flimsy
flinch \'flinch\ vi [MF flenchir to bend, of Gmc origin; akin to MHG lenken to bend, OHG hlanca flank — more at LANK] (1579) 1 : to withdraw or shrink from or as if from pain : WINCE; also : to tense the muscles involuntarily in anticipation of discomfort  syn see RECOIL — flinch n — flinch·er n
flin·ders \'flin-dərz\ n pl [ME flendris] (15c) : SPLINTERS, FRAGMENTS
¹fling \'fliŋ\ vb flung \'fləŋ\; fling·ing \'fliŋ-iŋ\ [ME, perh. of Scand origin; akin to ON flengja to whip] vi (14c) 1 : to move in a brusque or headlong manner (flung out of the room in a rage) 2 of an animal : to kick or plunge vigorously 3 Scot : CAPER ~ vt 1 a : to throw forcefully, impetuously, or casually (flung herself down on the sofa) (clothes were flung on the floor) b : to cast as if by throwing (flung off all restraint) 2 : to place or send suddenly and unceremoniously (was arrested and flung into prison) 3 : to give unrestrainedly (flung himself into music)  syn see THROW — fling·er \'fliŋ-ər\ n
²fling n (1589) 1 : an act or instance of flinging 2 : a casual try or involvement b : a casual or brief love affair 3 : a period devoted to self-indulgence
¹flint \'flint\ n [ME, fr. OE; akin to OHG flins pebble, hard stone] (bef. 12c) 1 a : a massive hard quartz that produces a spark when struck by steel 2 : an implement of flint used in prehistoric cultures 3 : a piece of flint b : a material used for producing a spark (as an alloy (as of iron and cerium) used in lighters 4 : something resembling flint in hardness — flint–like \-,līk\ adj
flint corn n (1705) : an Indian corn (Zea mays indurata) having hard horny usu. rounded kernels with the soft endosperm enclosed by a hard outer layer
flint glass n (1683) : heavy brilliant glass that contains lead oxide, has a relatively high index of refraction, and is used in lenses and prisms
flint–lock \'flint-,läk\ n (1683) 1 : a lock for a gun or pistol having a flint in the hammer for striking a spark to ignite the charge 2 : a firearm fitted with a flintlock
flinty \'flin-tē\ adj flint·i·er; -est (1536) 1 : resembling flint; esp : STERN, UNYIELDING 2 : composed of or covered with flint — flint·i·ly \'flin-t'l-ē\ adv — flint·i·ness \'flin-tē-nəs\ n
¹flip \'flip\ vb flipped; flip·ping [prob. imit.] vt (1616) 1 : to toss so as to cause to turn over in the air (~ a coin); also : TOSS (~ me the ball) (~ one end of the scarf over your shoulder) 2 a : to cause to turn and esp. to turn over (flipped the car) (flipping the pages of) b : to move with a small quick motion (~ a switch) ~ vi 1 : to make a twitching or flicking movement (the fish flipped and flopped on the deck); esp : to change from one position to another and esp. turn over (the car flipped) 2 : LEAF 2 (flipped through the pages) 3 slang a : to lose one's mind or composure — often used with out b : to become very enthusiastic
²flip n (1695) 1 : a mixed drink usu. consisting of a sweetened spiced liquor with beaten eggs 2 : an act or instance of flipping 3 : the motion used in flipping 4 : a somersault esp. in the air
³flip adj (ca. 1847) : FLIPPANT, IMPERTINENT
flip–flop \'flip-,fläp\ n (1600) 1 : the sound or motion of something flapping loosely 2 a : a backward handspring b : a sudden reversal (as of direction or point of view) 3 : a usu. electronic device or a circuit (as in a computer) capable of assuming either of two stable states 4 : a rubber sandal loosely fastened to the foot by a thong — flip–flop vi
flip·pan·cy \'fli-pən(t)-sē\ n, pl -cies (1746) : unbecoming levity or pertness esp. in respect to grave or sacred matters
flip·pant \'fli-pənt\ adj [prob. fr. ¹flip] (1605) 1 archaic : GLIB, TALKATIVE 2 : lacking proper respect or seriousness — flip·pant·ly adv
flip·per \'fli-pər\ n (1822) 1 a : a broad flat limb (as of a seal or cetacean) adapted for swimming b : a flat rubber shoe with the front expanded into a paddle used in skin diving 2 : one that flips
flip·py \'fli-pē\ adj (1967) : loose and flaring at the bottom (a ~ skirt)
flip side n (1949) 1 : the reverse and usu. less popular side of a phonograph record 2 : a reverse or opposite side, aspect, or result (the flip side of deficient saving . . . is overconsumption —R. S. Gay)
¹flirt \'flərt\ vb [origin unknown] vt (1583) 1 : FLICK 2 : to move in a jerky manner ~ vi 1 : to move erratically : FLIT 2 a : to behave amorously without serious intent b : to show superficial or casual interest or liking (~ed with the idea); also : EXPERIMENT (a novelist ~ing with poetry) 3 : to come close to — used with with (the temperature ~ed with 100°)  syn see TRIFLE — flir·ta·tion \,flər-'tā-shən\ n — flirt·er n — flirty \'flər-tē\ adj
²flirt n (ca. 1590) 1 : an act or instance of flirting 2 : a person who flirts
flir·ta·tious \,flər-'tā-shəs\ adj (1834) : inclined to flirt : COQUETTISH — flir·ta·tious·ly adv — flir·ta·tious·ness n
flit \'flit\ vi flit·ted; flit·ting [ME flitten, of Scand origin; akin to ON flytjask to move, OE flēotan to float] (13c) 1 : to pass quickly or abruptly from one place or condition to another 2 archaic : ALTER, SHIFT 3 : to move in an erratic fluttering manner — flit n
flitch \'flich\ n [ME flicche, fr. OE flicce; akin to OHG fleisk flesh — more at FLESH] (bef. 12c) 1 : a side of cured meat; esp : a side of bacon 2 a : a longitudinal section of a log b : a bundle of sheets of veneer laid together in sequence
¹flit·ter \'fli-tər\ vi [freq. of flit] (1534) : FLUTTER, FLICKER
²flitter n (1554) : one that flits
fliv·ver \'fli-vər\ n [origin unknown] (1910) : a small cheap usu. old automobile
¹float \'flōt\ n [ME flote boat, float, fr. OE flota ship; akin to OHG flōz raft, stream, OE flēotan to float — more at FLEET] (bef. 12c) 1 : an act or instance of floating 2 : something that floats in or on the surface of a fluid: as a : a device (as a cork) buoying up the baited end of a fishing line b : a floating platform anchored near a shoreline for use by swimmers or boats c : a hollow ball that floats at the end of a lever in a cistern, tank, or boiler and regulates the liquid level d : a sac containing air or gas and buoying up the body of a plant or animal — compare PNEUMATOPHORE 1 e : a watertight structure giving an airplane buoyancy on water 3 : a tool or apparatus for smoothing a surface (as of wet concrete) 4 : a government grant of a fixed amount of land not yet located by survey out of a larger specific tract 5 a : a vehicle with a platform used to carry an exhibit in a parade b : the vehicle and exhibit together 6 a : an amount of money represented by checks outstanding and in process of collection b : the time between a transaction (as the writing of a check or a purchase on credit) and the actual withdrawal of funds to cover it c : the volume of a company's shares available for active trading in the auction market 7 : a soft drink with ice cream floating in it — floaty \'flō-tē\ adj
²float vi (bef. 12c) 1 : to rest on the surface of or be suspended in a fluid 2 a : to drift on or through or as if on or through a fluid (yellow leaves ~ed down) b : WANDER 3 of a currency : to find a level in the international exchange market in response to the law of supply and demand and without any restrictive effect of artificial support or control ~ vt 1 a : to cause to float in or on the surface of a fluid b : to cause to float as if in a fluid 2 : FLOOD (~ a cranberry bog) 3 : to smooth (as plaster or cement) with a float 4 a : to put forth (as a proposal) for acceptance b : to place (an issue of securities) on the market c : to obtain money for the establishment or development of (an enterprise) by issuing and selling securities d : NEGOTIATE (~ a loan)
floa·ta·tion var of FLOTATION
float·er n (1717) 1 a : one that floats b : a person who floats something 2 a : a person who votes illegally in various polling places 3 a : a person without a permanent residence or regular employment b : a worker who moves from job to job; esp : one without

: cheap showy brilliance : GARISHNESS  2 : an angry or fierce stare  3 : a surface or sheet of smooth and slippery ice
**glar·ing** \'glar-iŋ, 'gler-\ *adj* (14c)  1 : having a fixed look of hostility, fierceness, or anger  2 a : shining with or reflecting an uncomfortably bright light  b (1) : GARISH  (2) : vulgarly ostentatious  3 : obtrusively and often painfully obvious ⟨a ~ error⟩ *syn* see FLAGRANT — **glar·ing·ly** \-iŋ-lē\ *adv* — **glar·ing·ness** *n*
**glary** \'glar-ē, 'gler-\ *adj* **glar·i·er; -est** (1632) : having a dazzling brightness : GLARING
**glas·nost** \'glaz-(,)nȯst, 'glas-, 'gläz-, 'gläs-\ *n* [Russ *glasnost'*, lit., publicity, fr. *glasnyi* public, fr. *glas* voice, fr. OCS *glasŭ* — more at CALL] (1986) : a Soviet policy permitting open discussion of political and social issues and freer dissemination of news and information
¹**glass** \'glas, 'gläs\ *n, often attrib* [ME *glas*, fr. OE *glæs*; akin to OE *geolu* yellow — more at YELLOW] (bef. 12c)  1 : any of various amorphous materials formed from a melt by cooling to rigidity without crystallization: as  a : a usu. transparent or translucent material consisting esp. of a mixture of silicates  b : a material (as obsidian) produced by fast cooling of magma  2 : something made of glass: as (1) : TUMBLER; *also* : GLASSWARE  (2) : MIRROR  (3) : BAROMETER  (4) : HOURGLASS  (5) : BACKBOARD  b (1) : an optical instrument or device that has one or more lenses and is designed to aid in the viewing of objects not readily seen  (2) : FIELD GLASSES, BINOCULARS — usu. used in pl.  **c** *pl* : a device used to correct defects of vision or to protect the eyes that consists typically of a pair of glass or plastic lenses and the frame by which they are held in place — called also *eyeglasses, spectacles*  3 : the quantity held by a glass container  4 : FIBERGLASS — **glass·ful** \'glas-,ful\ *n* — **glass·less** \-ləs\ *adj*
²**glass** *vt* (14c)  1 a : to provide with glass : GLAZE 1  b : to enclose, case, or wall with glass ⟨glassed the sunroom in⟩  2 : to make glassy  3 a : REFLECT  b : to see mirrored  4 : to look at through an optical instrument (as binoculars) ~ *vi* : ¹GLAZE 1
**glass-blow·ing** \-,blō-iŋ\ *n* (ca. 1829) : the art of shaping a mass of glass that has been softened by heat by blowing air into it through a tube — **glass-blow·er** \-,blō(-ə)r\ *n*
**glass ceiling** *n* (1986) : an intangible barrier within the hierarchy of a company that prevents women or minorities from obtaining upper-level positions
**glass eye** *n* (1687)  1 : an artificial eye made of glass  2 : an eye having a pale, whitish, or colorless iris — **glass-eyed** \-,īd\ *adj*
**glass fiber** *n* (1882) : FIBERGLASS
**glass harmonica** *n* (ca. 1909) : a musical instrument consisting of a series of rotating glass bowls of differing sizes played by touching the dampened edges with a finger
**glass·house** \'glas-,hau̇s\ *n* (14c)  1 : a place where glass is made  2 *chiefly Brit* : GREENHOUSE  3 *Brit* : a military prison
**glass·ie** \'gla-sē\ *or* **glassy** *n, pl* **glass·ies** (1887) : a playing marble made of glass
**glass·ine** \gla-'sēn\ *n* (1916) : a thin dense transparent or semitransparent paper highly resistant to the passage of air and grease
**glass jaw** *n* (1940) : vulnerability (as of a boxer) to knockout punches
**glass-mak·er** \'glas-,mā-kər\ *n* (1576) : one that makes glass — **glass-mak·ing** \-kiŋ\ *n*
**glass·pa·per** \'gläs-,pā-pər\ *n* (1815) *Brit* : abrasive paper coated with pulverized glass and used like sandpaper — **glasspaper** *vb*
**glass snake** *n* (1709) : any of a genus (*Ophisaurus*) of limbless snakelike lizards of the southern U.S., Eurasia, and Africa with a fragile tail that readily breaks into pieces
**glass sponge** *n* (1875) : any of a class (Hexactinellida syn. Hyalospongiae) of chiefly deep-water siliceous sponges with 6-rayed spicules and a skeleton often resembling glass when dried
**glass·ware** \'glas-,war, -,wer\ *n* (1745) : articles made of glass
**glass wool** *n* (1879) : glass fibers in a mass resembling wool and being used esp. for thermal insulation and air filters
**glass·work** \'glas-,wərk\ *n* (1611)  1 a : the manufacture of glass or glassware; *also* : glaziers' work  b *pl* : GLASSHOUSE 1  2 : GLASSWARE — **glass-work·er** \-,wər-kər\ *n*
**glass·wort** \-,wərt, -,wȯrt\ *n* [fr. its former use in the manufacture of glass] (1597) : any of a genus (*Salicornia*) of woody jointed succulent herbs of the goosefoot family with leaves reduced to fleshy sheaths
**glassy** \'gla-sē\ *adj* **glass·i·er; -est** (14c)  1 : resembling or made of glass  2 : having little animation : DULL, LIFELESS ⟨~ eyes⟩ — **glass·i·ly** \'gla-sə-lē\ *adv* — **glass·i·ness** \'gla-sē-nəs\ *n*
**glassy-eyed** \-,īd\ *adj* (1895) : marked by a glassy expression
**Glau·ber's salt** \'glau̇-bər(z)-\ *n* [Johann R. *Glauber* †1668 Ger. chemist] (1736) : a colorless crystalline sulfate of sodium $Na_2SO_4 \cdot 10H_2O$ used esp. in dyeing, as a cathartic, and in solar energy systems — called also *Glauber salt*; sometimes used in pl.
**glau·co·ma** \glau̇-'kō-mə, glȯ-\ *n* [L, cataract, fr. Gk *glaukōma*, fr. *glaukos* to have a cataract, fr. *glaukos*] (1885) : a disease of the eye marked by increased pressure within the eyeball that can result in damage to the optic disk and gradual loss of vision
**glau·co·nite** \'glȯ-kə-,nīt\ *n* [G *Glaukonit*, irreg. fr. Gk *glaukos*] (1836) : a mineral consisting of a dull green earthy iron potassium silicate occurring in greensand — **glau·co·nit·ic** \,glȯ-kə-'ni-tik\ *adj*
**glau·cous** \'glȯ-kəs\ *adj* [L *glaucus*, fr. Gk *glaukos* gleaming, gray] (1671)  1 a : of a pale yellow-green color  b : of a light bluish gray or bluish white color  2 : having a powdery or waxy coating that gives a frosted appearance and tends to rub off — **glau·cous·ness** *n*
¹**glaze** \'glāz\ *vb* **glazed; glaz·ing** [ME *glasen*, fr. *glas* glass] *vt* (14c)  1 : to furnish or fit with glass  2 a : to coat with or as if with a glaze ⟨the storm *glazed* trees with ice⟩  b : to apply a glaze to ⟨~ doughnuts⟩  3 : to give a smooth glossy surface to ~ *vi*  1 : to become glazed or glassy ⟨my eyes *glazed* over⟩  2 : to form a glaze — **glaz·er** *n*
²**glaze** *n* (1752)  1 : a smooth slippery coating of thin ice  2 a (1) : a liquid preparation applied to food on which it forms a firm glossy coating  (2) : a mixture mostly of oxides (as silica and alumina) applied to the surface of ceramic wares to form a moisture-impervious and often lustrous or ornamental coating  b : a transparent or translucent coating applied to modify the effect of a painted surface  c : a smooth glossy or lustrous surface or finish  3 : a glassy film
³**glaze** *vi* **glazed; glaz·ing** [prob. blend of *glare* and *gaze*] (1601) *archaic* : STARE

**glazed** \'glāzd\ *adj* (15c)  1 : covered with or as if with a glassy film ⟨~ eyes⟩  2 : marked by lack of expression
**gla·zier** \'glā-zhər, -zē-ər\ *n* (14c) : one who sets glass — **gla·ziery** \'glā-zh(ə-)rē, 'glā-zē-ə-rē\ *n*
**glaz·ing** \'glā-ziŋ\ *n* (1677)  1 : the action, process, or trade of fitting windows with glass  2 : GLASSWORK  b : GLAZE  3 : transparent material (as glass) used for windows
¹**gleam** \'glēm\ *n* [ME *gleem*, fr. OE *glǣm*; akin to OE *geolu* yellow — more at YELLOW] (15c)  1 a : a transient appearance of subdued or partly obscured light ⟨the ~ of dawn in the east⟩  b (1) : a small bright light ⟨the ~ of a match⟩  (2) : GLINT ⟨a ~ in his eyes⟩  2 : a brief or faint appearance ⟨a ~ of hope⟩ — **gleamy** \'glē-mē\ *adj*
²**gleam** *vi* (1508)  1 : to shine with or as if with subdued steady light or moderate brightness  2 : to appear briefly or faintly ⟨a light ~ed in the distance⟩ ~ *vt* : to cause to gleam  *syn* see FLASH
**glean** \'glēn\ *vb* [ME *glenen*, fr. MF *glener*, fr. LL *glennare*, of Celtic origin; akin to OIr *doglenn* he selects] (14c)  1 : to gather grain or other produce left by reapers  *vi*  1 : to pick up after a reaper  b : to strip (as a field) of the leavings of reapers  2 a : to gather (as information) bit by bit  b : to pick over in search of relevant material ⟨~ing old files for information⟩  3 : FIND OUT — **glean·able** \'glē-nə-bəl\ *adj* — **glean·er** *n*
**glean·ings** \'glē-niŋz\ *n pl* (15c) : things acquired by gleaning
**glebe** \'glēb\ *n* [L *gleba* clod, land] (14c)  1 *archaic* : LAND; *specif* : a plot of cultivated land  2 : land belonging or yielding revenue to a parish church or ecclesiastical benefice
**glede** \'glēd\ *n* [ME, fr. OE *glida*; akin to OE *glīdan* to glide] (bef. 12c) : any of several birds of prey (such as a kite of Europe)
**glee** \'glē\ *n* [ME, fr. OE *glēo* entertainment, music; akin to ON *glȳ* joy, and perh. to Gk *chleuē* joke] (bef. 12c)  1 : exultant high-spirited joy : MERRIMENT  2 : a part-song for usu. male voices
**glee club** *n* (1844) : a chorus organized for singing usu. short pieces
**gleed** \'glēd\ *n* [ME, fr. OE *glēd*; akin to OE *glōwan* to glow] (bef. 12c) *archaic* : a glowing coal
**glee·ful** \'glē-fəl\ *adj* (1586) : full of glee : MERRY — **glee·ful·ly** \-fə-lē\ *adv* — **glee·ful·ness** *n*
**gleek** \'glēk\ *vi* [origin unknown] (1590) *archaic* : GIBE, JOKE
**glee·man** \'glē-mən\ *n* [ME *gleman*, fr. OE *glēoman*, fr. *glēo* + *man* man] (bef. 12c) : JONGLEUR
**glee·some** \'glē-səm\ *adj* (1603) *archaic* : GLEEFUL
**gleet** \'glēt\ *n* [ME *glet* slimy or mucous matter, fr. MF *glete*, fr. L *glittus* viscous; akin to L *gluten* glue — more at CLAY] (14c) : a chronic inflammation (as gonorrhea) of a bodily orifice usu. accompanied by an abnormal discharge; *also* : the discharge itself
**gleg** \'gleg\ *adj* [ME, fr. ON *glǫggr* clear-sighted] (14c) *Scot* : marked by quickness of perception or movement
**glei·za·tion** \,glā-zā-shən\ *n* (1938) : development of or conversion into gley
**glen** \'glen\ *n* [ME (Sc), valley, fr. (assumed) ScGael *glenn*; akin to MIr *glend* valley] (15c) : a secluded narrow valley
**glen·gar·ry** \glen-'gar-ē\ *n, pl* **-ries** *often cap* [*Glengarry*, valley in Scotland] (1845) : a woolen cap of Scottish origin — called also *glengarry bonnet*
**glen plaid** \'glen-\ *n* [short for *glenurquhart plaid*, fr. *Glen Urquhart*, valley in Invernessshire, Scotland] (1926) : a twill pattern of broken checks; *also* : a fabric woven in this pattern — called also *glen check*
**gley** \'glā\ *n, often attrib* [Ukrainian *glei* clayey earth; akin to OE *clǣg* clay — more at CLAY] (1927) : a sticky clay soil or soil layer formed under the surface of some waterlogged soils — **gleyed** *adj*
**gley·ing** \'glā-iŋ\ *n* (1949) : GLEIZATION
**glia** \'glē-ə, 'glī-ə\ *n* [NL, fr. MGk, glue — more at CLAY] (1891) : NEUROGLIA — **gli·al** \-əl\ *adj*
**gli·a·din** \'glī-ə-dən\ *n* [It *gliadina*, fr. MGk *glia*] (ca. 1828) : PROLAMIN; *esp* : one obtained by alcoholic extraction of gluten from wheat and rye
**glib** \'glib\ *adj* **glib·ber; glib·best** [prob. modif. of LG *glibberig* slippery] (1593)  1 a : marked by ease and informality : NONCHALANT  b : showing little forethought or preparation : OFFHAND ⟨~ answers⟩  c : lacking depth and substance : SUPERFICIAL ⟨~ solutions to knotty problems⟩  2 *archaic* : SMOOTH, SLIPPERY  3 : marked by ease and fluency in speaking or writing often to the point of being insincere or deceitful ⟨a ~ politician⟩ — **glib·ly** *adv* — **glib·ness** *n*
¹**glide** \'glīd\ *vb* **glid·ed; glid·ing** [ME, fr. OE *glīdan*; akin to OHG *glītan* to glide] *vi* (bef. 12c)  1 : to move smoothly, continuously, and effortlessly ⟨swans *gliding* over the lake⟩  2 : to go or pass imperceptibly ⟨hours *glided* by⟩  3 a *of an airplane* : to descend gradually in controlled flight  b : to fly in a glider  4 : to produce a glide (as in music or speech) ~ *vt* : to cause to glide
²**glide** *n* (1596)  1 : the act or action of gliding  2 : a calm stretch of shallow water flowing smoothly  3 : PORTAMENTO  4 a : a less prominent vowel sound produced by the passing of the vocal organs to or from the articulatory position of a speech sound — compare DIPHTHONG  b : SEMIVOWEL  5 : a device for facilitating movement of something; *esp* : a circular usu. metal button attached to the bottom of furniture legs to provide a smooth surface
**glide path** *n* (1936) : GLIDE SLOPE
**glid·er** \'glī-dər\ *n* (15c)  1 : one that glides: as  a : an aircraft similar to an airplane but without an engine  b : a porch seat suspended from an upright framework  2 : something that aids gliding
**glide slope** *n* (ca. 1949)  1 : the proper path of descent for an aircraft preparing to land; *esp* : such a path indicated by a radio beam  2 : the radio beam that marks a glide slope


glengarry

\ə\ abut  \ˀ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \ṯh\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ue, ue̅, ᵀ\ see Guide to Pronunciation