# Exhibit 11

# Paperback Oxford English Dictionary



wherever you are

The world's most trusted dictionaries

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford, OX2 6DP,
United Kingdom

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide. Oxford is a registered trade mark of
Oxford University Press in the UK and in certain other countries

© Oxford University Press 1979, 1983, 1988, 1994, 2002, 2006, 2012

Database right Oxford University Press (makers)

First Edition published in 1979
Second Edition published in 1983
Third Edition published in 1988
Fourth Edition published in 1994
Fifth Edition published in 2002
Sixth Edition published in 2006
Seventh Edition published in 2012

Impression: 11

All rights reserved. No part of this publication may be reproduced, stored in
a retrieval system, or transmitted, in any form or by any means, without the
prior permission in writing of Oxford University Press, or as expressly permitted
by law, by licence or under terms agreed with the appropriate reprographics
rights organization. Enquiries concerning reproduction outside the scope of the
above should be sent to the Rights Department, Oxford University Press, at the
address above

You must not circulate this work in any other form
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloguing in Publication Data

Data available

ISBN 978-0-19-964094-2

Printed and bound in Great Britain by Clays Ltd, Elcograf S.p.A.

**flautist** /flaw-tist/ n. a flute player.

**flavour** (US **flavor**) n. **1** the distinctive taste of a food or drink. **2** a particular quality: *balconies gave the building a Spanish flavour*. • v. give flavour to food or drink by adding an ingredient.
□ **flavour of the month** a person or thing that has recently become very popular.
– ORIGIN Old French *flaor* 'a smell'.

**flavouring** (US **flavoring**) n. a substance used to give more flavour to food or drink.

**flaw** n. **1** a mark or fault that spoils something. **2** a weakness or mistake. • v. (usu. as adj. **flawed**) spoil or weaken.
■ **flawless** adj. **flawlessly** adv.
– ORIGIN perh. from Old Norse, 'stone slab'.

**flax** n. **1** a blue-flowered plant that is grown for its seed (linseed) and for thread made from its stalks. **2** thread made from flax, used to make linen.

**flaxen** adj. literary (of hair) pale yellow.

**flay** v. **1** strip the skin from a body or carcass. **2** whip or beat very harshly. **3** criticize harshly.

**flea** n. a small wingless jumping insect which feeds on the blood of mammals and birds.
□ **a flea in your ear** a sharp reprimand.

**flea market** n. a street market selling second-hand goods.

**fleapit** n. Brit. informal a run-down, dirty cinema.

**fleck** n. **1** a very small patch of colour or light. **2** a small particle. • v. mark or dot with flecks.

**fled** past and past part. of **flee**.

**fledge** /flej/ v. (**fledges, fledging, fledged**) **1** (of a young bird) develop wing feathers that are large enough for flight. **2** (as adj. **fledged**) having just taken on a particular role: *a newly fledged Detective Inspector*.
– ORIGIN Old English, 'ready to fly'.

**fledgling** (also **fledgeling**) n. a young bird that has just acquired the ability to fly. • adj. new and inexperienced: *fledgling democracies*.

**flee** v. (**flees, fleeing, fled**) run away.

**fleece** n. **1** the wool coat of a sheep. **2** a soft, warm fabric with a pile, or a garment made from this. • v. (**fleeces, fleecing, fleeced**) informal swindle someone by charging them too much money.
■ **fleecy** adj.

**fleet**[1] n. **1** a group of ships, vehicles, or aircraft travelling together or having the same owner. **2** (**the fleet**) a country's navy.

**fleet**[2] adj. fast and nimble.
□ **fleet of foot** able to walk or move swiftly.

**fleeting** adj. lasting for a very short time.
■ **fleetingly** adv.

**Fleming** /flem-ing/ n. **1** a Flemish person. **2** a member of the Flemish-speaking people living in northern and western Belgium.

**Flemish** /flem-ish/ n. **1** (**the Flemish**) the people of Flanders, a region divided between Belgium, France, and the Netherlands. **2** the Dutch language as spoken in Flanders. • adj. relating to Flanders or the Flemish.

**flesh** n. **1** the soft substance in the body consisting of muscle and fat. **2** the edible soft part of a fruit or vegetable. **3** (**the flesh**) the physical aspects and needs of the body: *pleasures of the flesh*. • v. (**flesh something out**) make something more detailed.
□ **your flesh and blood** a close relative; your family. **in the flesh** in person or (of a thing) in its actual state.

**fleshly** adj. relating to the body and its needs.

**fleshpots** pl. n. places where people can satisfy their sexual desires.
– ORIGIN from the *fleshpots of Egypt* mentioned in the Bible (Book of Exodus).

**flesh wound** n. a wound that breaks the skin but does not damage bones or organs.

**fleshy** adj. (**fleshier, fleshiest**) **1** having much flesh; plump. **2** (of leaves or fruit) soft and thick.
■ **fleshiness** n.

**fleur-de-lis** /fler-duh-lee/ (also **fleur-de-lys**) n. (pl. **fleurs-de-lis** /fler-duh-lee/) a representation of a lily made up of three petals tied together near their bases.
– ORIGIN Old French *flour de lys* 'flower of the lily'.

**flew** past of **fly**[1].

**flex**[1] v. **1** bend a limb or joint. **2** tighten a muscle. **3** warp or bend and then return to shape.

**flex**[2] n. Brit. a flexible insulated cable used for carrying electric current to an appliance.
– ORIGIN from **flexible**.

**flexible** adj. **1** able to bend easily without breaking. **2** able to change or be changed to adapt to different circumstances.
■ **flexibility** n. **flexibly** adv.

**flexion** /flek-sh'n/ n. the action of bending or the state of being bent.

**flexitime** n. a system allowing some flexibility as to when employees start and finish work, as long as they work a set number of hours.

**flibbertigibbet** /flib-ber-ti-jib-bit/ n. a person who is not interested in serious things.

**flick** v. **1** make a sudden sharp movement. **2** hit or remove with a quick light movement. **3** (**flick through**) look quickly through a book, magazine, etc. • n. **1** a sudden sharp movement up and down or from side to side. **2** (**the flicks**) Brit. informal the cinema.

**flicker** v. (**flickers, flickering, flickered**) **1** shine or burn unsteadily. **2** appear briefly: *amusement flickered in his eyes*. **3** make small, quick movements. • n. **1** a flickering movement or light. **2** a brief stirring of a feeling.
– ORIGIN Old English, 'to flutter'.

**flick knife** n. Brit. a knife with a blade that springs out from the handle when a button is pressed.

**flier** n. var. of **flyer**.

**flight** n. **1** the action of flying. **2** a journey made in an aircraft or in space. **3** the path of something through the air. **4** the action of running away: *the enemy were in flight*. **5** a

**glass** n. **1** a hard transparent substance made by fusing sand with soda and lime. **2** a drinking container made of glass. **3** esp. Brit. a mirror. •v. cover or enclose with glass.
■ **glassful** n. **glassware** n.

**glass-blowing** n. the craft of making glassware by blowing semi-liquid glass through a long tube.

**glass ceiling** n. a situation in which certain groups, especially women and minorities, find that progress in a profession is blocked although there are no official barriers to advancement.

**glasses** pl. n. a pair of lenses set in a frame that rests on the nose and ears, used to correct eyesight.

**glass fibre** n. esp. Brit. a strong material containing embedded glass filaments for reinforcement.

**glasshouse** n. Brit. a greenhouse.

**glasspaper** n. paper covered with powdered glass, used for smoothing and polishing.

**glassy** adj. (**glassier**, **glassiest**) **1** resembling glass. **2** (of a person's eyes or expression) showing no interest.
■ **glassily** adv.

**Glaswegian** /glaz-wee-j'n/ n. a person from Glasgow. •adj. relating to Glasgow.

**glaucoma** /glaw-koh-muh/ n. Med. a condition of increased pressure within the eyeball, causing gradual loss of sight.

**glaze** v. (**glazes**, **glazing**, **glazed**) **1** fit panes of glass into a window frame or similar structure. **2** enclose or cover with glass. **3** cover with a glaze. **4** lose brightness and liveliness: *her eyes glazed over.* •n. **1** a glass-like substance fused on to the surface of pottery to form a hard coating. **2** a liquid such as milk or beaten egg, used to form a shiny coating on food.
– ORIGIN from **glass**.

**glazier** /glay-zi-er/ n. a person whose trade is fitting glass into windows and doors.

**gleam** v. shine brightly with reflected light. •n. **1** a faint or brief light. **2** a brief or faint sign of a quality or emotion: *a gleam of humour.*

**glean** v. **1** collect things gradually from various sources. **2** hist. gather grain that is left over from a harvest.
■ **gleaner** n.

**gleanings** pl. n. things gathered from various sources.

**glebe** /gleeb/ n. hist. a piece of land serving as part of a clergy benefice and providing income.
– ORIGIN Latin *gleba* 'land, soil'.

**glee** n. **1** great delight. **2** a song for men's voices in three or more parts.
– ORIGIN Old English, 'entertainment, music'.

**gleeful** adj. very happy, often in a gloating way.
■ **gleefully** adv.

**glen** n. a narrow valley, especially in Scotland or Ireland.

**glib** adj. (**glibber**, **glibbest**) using words easily, but without much thought or sincerity.
■ **glibly** adv. **glibness** n.

**glide** v. (**glides**, **gliding**, **glided**) **1** move with a smooth, quiet motion. **2** fly without power or in a glider. •n. an instance of gliding.

**glider** n. a light aircraft designed to fly without using an engine.

**glimmer** v. (**glimmers**, **glimmering**, **glimmered**) shine faintly with a wavering light. •n. **1** a faint or wavering light. **2** a faint sign of a feeling or quality: *a glimmer of hope.*

**glimpse** n. a brief or partial view.
•v. (**glimpses**, **glimpsing**, **glimpsed**) see briefly or partially.

**glint** v. give out or reflect small flashes of light. •n. a small flash of reflected light.

**glissando** /glis-san-doh/ n. (pl. **glissandi** /glis-san-di/ or **glissandos**) Music a slide upwards or downwards between two notes.

**glisten** v. (of something wet or greasy) shine or sparkle. •n. a sparkling light reflected from something wet.

**glitch** n. informal **1** a sudden fault or failure of equipment. **2** an unexpected setback.

**glitter** v. (**glitters**, **glittering**, **glittered**) **1** shine with a shimmering reflected light. **2** (as adj. **glittering**) impressively successful or glamorous: *a glittering career.* •n. **1** a shimmering reflected light. **2** tiny pieces of sparkling material used for decoration. **3** an attractive but superficial quality.
■ **glittery** adj.

**glitterati** /glit-tuh-rah-ti/ pl. n. informal fashionable people involved in show business or another glamorous activity.
– ORIGIN from **glitter** and **literati**.

**glitz** n. informal showy but superficial display.
■ **glitzy** adj.
– ORIGIN from **glitter**.

**gloaming** n. (**the gloaming**) literary twilight; dusk.

**gloat** v. be smug or pleased about your own success or another person's misfortune.

**glob** n. informal a lump of a semi-liquid substance.
– ORIGIN perh. from **blob** and **gob¹**.

**global** adj. **1** relating to the whole world; worldwide. **2** relating to or including the whole of something, or of a group of things. **3** Computing operating or applying through the whole of a file or program.
■ **globalist** n. **globally** adv.

**globalization** (or **globalisation**) n. the process by which businesses start operating on a global scale.
■ **globalize** v.

**global warming** n. the gradual increase in the overall temperature of the earth's atmosphere due to increased levels of carbon dioxide and other pollutants.

**globe** n. **1** a spherical or rounded object. **2** (**the globe**) the earth. **3** a spherical model of the earth with a map on the surface.

**globetrotter** n. informal a person who travels widely.
■ **globetrotting** n. & adj.

**globular** adj. **1** spherical. **2** composed of globules.