# Exhibit 12

# THE AMERICAN HERITAGE COLLEGE

*dic·tion·ar·y*



THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

Library of Congress Cataloging-in-Publication Data
The American heritage college dictionary. —3rd ed.
     p.    cm.
  ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
  1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227   1993
423—dc20
                                                      92-42124
                                                           CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

flee from. [ME *flen* < OE *flēon*. See **pleu-*.**] — **fle′er** *n.*
**fleece** (flēs) *n.* **1.a.** The coat of wool of a sheep or similar animal. **b.** The wool shorn from a sheep at one time. **2.** A soft woolly covering or mass. **3.** Fabric with a soft deep pile. — *tr.v.* **fleeced, fleec·ing, fleec·es. 1.** To defraud of money or property; swindle. **2.** To shear the fleece from. **3.** To cover with or as if with fleece. [ME *fles* < OE *flēos*.] — **fleec′er** *n.*
**fleec·y** (flē′sē) *adj.* **-i·er, -i·est.** Of, resembling, or covered with fleece: *fleecy clouds.* — **fleec′i·ly** *adv.* — **fleec′i·ness** *n.*
**fleer** (flir) *intr.v.* **fleered, fleer·ing, fleers.** To smirk or laugh in contempt or derision. — *n.* A taunting, scoffing, or derisive look or gibe. [ME *flerien*, of Scand. orig.] — **fleer′ing·ly** *adv.*
**fleet¹** (flēt) *n.* **1.** A number of warships operating together under one command. **2.** A group of vessels or vehicles, such as taxicabs, owned or operated as a unit. [ME *flete* < OE *flēot* < *flēotan*, to float. See **pleu-*.**]
**fleet²** (flēt) *adj.* **fleet·er, fleet·est. 1.** Moving swiftly; rapid or nimble. See Syns at **fast¹. 2.** Fleeting; evanescent. — *v.* **fleet·ed, fleet·ing, fleets.** — *intr.* **1.** To move or pass swiftly. **2.** To fade out; vanish. **3.** *Archaic.* To flow. **4.** *Obsolete.* To drift. — *tr.* **1.** To cause (time) to pass quickly. **2.** *Naut.* To alter the position of (tackle or rope, for example). [Prob. < ON *fljótr.* V. < ME *fleten*, to drift, float < OE *flēotan*. See **pleu-*.**] — **fleet′ly** *adv.* — **fleet′ness** *n.*
**Fleet Admiral** (flēt) *n.* See **Admiral of the Fleet.**
**fleet·ing** (flē′tĭng) *adj.* Passing quickly; ephemeral. — **fleet′ing·ly** *adv.* — **fleet′ing·ness** *n.*
**Fleet Street** *n.* British journalism. [After *Fleet Street* in central London, long the headquarters of many British newspapers.]
**flei·shig** (flā′shĭk) *adj.* Consisting of, prepared with, or relating to meat or meat products. [Yiddish *fleyshik* < *fleysh*, meat < MHGer. *vleisch* < OHGer. *fleisk*, flesh.]
**Flem.** *abbr.* Flemish.
**Flem·ing** (flĕm′ĭng) *n.* **1.** A native or inhabitant of Flanders. **2.** A Belgian who speaks Flemish. [ME < MDu. *Vlāming.*]
**Fleming,** Sir Alexander. 1881–1955. British bacteriologist who discovered penicillin in 1928 and shared a 1945 Nobel Prize.
**Fleming,** Ian Lancaster. 1908–64. British writer noted for his spy novels featuring the secret agent James Bond.
**Fleming,** Peggy Gale. b. 1948. Amer. figure skater who won the women's title at the 1968 Olympics.
**Flem·ish** (flĕm′ĭsh) *adj.* Of or relating to Flanders, the Flemings, or their language or culture. — *n.* **1.** The West Germanic language of the Flemings. **2.** The Flemings.
**Flens·burg** (flĕnz′bûrg, flĕns′bŏŏrk′). A city of N Germany on Flensburg Fjord, an arm of the Baltic Sea. Pop. 86,873.
**flense** (flĕns) *tr.v.* **flensed, flens·ing, flens·es.** To strip the blubber or skin from (a whale, for example). [Dan.] — **flens′er** *n.*
**flesh** (flĕsh) *n.* **1.a.** The soft tissue of the body of a vertebrate, consisting mainly of skeletal muscle and fat. **b.** The surface or skin of the human body. **2.** The meat of animals as distinguished from the edible tissue of fish or fowl. **3.** *Bot.* The pulpy, usu. edible part of a fruit or vegetable. **4.** Excess fatty tissue; plumpness. **5.a.** The body as opposed to the mind or soul. **b.** The physical or carnal nature of humankind. **c.** Sensual appetites. **6.** Humankind in general; humanity. **7.** One's family; kin. **8.** Substance; reality. — *v.* **fleshed, flesh·ing, flesh·es.** — *tr.* **1.** To give substance or detail to; fill out: *fleshed out the story.* **2.** To clean (a hide) of adhering flesh. **3.** To encourage (a falcon, for example) to participate in the chase by feeding it flesh from a kill. **4.** To inure to battle or bloodshed. **5.** To plunge or thrust (a weapon) into flesh. — *intr.* To become plump or fleshy; gain weight. — **idiom. in the flesh. 1.** Alive. **2.** In person; present. [ME < OE *flǣsc.*] — **flesh′less** *adj.*
**flesh and blood** *n.* **1.** Human nature or physical existence, together with its weaknesses. **2.** A person's blood relatives; kin. **3.** Substance and depth in artistic portrayal; lifelikeness.
**flesh fly** *n.* Any of various flies of the family Sarcophagidae whose larvae are parasitic in animal tissue or feed on carrion.
**flesh·ly** (flĕsh′lē) *adj.* **-li·er, -li·est. 1.** Of or relating to the body; corporeal. See Syns at **bodily. 2.** Of, relating to, or inclined to carnality; sensual. **3.** Not spiritual; worldly. **4.** Tending to plumpness; fleshy. — **flesh′li·ness** *n.*
**flesh·pot** (flĕsh′pŏt′) *n.* **1.** A district or an establishment offering sensual pleasures or entertainment. Often used in the plural. **2.** Physical or sensual gratification.
**flesh wound** (wōōnd) *n.* A wound that penetrates the flesh but does not damage underlying bones or vital organs.
**flesh·y** (flĕsh′ē) *adj.* **-i·er, -i·est. 1.** Relating to, consisting of, or resembling flesh. **b.** Having abundant flesh; plump. See Syns at **fat. 2.** Having a juicy or pulpy texture. **3.** Fleshly; carnal. — **flesh′i·ness** *n.*
**fleshy fruit** *n.* A fruit that has a soft, pulpy wall.
**fletch** (flĕch) *tr.v.* **fletched, fletch·ing, fletch·es.** To feather (an arrow). [Prob. back-formation < FLETCHER.]
**fletch·er** (flĕch′ər) *n.* One who makes arrows. [ME *flecchere* < OFr. *flechier* < *fleche*, arrow, of Gmc. orig. See **pleu-*.**]
**Fletch·er** (flĕch′ər), John. 1579–1625. English playwright who collaborated with Francis Beaumont on romantic tragicomedies, including *The Maid's Tragedy* (1611).

**fleur-de-lis** or **fleur-de-lys** (flûr′də-lē′, flôōr′-) *n., pl.* **fleurs-de-lis** or **fleurs-de-lys** (flûr′də-lēz′, flôōr′-). **1.** An iris, esp. a white-flowered form of *Iris germanica*. **2.** *Her.* A device consisting of a stylized three-petaled iris flower, used as the armorial emblem of the kings of France. [ME *flour de lice* < OFr. *flor de lis* : *flor*, flower + *de*, of + *lis*, lily.]
**Fleu·ry** (flœ-rē′), André Hercule de. 1653–1743. French prelate who served as prime minister (1726–43) to Louis XV.
**flew** (flōō) *v.* P.t. of **fly¹.**
**flews** (flōōz) *pl.n.* The pendulous corners of the upper lip of certain dogs, such as the bloodhound. [?]
**flex** (flĕks) *v.* **flexed, flex·ing, flex·es.** — *tr.* **1.** To bend (something pliant or elastic). **2.a.** To bend (a joint). **b.** To bend (a joint) repeatedly. **3.a.** To contract (a muscle, for example). **b.** To move by muscular control: *flexes his brow.* **4.** To exhibit or show off the strength of. — *intr.* To bend. — *n.* **1.** *Chiefly British.* Flexible insulated electric cord. **2.** The act or an instance of flexing; a bending. **3.** Pliancy; flexibility. — **idiom. flex (one's) muscles.** *Informal.* To exhibit or show off one's strength. [Lat. *flectere, flex-,* to bend.]
**flex·a·gon** (flĕk′sə-gŏn′) *n.* A paper construction that can be flexed along its folds to reveal and conceal its faces.
**flexi-** or **flex-** *pref.* Flexible: *flexitime.* [< FLEXIBLE.]
**flex·i·ble** (flĕk′sə-bəl) *adj.* **1.a.** Capable of being bent or flexed; pliable. **b.** Capable of being bent repeatedly without injury or damage. **2.** Susceptible to influence or persuasion; tractable. **3.** Responsive to change; adaptable. [< Lat. *flexibilis* < *flexus*, p.part. of *flectere*, to bend.] — **flex′i·bil′i·ty.** **flex′i·ble·ness** *n.* — **flex′i·bly** *adv.*
**flex·ile** (flĕk′səl, -sīl′) *adj.* Flexible.
**flex·ion** (flĕk′shən) *n.* Also **flec·tion.** *Anat.* **a.** The bending of a joint or limb by the action of flexors. **b.** The resulting condition of being bent. **2.** A part that is bent. [Lat. *flexiō, flexiōn-*, a bending < *flexus,* p.part. of *flectere,* to bend.]
**flex·i·time** (flĕk′sī-tīm′) *n.* See **flextime.**
**flex·og·ra·phy** (flĕk-sŏg′rə-fē) *n.* A system of printing on a rotary press employing water-based ink, used esp. for printing on plastic or cardboard. — **flex′og′ra·pher** *n.* — **flex′o·graph′ic** (-sə-grăf′ĭk) *adj.* — **flex′o·graph′i·cal·ly** *adv.*
**flex·or** (flĕk′sər) *n.* A muscle that when contracted acts to bend a joint or limb in the body. [NLat. < Lat. *flexus,* p.part. of *flectere,* to bend.]
**flex·time** (flĕks′tīm′) *n.* A system by which employees may schedule their work, esp. their starting and finishing hours.
**flex·u·ous** (flĕk′shōō-əs) *adj.* Bending or winding alternately from side to side; sinuous. [< Lat. *flexuōsus* < *flexus,* a bending, a turning < *flectere,* to bend.] — **flex′u·os′i·ty** (-ŏs′-ĭ-tē) *n.* — **flex′u·ous·ly** *adv.*
**flex·ure** (flĕk′shər) *n.* **1.** A curve, turn, or fold. **2.** The act or an instance of bending or flexing; flexion. — **flex′ur·al** *adj.*
**fley** (flā) *tr.v.* **fleyed, fley·ing, fleys.** *Scots.* To frighten. [ME *fleien* < OE *flȳgan, flēgan.* See **pleu-*.**]
**flib·ber·ti·gib·bet** (flĭb′ər-tē-jĭb′ĭt) *n.* A silly, scatterbrained, or garrulous person. [ME *flipergebet.*]
**flic** (flĭk) *n.* *Slang.* A police officer, esp. in France. [Fr.]
**flick¹** (flĭk) *n.* **1.a.** A light quick blow, jerk, or touch. **b.** The sound accompanying this motion. **2.** A light splash, dash, or daub. — *v.* **flicked, flick·ing, flicks.** — *tr.* **1.** To touch or hit with a light quick blow. **2.** To cause to move with a light blow; snap. **3.** To remove with a light quick blow. — *intr.* To twitch or flutter. [Imit.] — **flick′a·ble** *adj.*
**flick²** (flĭk) *n.* *Slang.* A movie. [Short for FLICKER¹.]
**flick·er¹** (flĭk′ər) *v.* **-ered, -er·ing, -ers.** — *intr.* **1.** To move waveringly; flutter. **2.** To burn unsteadily. — *tr.* To cause to move waveringly. — *n.* **1.** A brief movement; a tremor. **2.** An inconstant or wavering light. **3.** A brief or slight sensation. **4.** *Slang.* A movie. [ME *flikeren,* to flutter < OE *flicerian.*]
**flick·er²** (flĭk′ər) *n.* Any of various large North American woodpeckers of the genus *Colaptes,* esp. *C. auratus,* the common flicker, which has a brown back, spotted breast, and white rump. [Perh. < FLICK¹.]
**flied** (flīd) *intr.v.* P.t. and p.part. of **fly¹** 7.
**fli·er** also **fly·er** (flī′ər) *n.* **1.** One, such as an insect or a bird, that flies with wings. **2.** The pilot of an aircraft. **3.** A passenger in an aircraft. **4.** A pamphlet or circular for mass distribution. **5.** A step in a straight stairway. **6.** *Informal.* A daring venture.
**flies** (flīz) *v.* Third pers. sing. pr.t. of **fly¹.**
**flight¹** (flīt) *n.* **1.a.** The motion of an object in or through a medium, esp. through the earth's atmosphere or through space. **b.** An instance of such motion. **c.** The distance covered in such motion. **2.a.** The act or process of flying through the air by means of wings. **b.** The ability to fly. **3.** A swift passage or movement. **4.** A scheduled airline run or trip. **5.** A group, esp. of birds or aircraft, flying together. **6.** A number of aircraft in the U.S. Air Force forming a subdivision of a squadron. **7.** An exuberant or transcendent effort or display: *flights of oratory.* **8.** A series of stairs rising from one landing to another. — *intr.v.* **flight·ed, flight·ing, flights.** To migrate or fly in flocks. [ME < OE *flyht.* See **pleu-*.**]
**flight²** (flīt) *n.* The act or an instance of running away; an escape. [ME < OE *\*flyht.* See **pleu-*.**]

fleur-de-lis
On a gold florin

[column 1 partially cut off on left edge]

...**ss·ful** (glăs′fool′) *n.* The quantity that a glass can hold.
...**ss harmonica** *n. Mus.* An instrument consisting of a set of ...graduated glass bowls on a rotating spindle that produce ...ones when a finger is pressed to their moistened rims.
...**ss·house** (glăs′hous′) *n.* **1.** See **glasswork 3. 2.** *Chiefly ...British.* A greenhouse.
...**ss·ine** (glă-sēn′) *n.* A nearly transparent resilient glazed paper resistant to the passage of air and grease.
...**ss jaw** *n. Sports.* Vulnerability of a boxer to a punch.
...**ss·mak·er** (glăs′mā′kər) *n.* One that makes glass. — **glass′mak′ing** *n.*
...**ss snake** *n.* Any of several slender snakelike lizards of the genus *Ophisaurus*, having a tail that breaks or snaps off readily and later regenerates. [< the brittleness of its tail.]
...**ss·ware** (glăs′wâr′) *n.* Objects, esp. containers, made of glass.
...**ss wool** *n.* Fine-spun fibers of glass used esp. for insulation and in air filters.
...**ss·work** (glăs′wûrk′) *n.* **1.a.** The manufacture of glassware or glass. **b.** The cutting and fitting of glass panes; glaziery. **2.** See **glassware. 3. glassworks.** (*used with a sing. v.*) An establishment where glass is manufactured.
...**ss·wort** (glăs′wûrt′, -wôrt′) *n.* Any of various plants of the genus *Salicornia*, growing in salt marshes and having scalelike leaves. [< its former use in making glass.]
...**ss·y** (glăs′ē) *adj.* **-i·er, -i·est. 1.** Characteristic of or resembling glass. **2.** Lifeless; expressionless. — **glass′i·ly** *adv.* — **glass′i·ness** *n.*
...**Glas·ton·bur·y** (glăs′tən-bĕr′ē). **1.** A municipal borough of SW England SSW of Bristol; traditional site of King Arthur's Isle of Avalon. Pop. 6,773. **2.** A city of central CT SE of Hartford; settled in 1650. Pop. 27,901.
...**Glas·we·gian** (glăs-wē′jən, -gē′ən) *adj.* Of or relating to Glasgow, Scotland. — *n.* A native or resident of Glasgow, Scotland. [GLAS(GOW) + *Galwegian*, person from Galloway (Med. Lat. *Galwidia*, Galloway, a region of SW Scotland + -IAN).]
...**Glau·ber's salt** (glou′bərz) *n.* A sodium sulfate, Na₂SO₄·10H₂O, used in paper and glass manufacturing and as a cathartic. [After Johann Rudolf *Glauber* (1604–68), German chemist.]
...**glau·co·ma** (glou-kō′mə, glô-) *n.* Any of a group of eye diseases characterized by abnormally high intraocular fluid pressure, damaged optic disk, and partial to complete loss of vision. [Lat. *glaucōma*, cataract < Gk. *glaukōma* < *glaukos*, gray.] — **glau·co′ma·tous** (-kō′mə-təs) *adj.*
...See **glau·co·nite** (glô′kə-nīt′) *n.* A dark to yellowish green clay mineral, a hydrous silicate of variable composition, (K,Na)(Al,Fe,Mg)₂(Al,Si)₄O₁₀(OH)₂, found in greensand. [Gk. *glaukon*, neut. of *glaukos*, gray + -ITE¹.] — **glau′co·nit′ic** (-nĭt′ĭk) *adj.*
...**glau·cous** (glô′kəs) *adj.* **1.** Of a pale grayish or bluish green. **2.** *Bot.* Covered with a grayish, bluish, or whitish coating that is easily rubbed off. [Lat. *glaucus* < Gk. *glaukos*.] — **glau′cous·ness** *n.*
...**glaze** (glāz) *n.* **1.** A thin smooth shiny coating. **2.** A thin glassy coating of ice. **3.a.** A coating of material applied to ceramics before firing. **b.** A coating, as of syrup, applied to food. **c.** A transparent coating applied to the surface of a painting to modify the color tones. **4.** A glassy film, as one over the eyes. — *v.* **glazed, glaz·ing, glaz·es.** — *tr.* **1.** To fit, furnish, or secure with glass: *glaze a window.* **2.** To apply a glaze to: *glaze pottery.* **3.** To coat or cover thinly with ice. **4.** To give a smooth lustrous surface to. — *intr.* **1.** To be or become glazed or glassy. **2.** To form a glaze. [< ME *glasen* < *glas*, glass. See OE *glæs*. See **ghel-²***.] — **glaz′er** *n.*
...**gla·zier** (glā′zhər) *n.* One that cuts and fits glass. [ME *glasier* < *glas*, glass. See GLAZE.] — **gla′zier·y** (-zhə-rē) *n.*
...**glaz·ing** (glā′zĭng) *n.* **1.a.** Glasswork. **b.** Glass set or made to be set in frames. **2.a.** A glaze. **b.** The act or process of applying a glaze.
...**Gla·zu·nov** (glăz′ə-nôf′, -nôv′, glə-zōō-nôf′), Aleksandr Konstantinovich. 1865–1936. Russian composer who worked with Rimski-Korsakov to complete Borodin's opera *Prince Igor* (1890).
...**gld.** *abbr.* Guilder.
...**gleam** (glēm) *n.* **1.** A brief beam or flash of light. **2.** A steady but subdued shining; a glow. **3.** A brief or dim indication; a trace. — *v.* **gleamed, gleam·ing, gleams.** — *intr.* **1.** To emit a gleam; flash or glow. **2.** To be manifested or indicated briefly or faintly. — *tr.* To cause to emit a flash of light. [ME *glem* < OE *glǣm*. See **ghel-²***.] — **gleam′er** *n.*
...**glean** (glēn) *v.* **gleaned, glean·ing, gleans. 1.** To gather (grain) left behind by reapers. **2.** To collect bit by bit. [ME *glenen* < OFr. *glener* < LLat. *glennāre*, prob. of Celt. orig.] — **glean′er** *n.*
...**glean·ings** (glē′nĭngz) *pl.n.* Things collected bit by bit.
...**Glea·son** (glē′sən), **Herbert John ("Jackie")**. 1916–87. Amer. entertainer best remembered for his portrayal of Ralph Kramden on *The Honeymooners* (1952–57).
...**glebe** (glēb) *n.* **1.** A plot of land belonging or yielding profit to an English parish church or ecclesiastical office. **2.** *Archaic.* The soil or earth. [Lat. *glēba*, clod.]

**glede** (glēd) *n.* Any of several birds of prey, esp. a European kite (*Milvus milvus*). [ME < OE *glida.* See **ghel-²***.]
**glee** (glē) *n.* **1.** Jubilant delight; joy. **2.** *Mus.* An unaccompanied part song for three or more male voices that was popular in the 18th century. [ME *gle*, entertainment < OE *glēo.* See **ghel-²***.]
**glee club** *n. Mus.* A group of singers who perform usu. short pieces of choral music.
**gleed** (glēd) *n. Archaic.* A glowing coal; an ember. [ME *glede* < OE *glēd.* See **ghel-²***.]
**glee·ful** (glē′fəl) *adj.* Full of jubilant delight; joyful. — **glee′ful·ly** *adv.* — **glee′ful·ness** *n.*
**glee·man** (glē′mən) *n. Mus.* A medieval itinerant singer; a minstrel. [ME *gleman* < OE *glēoman* : *glēo*, minstrelsy; see GLEE + *man*, man; see MAN.]
**glee·some** (glē′səm) *adj. Archaic.* Gleeful.
**gleet** (glēt) *n.* **1.** Inflammation of the urethra resulting from chronic gonorrhea and characterized by a mucopurulent discharge. **2.** The discharge characteristic of gleet. [ME *glet*, slime < OFr. *glette* < Lat. *glittus*, sticky.] — **gleet′y** *adj.*
**gleg** (glĕg) *adj. Scots.* Alert and quick to respond. [ME, clearsighted < ON *glöggr.* See **ghel-²***.]
**glen** (glĕn) *n.* A valley. [ME < Sc.Gael. *gleann* < OIr. *glenn*.]
**Glen Bur·nie** (glĕn bûr′nē). A community of N-central MD S of Baltimore. Pop. 37,305.
**Glen Cove.** A city of SE NY on NW Long I. N of Mineola. Pop. 24,149.
**Glen·dale** (glĕn′dāl′). **1.** A city of S-central AZ, a suburb of Phoenix. Pop. 148,134. **2.** A city of S CA, a suburb of Los Angeles; located on part of the first Spanish land grant in the area (1784). Pop. 180,038.
**Glendale Heights.** A village of NE IL, a suburb of Chicago. Pop. 27,973.
**Glen·do·ra** (glĕn-dôr′ə, -dōr′ə). A city of S CA at the foot of the San Gabriel Mts. ENE of Los Angeles. Pop. 47,828.
**Glen·dow·er** (glĕn′dou′ər, glĕn-dou′-), **Owen.** 1359?–1416? Welsh rebel who led a revolt against Henry IV (1400) and summoned a parliament (1405) before being crushed by English forces (1409).
**Glen El·lyn** (ĕl′ĭn). A village of NE IL, a suburb of Chicago. Pop. 24,944.
**Glen·gar·ry** (glĕn-gâr′ē) *n., pl.* **-ries.** A woolen cap that is creased lengthwise and often has short ribbons at the back. [After *Glengarry*, a valley of central Scotland.]
**Glenn** (glĕn), **John Herschel, Jr.** b. 1921. Amer. politician who was the first U.S. astronaut to orbit the earth (Feb. 20, 1962).
**Glen·view** (glĕn′vyōō′). A village of NE IL, a suburb of Chicago. Pop. 37,093.
**gley** (glā) *n.* A sticky, bluish-gray subsurface layer of clay found in some waterlogged soils. [Russ. dial. *gleĭ*, clay.]
**gli·a** (glē′ə, glī′ə) *n.* See **neuroglia**. — **gli′al** (glē′əl, glī′əl) *adj.*
**gli·a·din** (glī′ə-dĭn) *n.* Any of several simple proteins derived from rye or wheat gluten. [Ital. *gliadina* < Med.Gk. *glia*, glue. See ZOOGLEA.]
**glib** (glĭb) *adj.* **glib·ber, glib·best. 1.a.** Performed with a natural offhand ease: *glib conversation.* **b.** Showing little thought, preparation, or concern. **2.** Marked by ease and fluency of speech or writing that often suggests or stems from insincerity, superficiality, or deceitfulness. [Poss. of LGer. orig. See **ghel-²***.] — **glib′ly** *adv.* — **glib′ness** *n.*
**glide** (glīd) *v.* **glid·ed, glid·ing, glides.** — *intr.* **1.** To move in a smooth, effortless manner. See Syns at **slide. 2.** To move silently and furtively. **3.** To occur or pass imperceptibly. **4.** To fly without propulsion. Used of an aircraft. **5.** *Mus.* To blend one tone into the next; slur. **6.** *Ling.* To articulate a glide in speech. — *tr.* To cause to move or pass smoothly, silently, or imperceptibly. — *n.* **1.** The act of gliding. **2.** *Mus.* A slur. **3.** *Ling.* **a.** The transitional sound made in passing between the articulatory positions of two speech sounds. **b.** See **semivowel.** [ME *gliden* < OE *glīdan.* See **ghel-²***.]
**glide path** *n.* The path of descent of an aircraft, delineated by a radio beam that directs the pilot in landing the craft.
**glid·er** (glī′dər) *n.* **1.** A light aircraft that glides after being towed aloft or launched from a catapult. **2.** A swinging couch suspended from a vertical frame. **3.** A device that aids gliding.
**glim** (glĭm) *n.* **1.** A source of light, as a candle. **2.** The illumination given off by such a source. [Perh. short for GLIMMER.]
**glim·mer** (glĭm′ər) *n.* **1.** A dim or intermittent flicker or flash of light. **2.** A faint manifestation or indication; a trace. — *intr.v.* **-mered, -mer·ing, -mers. 1.** To emit a dim or intermittent light. **2.** To appear faintly or indistinctly. [< ME *glimeren*, to glitter, glimmer. See **ghel-²***.]
**glimpse** (glĭmps) *n.* **1.** A brief incomplete view or look. **2.** *Archaic.* A brief flash of light. — *v.* **glimpsed, glimps·ing, glimps·es.** — *tr.* To obtain a brief incomplete view of. — *intr.* To look briefly; glance. [< ME *glimsen*, to glisten, glance. See **ghel-²***.] — **glimps′er** *n.*
**Glin·ka** (glĭng′kə, glyĕn′kə), **Mikhail Ivanovich.** 1804–57. Russian composer of the opera *A Life for the Czar* (1836).
**glint** (glĭnt) *n.* **1.** A momentary flash of light; a sparkle. **2.** A faint or fleeting indication; a trace. — *v.* **glint·ed, glint·ing,**

ă pat       oi boy
ā pay       ou out
âr care     ōō took
ä father    ōō boot
ĕ pet       ŭ cut
ē be        ûr urge
ĭ pit       th thin
ī pie       *th* this
îr pier     hw which
ŏ pot       zh vision
ō toe       ə about,
ô paw         item

**Stress marks:**
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

[image: photograph of John Glenn in astronaut suit]

John Glenn