# Exhibit 14
# (Filed In Native Format)