# Exhibit 22

# In The Matter Of:

*NEONODE SMARTPHONE LLC, v.*
*SAMSUNG ELECTRONICS CO. LTD. Et Al*

*MAGNUS GOERTZ*
*June 2, 2022*



*Original File witness Magnus Goertz - June 2_2022 Thursday (1).txt*
*Min-U-Script® with Word Index*

Page 1 of 186

GOOGLE EXHIBIT 1044
GOOGLE v. NEONODE
IPR2021-01041

507SAM_00061641

```
 1                  UNITED STATES DISTRICT COURT
 2                   WESTERN DISTRICT OF TEXAS
 3                          WACO DIVISION
 4   _____
     NEONODE SMARTPHONE LLC,             )
 5                                       )
                             Plaintiff,  )
 6                                       ) Civil Action No.
                                         ) 6:20-cv-00507
 7         v.                            )
                                         )
 8                                       )
     SAMSUNG ELECTRONICS CO. LTD.        )
 9   and SAMSUNG ELECTRONICS             )
     AMERICA, INC.,                      )
10                           Defendants. )
     _____)
11
     NEONODE SMARTPHONE LLC,             )
12                                       )
                             Plaintiff,  )
13                                       ) Civil Action No.
                                         ) 6:20-cv-00505
14         v.                            )
                                         )
15                                       )
     APPLE INC.,                         )
16                           Defendant.  )
     _____)
17
18                         DEPOSITION OF
19                        MAGNUS GOERTZ
20                   Thursday, June 2, 2022
21                       at 9:26 a.m.
22
23
     Reported by:
24   SHERRY YAN,
     RPR, California CSR No. 14442
25   Job No. 5183794
```

www.european-depositions.com
+442073850077

Page 2 of 186

GOOGLE EXHIBIT 1044
GOOGLE v. NEONODE
IPR2021-01041

507SAM_00061642

```
 1                        APPEARANCES:

 2

 3   Judge Jakob Hedenmo, Stockholm District Court

 4

 5   For Plaintiff:

 6   HAGENS BERMAN SOBOL SHAPIRO LLP
     BY:   PHILIP J. GRAVES
 7   301 North Lake Avenue, Suite 920
     Pasadena, CA 91101
 8   Telephone: (213) 330-7147
     Facsimile: (213) 330-7152
 9   E-mail:  philipg@hbsslaw.com

10
     ADVOKATFIRMAN LINDAHL KB
11   BY:   DAVID ACKEBO
     BY:   ERIK OREHALL
12   Nybrogatan 17
     114 39 Stockholm, Sweden
13   E-mail:  erik.Orehall@lindahl.se

14

15
     For Defendants Samsung Electronics Co. Ltd., Samsung
16   Electronics America, Inc.:
     DLA PIPER LLP
17   BY: Zachary Loney
     401 Congress Avenue, Suite 2500
18   Austin, TX 78701-3799
     E-mail:  zachary.loney@us.dlapiper.com
19

20   ADVOKATFIRMAN DLA PIPER SWEDEN KB
     BY:   Karl Oscar Dalin
21   BY:   Anton Sahlén
     Sveavägen 4, 103 90
22   Stockholm, Sweden

23

24

25
```

GOOGLE EXHIBIT 1044
GOOGLE v. NEONODE
IPR2021-01041

507SAM_00061643

```
 1   touch and glide motion?
 2        A.   I think it could be read from the patent and
 3   what was exactly invented by the time this document was
 4   written.  I have a hard time to remember.
 5        Q.   As we sit here today, do you recall what
 6   functionality is represented by the fingerprint and the
 7   up arrow and the left arrow?
 8        A.   It's typical.  If you look at the patents, you
 9   have the file icon, where you put your finger and then
10   drag it up, but that's fixed on the printed on the
11   phone.  For the keyboard, you put the finger on the
12   keyboard and slide it up.
13        Q.   So those are touch and glide movements on the
14   display to open an application?
15        A.   Yes.
16        Q.   So that functionality is something that you
17   were already thinking about at the time you created
18   Exhibit 7?
19             MS. CHEN:  Objection.  Leading.
20             THE WITNESS:  I would've set a date, but I
21   cannot remember which date I invented the different
22   parts on that.
23        Q.   BY MR. GRAVES:  I am not asking you for a
24   specific date, but I'm trying to relate those file
25   manager and keyboard functionalities you've just
```

www.european-depositions.com
+442073850077

Page 42 of 186

GOOGLE EXHIBIT 1044
GOOGLE v. NEONODE
IPR2021-01041

507SAM_00061682

```
1              CERTIFICATE OF COURT REPORTER.
2
3              I, Sherry Yan (California CSR 14442,
4   Registered Professional Reporter, Member of the National
5   Court Reporters Association,) do hereby certify that
6   MAGNUS GOERTZ was duly sworn/affirmed by Judge Hedenmo,
7   that I took the stenograph notes of the foregoing
8   statement under oath/affirmation and that the transcript
9   thereof is a true and accurate record transcribed to the
10  best of my skill and ability.
11             I further certify that I am
12  neither counsel for, related to, nor employed by any of
13  the parties to the action in which the deposition was
14  taken, and that I am not a relative or employee of any
15  attorney or counsel employed by the parties hereto, nor
16  financially or otherwise interested in the outcome of
17  the action.
18
19  Signed  .........................
20  Sherry Yan
21  Date:  Tuesday, June 7, 2022
22
23
24
25
```

www.european-depositions.com
+442073850077

Page 166 of 186

GOOGLE EXHIBIT 1044
GOOGLE v. NEONODE
IPR2021-01041

507SAM_00061806