IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD, and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., § <br> Defendant. § | Civil No. 6:20-cv-00507-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. and consents to electronic service of all papers in this action.

Dated: May 20, 2023

Respectfully submitted,

*/s/ Brian K. Erickson*
Brian K. Erickson
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
brian.erickson@dlapiper.com

*Counsel for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of May 2023, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail on this same date.

*/s/ Brian K. Erickson*
Brian K. Erickson