IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC., <br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD. <br> AND SAMSUNG ELECTRONICS <br> AMERICA, INC., <br> *Defendants*. | Civil Action No. 6:20-cv-00507-ADA <br><br> JURY TRIAL DEMANDED |

**NOTICE OF ERRATA REGARDING NEONODE SMARTPHONE LLC'S
[81] RESPONSIVE CLAIM CONSTRUCTION BRIEF AND EXHIBITS**

Neonode is filing this Notice of Errata to correct two things in the filings made last Friday, May 19, 2023. First, the Declaration of Craig Rosenberg [Dkt. 81-1] was submitted in support of Plaintiff's [Dkt. 81] Responsive Claim Construction Brief. His resume was referenced as Appendix A in the Rosenberg Declaration but unintentionally omitted. Second, Neonode is providing a replacement Exhibit 5 [Dkt. 81-7], which includes page numbers on the bottom right-hand corner of the document that correspond with the citations within its Brief [Dkt. 81] and the Declaration of Dr. Rosenberg [Dkt. 81-1]. Both documents are attached.

Dated: May 23, 2023                                    Respectfully submitted,

By: /s/ Philip J. Graves
Philip J. Graves (Pro Hac Vice)
CA State Bar No. 153441
Greer N. Shaw (Pro Hac Vice)
CA State Bar No. 197960
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

Brian D. Melton, **Attorney-in-charge**
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Bryce T. Barcelo (TX Bar # 24092081)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
bbarcelo@susmangodfrey.com

Craig D. Cherry (TX Bar No. 24012419)
ccherry@cjsjlaw.com
Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@ cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**COUNSEL FOR PLAINTIFF NEONODE SMARTPHONE LLC**

2

## **CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 23rd day of May, 2023.

\s\ Philip Graves  
Philip Graves