AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, )<br>*Plaintiff* )<br>SAMSUNG ELECTRONICS CO. LTD, and )<br>SAMSUNG ELECTRONICS AMERICA, INC., )<br>*Defendant* ) | Case No. 6:20-cv-00507-ADA |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Neonode Smartphone LLC.

Date: 6/22/23

*/s/ William Jeffrey Melsheimer*
*Attorney's signature*

William Jeffrey Melsheimer (24126417)
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
New York, New York 10019
*Address*

jmelsheimer@susmangodfrey.com
*E-mail address*

(212) 729-2060
*Telephone number*

(212) 336-8340
*FAX number*