IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>Defendants. | Civil Case No. 6:20-cv-00507-ADA |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Standing Order Governing Proceedings (OGP) 4.3—Patent Cases and in advance of the *Markman* hearing on July 7, 2023, Plaintiff Neonode Smartphone LLC and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., hereby submit this Joint Claim Construction Statement regarding claim terms used in U.S. Patent No. 8,095,879.

## DISPUTED CLAIM CONSTRUCTIONS

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Term Proposed By |
|---|---|---|---|
| "**the representation consists of only one option for activating the function**" (claim 1) | Plain meaning | Indefinite | Both parties |

| | | | |
|---|---|---|---|
| "**gliding**" (claims 1, 12) / "**the object gliding along the touch sensitive area**" (claim 1) / "**gliding the object along the touch sensitive area**" (claim 12) | Plain meaning, not including a drag and drop operation | "gliding": Indefinite<br><br>Remainder of claim term:  No construction necessary; plain and ordinary meaning | Proposed by Samsung: "gliding"<br><br>Proposed by Neonode: "the object gliding along the touch sensitive area," "gliding the object along the touch sensitive area" |

**AGREED CLAIM CONSTRUCTIONS**

| Claim Term | Agreed Construction | Term Proposed By |
|---|---|---|
| The preamble of claim 1 | Preamble is limiting as to the entirety of the preamble | Neonode |
| "**tapping**" / "**selection of a preferred service or setting is done by tapping**" (claim 3) | No construction necessary; plain and ordinary meaning | Neonode |
| "**a shell upon an operating system**" (claim 15) | No construction necessary; plain and ordinary meaning | Neonode |

Dated:  June 27, 2023                    Respectfully submitted,


By: */s/ Brian D. Melton*
Brian D. Melton, ***Attorney-in-charge***
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Bryce T. Barcelo (TX Bar # 24092081)
W. Jeffrey Melsheimer (TX Bar # 24126417)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
bbarcelo@susmangodfrey.com

By: /s/ John M. Guaragna
John M. Guaragna
Texas Bar No 24043308
Brian Erickson
Texas Bar No 24012594
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

Mark D. Fowler (Pro hac vice)
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer (Pro hac vice)

jmelsheimer@susmangodfrey.com

Philip J. Graves *(Pro Hac Vice)*
CA State Bar No. 153441
Greer N. Shaw *(Pro Hac Vice)*
CA State Bar No. 197960
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

Craig D. Cherry (TX Bar No. 24012419)
ccherry@cjsjlaw.com
Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@ cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES, PLLC**
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**COUNSEL FOR PLAINTIFF**

Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Tiffany Miller (Pro hac vice)
Tiffany.miller@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401

Zachary Loney (Pro hac vice)
**DLA Piper LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Zachary.loney@us.dlapiper.com

Benjamin Mueller (Pro hac vice)
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 27, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

/s/ *Brian D. Melton*
Brian D. Melton