UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO.LTD And SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>DEFENDANTS. | Civil Action No. 6:20-cv-00507<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA's") (collectively, "Defendants") hereby provide notice that Plaintiff Neonode Smartphone LLC ("Plaintiff") does not oppose Defendants' request to extend the deadline to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement (Dkt. 1). The current deadline for the Defendants to respond is July 12, 2023. Defendants have requested that this deadline be extended until August 11, 2023, and Plaintiff does not oppose.

This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: June 30, 2023

Respectfully submitted,

DLA Piper LLP (US)

By:  /s/ John M. Guaragna
John M. Guaragna
Texas Bar No 24043308
Brian Erickson
Texas Bar No 24012594
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4653

ACTIVE\900772827.1

Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

Mark D. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401

Zachary Loney (*Pro hac vice*)
**DLA Piper LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Zachary.loney@us.dlapiper.com

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

***ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.***

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on June 30, 2023 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

*/s/ John M. Guaragna*
John M. Guaragna

ACTIVE\900772827.1