# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO.LTD And SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>DEFENDANTS. | Civil Action No. 6:20-cv-00507<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA's") (collectively, "Defendants") hereby respectfully move the Court for an order extending by 30 days the time for Defendants to answer, move, or otherwise respond to Neonode Smartphone LLC's ("Plaintiff") Complaint for Patent Infringement (Dkt. 1). Plaintiff does not oppose this Motion.

Plaintiff's current deadline to answer, move, or otherwise respond to Plaintiff's Complaint is July 12, 2023. Defendants do not make this request for the purpose of delay, but to allow counsel the opportunity to properly evaluate the allegations of the Complaint. Accordingly, Defendants request that the Court grant this Motion and extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint up to and including August 11, 2023.

Dated:  July 3, 2023                                     Respectfully submitted,

                                                         DLA PIPER LLP (US)

                                            By:   */s/ John M. Guaragna*
                                                  John M. Guaragna
                                                  Texas Bar No 24043308
                                                  Brian Erickson

ACTIVE\900833518.2

Texas Bar No 24012594
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

Mark D. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000
Fax:  650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401

Zachary Loney (*Pro hac vice*)
**DLA Piper LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Zachary.loney@us.dlapiper.com

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

***ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 3, 2023 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

*/s/ John M. Guaragna*
John M. Guaragna

## CERTIFICATE OF CONFERENCE

On June 30, 2023 counsel for Defendants conferred with counsel for Plaintiff regarding the relief sought in this motion. Plaintiff stated it was unopposed to the relief requested by this Motion.

*/s/ John M. Guaragna*
John M. Guaragna

ACTIVE\900833518.2