# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>  PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO.LTD And SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  DEFENDANTS. | Civil Action No. 6:20-cv-00507<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

This Court, having considered Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement hereby orders that the motion is GRANTED.

Defendants' deadline to answer, move, or otherwise respond to Plaintiffs Complaint (Dkt. 1) is extended until August 11, 2023.

SIGNED this _____ day of _____2023.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE