IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **NEONODE SMARTPHONE LLC,** *Plaintiff,* § § § § | |
| | §  6:20-CV-00507-ADA |
| v. § § | |
| **SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,** *Defendant.* § § § § § | |

### FINAL CLAIM CONSTRUCTIONS OF THE COURT

The Court provided preliminary claim constructions on July 6, 2023, for U.S. Patent No. 8,095,879 ("'879 patent"). The Court held a claim construction hearing on July 7, 2023, in which the Court heard argument on the following claim terms: (1) "the representation consists of only one option for activating the function" and (2) the "gliding" terms. After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below.

| Claim Term | Court's Final Construction |
|---|---|
| **"the representation consists of only one option for activating the function"** <br> '879 Patent Claims 1. | Indefinite |

| Claim Term | Court's Final Construction |
|---|---|
| **"gliding"** (claims 1, 12) / **"the object gliding along the touch sensitive area"** (claim 1) / **"gliding the object along the touch sensitive area"** (claim 12) | Plain and ordinary meaning, not including dragging, flicking, or a drag and drop operation |

1

**SO ORDERED AND SIGNED** this 14th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE