IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD, and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>      Defendants. | Civil Action No. 6:20-cv-00507-ADA |

**FINAL JUDGMENT**

The Court entered an Order setting forth its Final Claim Constructions on July 14, 2023. ECF No. 94 ("Final Claim Construction Order"); *see also* ECF No. 95 (Memorandum Opinion). In its Final Claim Construction Order, the Court found that the claim term "the representation consists of only one option for activating the function" is indefinite. This claim term is an element of claim 1 of U.S. Patent No. 8,095,879 ("'879 patent"), which is the sole independent claim of the '879 patent. This claim term is therefore part of every claim of the '879 patent. Accordingly, all claims of the '879 patent are invalid as indefinite under 35 U.S.C. § 112, ¶ 2.

The Court now enters its Judgment as follows:

**IT IS ORDERED** that final judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by this action.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are DENIED as moot.

**IT IS FURTHER ORDERED** that the Parties bear their own costs and fees.

**IT IS FINALLY ORDERED** that the Clerk of Court is directed to close the case.

**SIGNED** this 2nd day of August, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE