**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-00507-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD. | § | JURY TRIAL DEMANDED |
| AND SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| *Defendants*. | § | |

**<u>NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that Plaintiff Neonode Smartphone LLC ("Neonode"), hereby appeals to the United States Court of Appeals for the Federal Circuit from the June 27, 2023 Order on Defendants' Motion to Dismiss (Dkt. No. 88), July 14, 2023 Final Claim Constructions of the Court (Dkt. No. 94), July 14, 2023 Memorandum in Support of Claim Construction Order (Dkt. No. 95), August 2, 2023 Final Judgment (Dkt. No. 96), and any and all other orders, rulings, findings, and/or conclusions interlocutory thereto or adverse to Neonode.

Neonode submits the required filing fee with this Notice of Appeal and respectfully requests that the district clerk prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a).

Dated: August 11, 2023                           Respectfully submitted,

By: /s/ Philip J. Graves

Philip J. Graves (Pro Hac Vice)
CA State Bar No. 153441
Greer N. Shaw (Pro Hac Vice)
CA State Bar No. 197960
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

Brian D. Melton, **Attorney-in-charge**
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Bryce T. Barcelo (TX Bar # 24092081)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com

ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
bbarcelo@susmangodfrey.com

Craig D. Cherry (TX Bar No. 24012419)
ccherry@cjsjlaw.com
Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@ cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**COUNSEL FOR PLAINTIFF NEONODE SMARTPHONE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on August 11, 2023 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

\s\ Philip J. Graves