# United States Court of Appeals for the Federal Circuit

―――――――――

**NEONODE SMARTPHONE LLC,**

*Plaintiff-Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendants-Appellees*

―――――――――

2023-2304

―――――――――

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00507-ADA, Judge Alan D. Albright.

―――――――――

**JUDGMENT**

―――――――――

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

August 20, 2024
Date

Jarrett B. Perlow
Clerk of Court