# United States Court of Appeals for the Federal Circuit

**NEONODE SMARTPHONE LLC,**

*Plaintiff-Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendants-Appellees*

2023-2304

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00507-ADA, Judge Alan D. Albright.

**MANDATE**

In accordance with the judgment of this Court, entered August 20, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 26, 2024
Date

Jarrett B. Perlow
Clerk of Court