# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC., § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD. § <br> AND SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> *Defendants*. § | Civil Action No. 6:20-cv-00507-ADA <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Neonode Smartphone LLC and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. hereby submit this Joint Motion for Entry of Protective Order attached as Exhibit A.

1

By: */s/ Philip J. Graves*
Philip J. Graves (Pro Hac Vice)
(CA State Bar #153441)
Greer N. Shaw (Pro Hac Vice)
(CA State Bar #197960)
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101
pgraves@gravesshaw.com
gshaw@gravesshaw.com

Brian D. Melton, **Attorney-in-charge**
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Jeff Melsheimer (TX Bar #24126417)
Xue Li (CA Bar #333826)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
jmelsheimer@susmangodfrey.com
ali@susmangodfrey.com

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/ John M. Guaragna*

John Michael Guaragna DLA Piper LLP
401 Congress Suite 2500
Austin, TX 78701
(512) 457-7125
Fax: 512/457-7001
John.Guaragna@dlapiper.com

Benjamin Mueller
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368-4000
Fax: (312) 236-7516
Benjamin.Mueller@dlapiper.com

Mark D. Fowler
Erik R. Fuehrer
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303-2214 (650) 833-2000
Fax: (650) 833-2001
Mark.Fowler@dlapiper.com
Erik.Fuehrer@dlapiper.com

Susan Acquista
Tiffany C. Miller
DLA Piper LLP
401 B Street, Suite 1700 San Diego , CA 92101 (619) 699-2700
Fax: (619) 699-2701
Susan.Acquista@dlapiper.com
tiffany.miller@dlapiper.com

*Counsel for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Philip Graves
Philip Graves

John Michael Guaragna DLA Piper LLP
401 Congress Suite 2500
Austin, TX 78701
(512) 457-7125
Fax: 512/457-7001
John.Guaragna@dlapiper.com

Benjamin Mueller
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368-4000
Fax: (312) 236-7516
Benjamin.Mueller@dlapiper.com

Mark D. Fowler
Erik R. Fuehrer
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
(650) 833-2000
Fax: (650) 833-2001
Mark.Fowler@dlapiper.com
Erik.Fuehrer@dlapiper.com

Susan Acquista Tiffany C. Miller DLA Piper LLP
401 B Street, Suite 1700 San Diego, CA 92101 (619) 699-2700
Fax: (619) 699-2701
Susan.Acquista@dlapiper.com
tiffany.miller@dlapiper.com

*Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*