# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD. And SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Case No. 6:20-cv-00507-ADA |

## NOTICE OF APPEARANCE

Notice is hereby given that Michael B. Brightman of Susman Godfrey, L.L.P. is appearing as counsel of record for Plaintiff in this matter. Neonode Smartphone LLC respectfully requests that the Court and all other counsel in this case direct all correspondence, pleadings, orders, and other communications as follows:

> Michael B. Brightman
> Texas State Bar No. 24106660
> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002
> Telephone: (713) 651-9366
> Facsimile:  (713) 654-6666
> mbrightman@susmangodfrey.com

Dated: January 31, 2025                              Respectfully submitted,

By: */s/ Michael B. Brightman*
Brian D. Melton, ***Attorney-in-charge***
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Xue Li (CA Bar #333826)
Michael B. Brightman
(TX Bar #24106660)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
ali@susmangodfrey.com
mbrightman@susmangodfrey.com

Philip J. Graves *(Pro Hac Vice)*
CA State Bar No. 153441
Greer N. Shaw *(Pro Hac Vice)*
CA State Bar No. 197960
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

Craig D. Cherry (TX Bar No. 24012419)
ccherry@cjsjlaw.com
Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@ cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**COUNSEL FOR PLAINTIFF NEONODE SMARTPHONE LLC**

**CERTIFICATE OF SERVICE**

    I certify that on January 31, 2025, this document properly was served on counsel of record via electronic filing in accordance with the USDC, Western District of Texas Procedures for Electronic Filing.

                                                */s/ Michael B. Brightman*
                                                Michael B. Brightman