## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | Civil Action No. 6:20-cv-00507 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Pursuant to the Court's February 3, 2024 text order, Plaintiff Neonode Smartphone LLC files this certificate of service. The undersigned certifies that on this 3rd day of February, 2025, all counsel of record are being served with a copy of the Amended Complaint, Dkt. 111, and accompanying exhibits via email transmittal.

Dated: February 5, 2025

By: /s/ Philip J. Graves
Philip J. Graves *(Pro Hac Vice)*
CA State Bar No. 153441
Greer N. Shaw *(Pro Hac Vice)*
CA State Bar No. 197960
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

By: */s/ Brian D. Melton*
Brian D. Melton, ***Attorney-in-charge***
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)

Rocco Magni (TX Bar # 24092745)
Michael Brightman (TX Bar # 24106660)
Xue Li (CA Bar #333826)
Jeff Melsheimer (TX Bar #24126417)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
mbrightman@susmangodfrey.com
ali@susmangodfrey.com
jmelsheimer@susmangodfrey.com

**COUNSEL FOR PLAINTIFF
NEONODE SMARTPHONE LLC**