UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                                                                 Case No.:   6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Thomas Jesse Hindman , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Defendants  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Edleson & Hindman with offices at:

   Mailing address: 225 Broadway, Suite 2220

   City, State, Zip Code: San Diego, CA 92101

   Telephone: 619-255-4078          Facsimile:

2. Since December 2, 2002, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 222935.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Southern District of California | 5/30/2005 |
   | Northern District of California | 6/2/2005 |
   | Central District of California | 5/24/2005 |
   | Eastern District of California | 1/13/2005 |
   | Federal Circuit Court of Appeals | 8/28/2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:   [SEE ATTACHMENT PAGE FOR ADDITIONAL CASES]
Number: 1:08-cv-000394-SS   on the 27 day of May, 2008.
Number: 1:08-cv-00861-SS   on the 25 day of November, 2008.
Number: 1:13-cv-00800-LY   on the 11 day of Sepetember, 2013.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Guaragna

Mailing address: 303 Colorado St., Suite 3000

City, State, Zip Code: Austin, TX 78701

Telephone: 512-457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Thomas Jesse Hindman to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Thomas Jesse Hindman
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 27 day of February, 2025.

Thomas Jesse Hindman
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

WACO DIVISION

Case No. 6:20-cv-00507

NEONODE SMARTPHONE LLC

v.

SAMSUNG ELECTRONICS CO. LTD. ET AL.


5.   ADDITIONAL CASES

    6:21-cv-00596-ADA on the 14 day of June, 2022

    6:21-cv-01298-ADA on the 17 day of October 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                          Case No.: 6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Thomas Jesse Hindman, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Thomas Jesse Hindman may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Thomas Jesse Hindman, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February _____, 20_____.

UNITED STATES DISTRICT JUDGE