## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                         Case No.:  6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Christopher G. Duerden                          , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Defendants                          in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

   DLA Piper LLP (US)                          with offices at:

   Mailing address:  33 Arch Street, 26th Floor

   City, State, Zip Code:  Boston, MA 02110-1447

   Telephone:  (617) 406-6077           Facsimile:  (617) 406-6100

2.    Since  November 18, 2015          , Applicant has been and presently is a

   member of and in good standing with the Bar of the State of  Massachusetts          .

   Applicant's bar license number is  MA BBO #693436                          .

3.    Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   | --- | --- |
   | Massachusetts Supreme Judicial Ct. | November 18, 2015 |
   | US Dist. Ct. - D. Massachusetts | October 17, 2017 |
   | USPTO | October 1, 2018 |

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: _John M. Guaragna_____

Mailing address: _303 Colorado St., Suite 3000_____

City, State, Zip Code: _Austin, TX 78701_____

Telephone: _512-457-7000_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_Christopher G. Duerden_____ to the Western District of Texas pro hac vice for this case only.


Respectfully submitted,

Christopher G. Duerden
_____
[printed name of Applicant]

_____
[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the _26_ day of _March_____, _2025_.


Christopher G. Duerden
_____
[printed name of Applicant]

_____
[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                                   Case No.: 6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Christopher G. Duerden , counsel for

Defendants , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Christopher G. Duerden may appear on behalf of Defendants

in the above case.

IT IS FURTHER ORDERED that Christopher G. Duerden , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March , 20 25 .


_____

UNITED STATES DISTRICT JUDGE


Reset all fields        Print Form