**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,   § <br> § <br> Plaintiff,   § <br> § <br> v.   § <br> § <br> SAMSUNG ELECTRONICS CO. LTD, and   § <br> SAMSUNG ELECTRONICS AMERICA,   § <br> INC.,   § <br> Defendants.   § | Civil No. 6:20-cv-00507-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. and consents to electronic service of all papers in this action.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Matthew N. Ganas*
Matthew N. Ganas
Texas Bar No 24145964
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
matt.ganas@us.dlapiper.com

*Counsel for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025 all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail on this same date.

*/s/ Matthew N. Ganas*
Matthew N. Ganas
