UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                                                                  Case No.: 6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Robert Buergi, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US) with offices at:

    Mailing address: 845 Texas Avenue, Suite 3800

    City, State, Zip Code: Houston, TX 77002-2946

    Telephone: (713) 425-8449        Facsimile: (214) 743-4545

2. Since June 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 242910.

3. Applicant has been admitted to practice before the following courts:

    Court:                                    Admission date:

    See attached

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
Number: 6:20-cv-00212-ADA  on the  13  day of  April , 2020 .
Number: _____  on the ___ day of _____, ___.
Number: _____  on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Guaragna

Mailing address: 303 Colorado St., Suite 3000

City, State, Zip Code: Austin, TX 78701

Telephone: 512-457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Robert Buergi to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Robert Buergi
[printed name of Applicant]

*Robert Buergi*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16 day of April, 2025.

Robert Buergi
[printed name of Applicant]

*Robert Buergi*
[signature of Applicant]

Robert Buergi Motion for Admission Pro Hac Vice cont'd:

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| USDC Northern Dist. of California | May 1, 2007 |
| USDC Eastern Dist. of California | April 25, 2007 |
| USDC Southern Dist. of California | April 27, 2007 |
| USDC Central Dist. of California | April 26, 2007 |
| USDC Eastern Dist. of Texas | February 10, 2025 |
| USDC Southern Dist. of Texas | March 20, 2025 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                             Case No.: 6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Robert Buergi, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Robert Buergi may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Robert Buergi, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of April, 20 25.

UNITED STATES DISTRICT JUDGE