# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00507-ADA |
| § | |
| SAMSUNG ELECTRONICS CO. LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, | |
| INC. | |

## ORDER SETTING DISCOVERY HEARING VIA PRIVATE ZOOM

  IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING VIA PRIVATE ZOOM**, on **Thursday, April 17, 2025 at 02:00 PM**.  All parties and counsel must appear at this hearing.

  IT IS SO ORDERED this 16th day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE