**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

NEONODE SMARTPHONE LLC,

vs.                                            Case No.:  6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Richard Mulloy</u>, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent <u>Defendants</u> in this case, and

would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)
<u>DLA Piper LLP (US)</u> with offices at:

Mailing address: <u>4365 Executive Drive, Suite 1100</u>

City, State, Zip Code: <u>San Diego, CA 92121-2133</u>

Telephone: <u>(858) 677-1400</u>          Facsimile: <u>(858) 677-1401</u>

2.   Since <u>12/9/2008</u>, Applicant has been and presently is a

member of and in good standing with the Bar of the State of <u>California</u>.

Applicant's bar license number is <u>199278</u>.

3.   Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Southern District of California | December 10, 1998 |
| Central District of California | July 16, 2001 |
| Northern District of California | August 13, 2001 |
| Eastern District of California | August 13, 2001 |
| U.S. Court of Appeal for the Federal Circuit | July 17, 2001 |

4.   Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5.   I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
Number: __SA:17-cv-01061-OLG__ on the _1st_ day of __November__, _2017_.
Number: __22-cv-00733-ADA-DT__ on the _4th_ day of __October__, _2022_.
Number: _____ on the _____ day of _____, _____.

6.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.     Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  John Guaragna

Mailing address:  DLA Piper LLP (US), 303 Colarado St., Suite 3000

City, State, Zip Code:  Austin, TX 778701

Telephone:  (512) 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Richard Mulloy                          to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Richard Mulloy
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  25  day of  April            ,  2025  .

Richard Mulloy
[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION   ▾

NEONODE SMARTPHONE LLC,

vs.                                                  Case No.:  6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO. LTD., et al.


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Richard Mulloy                                    , counsel for

Defendants                                        , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Richard Mulloy                          may appear on behalf of  Defendants

in the above case.

IT IS FURTHER ORDERED that  Richard Mulloy                              , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  April                            , 20 25      .


_____

UNITED STATES DISTRICT JUDGE