IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD, and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., § <br> Defendants. § | Civil No. 6:20-cv-00507-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. and consents to electronic service of all papers in this action.

Respectfully submitted,

Dated:  May 2, 2025

By: */s/ Jackob Ben-Ezra*
Jackob Ben-Ezra
Texas Bar No. 24073907
DLA PIPER LLP
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel. 713.425.8400
Fax. 713.425.8401
Jackob.ben-ezra@us.dlapiper.com

ATTORNEY FOR DEFENDANTS

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Jackob Ben-Ezra*
Jackob Ben-Ezra