**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION** ▾

NEONODE SMARTPHONE LLC,

vs.                                                    Case No.:  6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO., LTD, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David Knudson                           , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Defendants                           in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

DLA Piper LLP (US)                           with offices at:

Mailing address:  4365 Executive Drive, Suite 1100

City, State, Zip Code:  San Diego, CA 92121-2133

Telephone:  (858) 677-1400          Facsimile:  (858) 677-1401

2.    Since  December 1, 2009          , Applicant has been and presently is a

member of and in good standing with the Bar of the State of California          .

Applicant's bar license number is  265461                           .

3.    Applicant has been admitted to practice before the following courts:

Court:                                                Admission date:

See Attachment A

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.      I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _See Attachment B_____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  John M. Guaragna

Mailing address:  DLA Piper LLP (US), 303 Colorado Street, Suite 3000

City, State, Zip Code:  Austin, TX 78701

Telephone:  (512) 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

David Knudson to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David Knudson
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  8   day of  May                , 2025  .

David Knudson
[printed name of Applicant]

[signature of Applicant]

**ATTACHMENT A**

**David Knudson Motion for Admission Pro Hac Vice cont'd:**

**3.  Applicant has been admitted to practice before the following Courts:**

| ADMITTED TO | DATE OF ADMISSION |
|---|---|
| Supreme Court of the State of California | December 1, 2009 |
| United States District Court for the Southern District of California | August 18, 2010 |
| United States Court of Appeals for the Ninth Circuit | August 18, 2010 |
| United States District Court for the Central District of California | January 23, 2012 |
| United States Court of Appeals for the Federal Circuit | April 13, 2012 |
| United States District Court for the Eastern District of Wisconsin | May 31, 2012 |
| United States District Court for the Northern District of California | December 20, 2013 |
| United States District Court for the Eastern District of California | June 10, 2016 |

# **Attachment B**

David Knudson Attachment to Motion for Pro Hac Vice:

5.     I have previously applied to appear Pro Hac Vice in this district court in Cases:

   Number:  6:19-cv-00397-ADA on the 6th day of August, 2019.

   Number:  6:19-cv-00399-ADA on the 6th day of August, 2019.

   Number:  6:21-cv-00383-ADA on the 5th day of August 2021.

   Number:  6:20-cv-369 on the 28th day of September, 2021.

   Number:  6:21-cv-1010 on the 15th day of December 2021.

   Number:  6:22-cv-00519-ADA on the 24th day of May, 2022.

   Number:  6:20-cv-01128-ADA on the 14th day of July, 2022.

   Number:  6:22-cv-00755-ADA on the 18th day of July, 2022.

   Number:  6:22-cv-00756-ADA on the 18th day of July 2022.

    Number: 6:23-cv-00881-ADA on the 24th day of April 2025.