UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

NEONODE SMARTPHONE LLC,

vs.                                         Case No.: 6:20-cv-00507-ADA

SAMSUNG ELECTRONICS CO., LTD, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by David Knudson, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and David Knudson may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that David Knudson, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.

_____
Please Choose Judge