# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC., | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-00507-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD. | § | JURY TRIAL DEMANDED |
| AND SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
|     *Defendants.* | § | |

## JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Plaintiff Neonode Smartphone LLC and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. hereby submit this Joint Motion for Entry of an Amended Scheduling Order. The parties seek to amend the fact discovery deadline, the opening expert report deadline, and the rebuttal expert report deadline to allow for additional time to complete discovery and prepare expert reports. All other deadlines remain unchanged. Plaintiff conferred with Defendants, and they agreed to this motion so long as Plaintiff agrees to not serve any additional deposition notices on Defendants beyond what Plaintiff has already requested. Plaintiff agreed to that request. Accordingly, the parties request the Court revise the schedule as follows:

| Scheduling Order Deadlines | Proposed Changes | Event |
|---|---|---|
| May 23, 2025 | May 30, 2025 | Close of Fact Discovery |
| May 30, 2025 | June 9, 2025 | Opening Expert Reports |
| June 27, 2025 | July 7, 2025 | Rebuttal Expert Reports |

The parties respectfully request that the Court enter the proposed Amended Scheduling Order attached as Exhibit A.

By: */s/ Brian Melton*
Philip J. Graves (Pro Hac Vice)
(CA State Bar #153441)
Greer N. Shaw (Pro Hac Vice)
(CA State Bar #197960)
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450 Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

Brian D. Melton, **Attorney-in-charge**
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Michael Brightman (TX Bar #24106660)
Jeff Melsheimer (TX Bar #24126417)
Xue Li (CA Bar #333826)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
mbrightman@susmangodfrey.com
ali@susmangodfrey.com
jmelsheimer@susmangodfrey.com

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/ John M. Guaragna*
John Michael Guaragna DLA Piper LLP
401 Congress Suite 2500
Austin, TX 78701
(512) 457-7125
Fax: 512/457-7001
John.Guaragna@dlapiper.com

Benjamin Mueller
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368-4000
Fax: (312) 236-7516
Benjamin.Mueller@dlapiper.com

Mark D. Fowler
Erik R. Fuehrer
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303-2214 (650) 833-2000
Fax: (650) 833-2001
Mark.Fowler@dlapiper.com
Erik.Fuehrer@dlapiper.com

Susan Acquista
Tiffany C. Miller
DLA Piper LLP
401 B Street, Suite 1700 San Diego , CA 92101 (619) 699-2700
Fax: (619) 699-2701
Susan.Acquista@dlapiper.com
tiffany.miller@dlapiper.com

*Counsel for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Jeff Melsheimer*
Jeff Melsheimer
