IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| NEONODE SMARTPHONE LLC., | § | |
| --- | --- | --- |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-00507-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD. | § | JURY TRIAL DEMANDED |
| AND SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| *Defendants*. | § | |

## AGREED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
| --- | --- |
| Oct. 14, 2024 | Fact Discovery opens. |
| Nov. 5, 2024 | Deadline to serve Initial Disclosures per Rule 26(a). |
| Nov. 5, 2024 | Deadline to file Answer to Complaint. |
| Nov. 22, 2024 | Deadline to add parties. |
| Dec. 20, 2024 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| Jan. 31, 2025 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) This deadline does not apply to amendments for plaintiff to amend to allege willfulness claims. The deadline for willfulness amendments is one month before the deadline for close of fact discovery. |

| | |
|---|---|
| Apr. 11, 2025 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| May 30, 2025 | Close of Fact Discovery. |
| June 9, 2025 | Opening Expert Reports. |
| July 7, 2025 | Rebuttal Expert Reports. |
| July 18, 2025 | Close of Expert Discovery. |
| July 25, 2025 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| Aug. 1, 2025 | Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| Aug. 15, 2025 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| Aug. 29, 2025 | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. |
| Aug. 29, 2025 | Serve objections to pretrial disclosures/rebuttal disclosures. |

| Sept. 5, 2025 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| --- | --- |
| Sept. 12, 2025 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*

From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| Sept. 19, 2025 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.

Deadline to file replies to motions *in limine*. |
| Sept. 26, 2025 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Sept 30, 2025 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| Oct. 3, 2025 | Final Pretrial Conference. Held in person unless otherwise requested |
| Oct. 24, 2025 | Jury Selection/Trial. |

SIGNED this 23rd day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE