# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:20-cv-00507-ADA |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD. | § | JURY TRIAL DEMANDED |
| AND SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| *Defendants*. | § | |

## JOINT NOTICE OF AMENDED SCHEDULING ORDER

Plaintiff Neonode Smartphone LLC and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., pursuant to the Court's Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, hereby submit this Joint Notice to memorialize the Parties' agreement to modify the opening expert report deadline, the rebuttal expert report deadline, the close of expert discovery deadline, the deadline for the second of two meet and confer sessions to discuss narrowing the number of claims asserted and prior art references at issue to triable limits, and the dispositive motion and *Daubert* motion deadline. These amendments will provide additional time for the parties to complete expert reports and expert discovery, with corresponding extensions of time for the deadlines immediately following the close of expert discovery. Plaintiff conferred with Defendants, who agreed to this amended schedule.

Accordingly, the parties have jointly agreed to modify the schedule as follows:

| Current Deadline | New Deadline | Event |
| --- | --- | --- |
| June 9, 2025 | June 13, 2025 | Opening Expert Reports |
| July 7, 2025 | July 16, 2025 | Rebuttal Expert Reports |
| July 18, 2025 | July 30, 2025 | Close of Expert Discovery |
| July 25, 2025 | July 31, 2025 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| August 1, 2025 | August 8, 2025 | Dispositive motion deadline and Daubert motion deadline. |
| Oct. 3, 2025 | No change. | Final Pretrial Conference. Held in person unless otherwise requested |
| Oct. 24, 2025 | No change. | Jury Selection/Trial. |

By: */s/ Brian Melton*
Philip J. Graves (Pro Hac Vice)
(CA State Bar #153441)
Greer N. Shaw (Pro Hac Vice)
(CA State Bar #197960)
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450 Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

Brian D. Melton, **Attorney-in-charge**
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Michael Brightman (TX Bar #24106660)
Jeff Melsheimer (TX Bar #24126417)
Xue Li (CA Bar #333826)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
mbrightman@susmangodfrey.com
ali@susmangodfrey.com
jmelsheimer@susmangodfrey.com

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/ John M. Guaragna*

John Michael Guaragna
DLA Piper LLP
401 Congress Suite 2500
Austin, TX 78701
(512) 457-7125
Fax: 512/457-7001
John.Guaragna@dlapiper.com

Benjamin Mueller
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368-4000
Fax: (312) 236-7516
Benjamin.Mueller@dlapiper.com

Mark D. Fowler
Erik R. Fuehrer
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303-2214 (650) 833-2000
Fax: (650) 833-2001
Mark.Fowler@dlapiper.com
Erik.Fuehrer@dlapiper.com

Susan Acquista
Tiffany C. Miller
DLA Piper LLP
401 B Street, Suite 1700 San Diego, CA 92101 (619) 699-2700
Fax: (619) 699-2701
Susan.Acquista@dlapiper.com
tiffany.miller@dlapiper.com

*Counsel for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the June 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Jeff Melsheimer*
Jeff Melsheimer
