IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.<br>And SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>        Defendants. | Civil Case No. 6:20-cv-00507-ADA |

**NOTICE OF APPEARANCE**

Notice is hereby given that Taylor H. Wilson, Jr. of Susman Godfrey, L.L.P. is appearing as counsel of record for Plaintiff in this matter. Neonode Smartphone LLC respectfully requests that the Court and all other counsel in this case direct all correspondence, pleadings, orders, and other communications as follows:

>Taylor H. Wilson, Jr.
>Texas State Bar No. 24127519
>1000 Louisiana Street, Suite 5100
>Houston, Texas 77002
>Telephone: (713) 651-9366
>Facsimile:  (713) 654-6666
>twilson@susmangodfrey.com

Dated: June 5, 2025                                    Respectfully submitted,

                                                       By:  /s/ Taylor H. Wilson
                                                       Brian D. Melton, **Attorney-in-charge**
                                                       (TX Bar #24010620)
                                                       Kalpana Srinivasan (CA Bar # 237460)
                                                       Rocco Magni (TX Bar # 24092745)
                                                       Xue Li (CA Bar #333826)
                                                       Michael B. Brightman
                                                       (TX Bar #24106660)
                                                       Taylor H. Wilson, Jr. (*Admitted pro hac vice*)
                                                       (TX Bar #24127519)
                                                       **SUSMAN GODFREY L.L.P.**
                                                       1000 Louisiana Street, Suite 5100
                                                       Houston, Texas 77002-5096
                                                       Telephone: (713) 653-7807
                                                       Facsimile: (713) 654-6666
                                                       bmelton@susmangodfrey.com
                                                       ksrinivasan@susmangodfrey.com
                                                       rmagni@susmangodfrey.com
                                                       ali@susmangodfrey.com
                                                       mbrightman@susmangodfrey.com
                                                       twilson@susmangodfrey.com

                                                       Philip J. Graves *(Pro Hac Vice)*
                                                       CA State Bar No. 153441
                                                       Greer N. Shaw *(Pro Hac Vice)*
                                                       CA State Bar No. 197960
                                                       **GRAVES & SHAW LLP**
                                                       355 S. Grand Ave., Suite 2450
                                                       Los Angeles, CA 90071
                                                       Telephone: (213) 204-5101
                                                       Email: pgraves@gravesshaw.com
                                                       Email: gshaw@gravesshaw.com

Craig D. Cherry (TX Bar No. 24012419)
ccherry@cjsjlaw.com
Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@ cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**COUNSEL FOR PLAINTIFF NEONODE SMARTPHONE LLC**

## CERTIFICATE OF SERVICE

I certify that on June 5, 2025, this document properly was served on counsel of record via electronic filing in accordance with the USDC, Western District of Texas Procedures for Electronic Filing.

*/s/ Taylor H. Wilson, Jr.*
Taylor H. Wilson, Jr.