# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD<br>And SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>    DEFENDANTS. | Civil Action No. 6:20-cv-00507 |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Neonode Smartphone LLC ("Neonode") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA's") (collectively, "Samsung" or "Defendants") jointly file this Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to stay all deadlines in the Court's Docket Control Order for thirty (30) days.

Neonode and Samsung have reached a settlement in principle of the subject matter of this case, and the parties respectfully request that the Court stay all deadlines for thirty (30) days so that the settlement agreement can be finalized and appropriate dismissal papers submitted.

| | |
|---|---|
| Dated: June 13, 2025 | Respectfully submitted, |
| By: */s/ Brian Melton (w/permission)*<br>Philip J. Graves (Pro Hac Vice)<br>(CA State Bar #153441)<br>Greer N. Shaw (Pro Hac Vice)<br>(CA State Bar #197960)<br>**GRAVES & SHAW LLP**<br>355 S. Grand Ave., Suite 2450 Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br>Email: pgraves@gravesshaw.com | */s/ John M. Guaragna*<br>John M. Guaragna<br>Texas Bar No 24043308<br>Brian Erickson<br>Texas Bar No 24012594<br>DLA PIPER LLP (US)<br>303 Colorado Street, Suite 3000<br>Austin, TX 78701-4653<br>Tel: 512.457.7125<br>Fax: 512.457.7001 |

Email: gshaw@gravesshaw.com

Brian D. Melton, **Attorney-in-charge**
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Michael Brightman (TX Bar #24106660)
Jeff Melsheimer (TX Bar #24126417)
Xue Li (CA Bar #333826)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
mbrightman@susmangodfrey.com
ali@susmangodfrey.com
jmelsheimer@susmangodfrey.com

*Counsel for Plaintiff Neonode Smartphone LLC*

john.guaragna@dlapiper.com

Mark D. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401

Zachary Loney (*Pro hac vice*)
**DLA Piper LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: 512.457.7000
Zachary.loney@us.dlapiper.com

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

*ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ John M. Guaragna*
John M. Guaragna