# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>     PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD<br>And SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>     DEFENDANTS. | Civil Action No. 6:20-cv-00507 |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement. The Court is of the opinion that same should be GRANTED, and it is therefore,

ORDERED that the Joint Motion to Stay All Deadlines is GRANTED and that all deadlines are hereby stayed for thirty (30) days.

SIGNED this _____ day of June 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE