# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD And SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>DEFENDANTS. | Civil Action No. 6:20-cv-00507 |

## JOINT MOTION TO EXTEND STAY

Plaintiff Neonode Smartphone LLC ("Neonode") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA's") (collectively, "Samsung" or "Defendants") jointly file this motion to extend the current stay. On June 13, 2025, the parties jointly moved to stay all deadlines for thirty (30) days because they reached a settlement in principle. ECF No. 142. On June 20, the Court granted the motion and stayed all deadlines until July 21. The parties respectfully request that the Court extend the stay for an additional thirty (30) days so that the settlement agreement can be finalized and appropriate dismissal papers submitted.

Dated: July 17, 2025

By: */s/ Brian Melton*
Philip J. Graves (Pro Hac Vice)
(CA State Bar #153441)
Greer N. Shaw (Pro Hac Vice)
(CA State Bar #197960)
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450 Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
Brian Erickson
Texas Bar No 24012594
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Tel: 512.457.7125
Fax: 512.457.7001

1621038660.1

| | |
|---|---|
| Email: gshaw@gravesshaw.com | john.guaragna@dlapiper.com |
| Brian D. Melton, **Attorney-in-charge** (TX Bar #24010620) <br> Kalpana Srinivasan (CA Bar # 237460) <br> Rocco Magni (TX Bar # 24092745) <br> Michael Brightman (TX Bar #24106660) <br> Jeff Melsheimer (TX Bar #24126417) <br> Xue Li (CA Bar #333826) <br> **SUSMAN GODFREY L.L.P.** <br> 1000 Louisiana Street, Suite 5100 <br> Houston, Texas 77002-5096 <br> Telephone: (713) 653-7807 <br> Facsimile: (713) 654-6666 <br> bmelton@susmangodfrey.com <br> ksrinivasan@susmangodfrey.com <br> rmagni@susmangodfrey.com <br> mbrightman@susmangodfrey.com <br> ali@susmangodfrey.com <br> jmelsheimer@susmangodfrey.com <br><br> *Counsel for Plaintiff Neonode Smartphone LLC* | Mark D. Fowler *(Pro hac vice)* <br> Bar No. 124235 <br> mark.fowler@dlapiper.com <br> Erik Fuehrer *(Pro hac vice)* <br> Bar No. 252578 <br> Erik.fuehrer@dlapiper.com <br> **DLA PIPER LLP (US)** <br> 2000 University Avenue <br> East Palo Alto, CA  94303-2214 <br> Tel:   650.833.2000 <br> Fax:  650.833.2001 <br><br> Tiffany Miller *(Pro hac vice)* <br> Tiffany.miller@dlapiper.com <br> **DLA PIPER LLP (US)** <br> 4365 Executive Drive, Suite 1100 <br> San Diego, CA 92121-2133 <br> Tel: 858.677.1400 <br> Fax: 858.677.1401 <br><br> Zachary Loney (*Pro hac vice*) <br> **DLA Piper LLP (US)** <br> 303 Colorado St., Suite 3000 <br> Austin, TX 78701 <br> Tel: 512.457.7000 <br> Zachary.loney@us.dlapiper.com <br><br> Benjamin Mueller *(Pro hac vice)* <br> Benjamin.mueller@dlapiper.com <br> **DLA PIPER LLP (US)** <br> 444 West Lake Street, Suite 900 <br> Chicago, IL 60606-0089 <br> Tel: 312.368.4000 <br> Fax: 312.236.7516 <br><br> *ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.* |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of July 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

                                          */s/ Brian Melton*
                                          Brian Melton

1621038660.1