# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD<br>And SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>    DEFENDANTS. | Civil Action No. 6:20-cv-00507 |

## JOINT MOTION TO EXTEND STAY

Plaintiff Neonode Smartpone LLC ("Neonode") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA's") (collectively, "Samsung" or "Defendants") jointly file this motion to extend the current stay. The parties have now agreed to the form of settlement agreement and respectfully request that the Court extend the stay for an additional seven (7) days so that the settlement agreement can be executed and appropriate dismissal papers submitted.

Dated: August 20, 2025

By: */s/ Brian Melton (w/permission)*
Philip J. Graves (Pro Hac Vice)
(CA State Bar #153441)
Greer N. Shaw (Pro Hac Vice)
(CA State Bar #197960)
**GRAVES & SHAW LLP**
355 S. Grand Ave., Suite 2450 Los Angeles, CA 90071
Telephone: (213) 204-5101
Email: pgraves@gravesshaw.com
Email: gshaw@gravesshaw.com

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
Brian Erickson
Texas Bar No 24012594
Zachary Loney
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com

<div style="display: flex;">

<div>

Brian D. Melton, **Attorney-in-charge**
(TX Bar #24010620)
Kalpana Srinivasan (CA Bar # 237460)
Rocco Magni (TX Bar # 24092745)
Michael Brightman (TX Bar #24106660)
Jeff Melsheimer (TX Bar #24126417)
Xue Li (CA Bar #333826)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-6666
bmelton@susmangodfrey.com
ksrinivasan@susmangodfrey.com
rmagni@susmangodfrey.com
mbrightman@susmangodfrey.com
ali@susmangodfrey.com
jmelsheimer@susmangodfrey.com

*Counsel for Plaintiff Neonode Smartphone LLC*

</div>

<div>

brian.erickson@dlapiper.com
Zachary.loney@us.dlapiper.com

Mark D. Fowler *(Pro hac vice)*
Bar No. 124235
mark.fowler@dlapiper.com
Erik Fuehrer *(Pro hac vice)*
Bar No. 252578
Erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Tel: 650.833.2000
Fax: 650.833.2001

Tiffany Miller *(Pro hac vice)*
Tiffany.miller@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 858.677.1400
Fax: 858.677.1401

Benjamin Mueller *(Pro hac vice)*
Benjamin.mueller@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

*ATTORNEYS FOR SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.*

</div>

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

<div style="text-align:right;">

*/s/ John M. Guaragna*
John M. Guaragna

</div>