UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD<br>And SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>DEFENDANTS. | Civil Action No. 6:20-cv-00507 |

**ORDER GRANTING JOINT MOTION TO EXTEND STAY**

On this date came for consideration the Joint Motion to Extend Stay. The Court is of the opinion that same should be GRANTED, and it is therefore, ORDERED that the Joint Motion to Extend Stay is GRANTED and that the unreached deadlines are hereby stayed for seven (7) days.

SIGNED this _____ day of August 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1623035425.1