THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 6:20-cv-00507<br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Joint Motion to Vacate Claim Construction Order and to Dismiss with Prejudice. In the joint motion, the parties seek an order (1) vacating the Court's Final Claim Constructions of the Court (Dkt. #94) and Memorandum in Support of Claim Construction Order (Dkt. #95) entered on July 14, 2023 and (2) dismissing this case with prejudice. Upon consideration of the Parties' joint motion, the Court determines that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the Final Claim Constructions of the Court (Dkt. #94) and Memorandum in Support of Claim Construction Order (Dkt. #95) entered on July 14, 2023 are hereby VACATED.

IT IS FURTHER ORDERED that the above-titled case, and all claims, counterclaims and affirmative defenses asserted therein, is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses (including but not limited to expert expenses), and attorneys' fees.

SIGNED this ____ day of ____, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE